UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------x

SONNY B. SOUTHERLAND, SR., ET AL,
PLAINTIFFS

versus

99 CV 3329(BMC)

TIMOTHY WOO,

DEFENDANT.

U.S. Courthouse
Brooklyn, New York

--------------------------------------x

June 10, 2013

TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL

Before THE HONORABLE BRIAN COGAN,

UNITED STATES DISTRICT JUDGE

APPEARANCES

Representing the Plaintiffs: MICHAEL G. O'NEILL, ESQ.
Reptg. Southerland children
30 Vesey Street
New York, New York 10007

KFIRM, LLP
Reptg. Sonny Southerland, Sr.
40 Wall Street
28th Floor
New York, New York 10005
BY: BRIAN KING, ESQ.

APPEARANCES

Representing the Defendant: MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007
BY: MARTIN BOWE, ESQ.
ANDREW RAUCHBERG, ESQ.
JANICE SILVERBERG, ESQ.

REPORTED BY:
Lisa Schmid, CCR, RMR
225 Cadman Plaza East
Brooklyn, New York 11201
Phone: 718-613-2644 Fax: 718-613-2379
Proceedings recorded by mechanical stenography. Transcript produced by computer-aided transcription.

(In open court, outside the presence of the jury.)

THE CLERK: All rise.

THE COURT: Good morning.

MR. O'NEILL: Good morning, Your Honor.

THE COURT: Be seated, please.

All right. Mr. O'Neill, you had something?

MR. O'NEILL: Yes, Your Honor. I just want to make sure that my record is complete on the jury charges. We had a discussion about burden of proof on Friday. You made some changes, and obviously not the ones that we asked for. I want to make sure that our exception is noted and our position is --

THE COURT: Yes. Let me just say certainly, all the letters from the parties over the weekend, their positions have been considered and to the extent not incorporated in the instructions, they have been overruled.

MR. O'NEILL: And would the same be true of our original charges that we submitted, to the extent something's not in there?

THE COURT: Yes. Yes.

MR. O'NEILL: Then I think our position is preserved and --

THE COURT: As far as I'm concerned, it is. Okay? I mean, I will tell you, you did convince me on the mens rea point, but there's no stipulation here of a deliberate action

by the defendant and therefore, I think it's appropriate to put that to the jury. So I've kind of met you halfway, but I understand that's not enough for you.

MR. O'NEILL: Thank you, Your Honor.

THE COURT: Yes, Mr. King?

MR. KING: Yes, Your Honor. I just wanted to make sure my objections are preserved, even though I didn't put any letters up. I'll just put it on the record again now.

The jury charge -- the jury instructions are incomplete in that they fail to instruct the jury as to the procedure of due process claim that Mr. Woo did not provide -- procedure of due process after the removal, which would have required a hearing, a timely and adequate hearing to determine whether the reasons for the removal were justified.

I would also object to the charge to the extent that the damages refers to an Order of the Court and limits the damages to a date when the Court ordered the children would not be returned, and it's because there is no order in this case that ever confirmed the reasons for removal, and so therefore, that would not constitute a limit on damages under any case law in this Circuit or any other Circuit.

THE COURT: All right. Thank you, Mr. King.

MR. KING: Thank you, Your Honor.

THE COURT: All right.

Yes, Mr. O'Neill?

MR. O'NEILL: We know the defendant is going first. Am I correct in assuming we're going to do the reverse of closing?

THE COURT: I assumed the plaintiffs has worked out between themselves as to who is going to close first.

MR. O'NEILL: We have not.

THE COURT: Well, is there a dispute about it? Talk to Mr. King.

MR. KING: Mr. O'Neill is going first.

THE COURT: That's okay with you?

MR. O'NEILL: I'd like to have the reverse of openings, which is -- so we'd have the defendant, Mr. King, then myself.

THE COURT: You want to go last?

MR. O'NEILL: Yes.

THE COURT: Mr. King, do you have a problem with that?

MR. KING: I'd prefer to go last, Your Honor.

THE COURT: All right. We're going to reverse the order of openings, so that Mr. O'Neill will go last.

MR. O'NEILL: Thank you, Your Honor.

THE COURT: All right. Let's have the jury, please.

(Pause in proceedings.)

THE COURT: While we're waiting for the jury, I will say I really appreciated the briefing over the weekend. I

thought it was -- the issues are obviously quite complex in this context -- not many cases like this yet tried -- and I know the parties worked very hard in getting me that correspondence, so I could consider it fully.

I may, indeed, write something after the verdict comes in, depending on what verdict comes in, but I do thank the parties for their submissions.

MR. O'NEILL: Thank you, Your Honor.

MR. BOWE: Thank you.

THE CLERK: All rise.

(Jury enters.)

THE COURT: Be seated, please. Good morning, ladies and gentlemen. I hope you had a good weekend. We're ready to proceed with closing arguments. The defendant will go first.

MR. BOWE: Thank you, Your Honor.

Good morning, members of the jury.

JURORS: Good morning.

MR. BOWE: In my opening, I told you that Mr. Woo is being sued by the people he rescued, and they were small kids at the time and maybe that comment seemed a little vague, but now you know. You've met Mr. Southerland. And over the course of this trial, you've learned everything I told, you learned in my opening comments last Monday -- and you learned some additional stuff.

You learned about Ciara Manning's accusations of

sexual abuse against her father, Sonny Southerland. And I'll come back to Ms. Manning a little later when I talk about any damages in this case -- although I'll tell you, you're not going to reach damages in this case.

But I need to ask in my opening statement about the rescued suing the rescuer. It's now crystal clear to you that not only was Mr. Woo rescuing those six small children that night at the Amboy Street apartment, but he was rescuing Ciara, as well. And wow, did she ever need rescuing. You've met her too.

First, I want to tell about this theory that the plaintiffs have floated and have been hinting at during this trial, that Mr. Woo is a monster who set up Mr. Southerland with some false accusations of sex abuse by Ciara.

To buy that crazy theory, you would have to find that Mr. Woo is this brainiac conspirator who managed to convince three family court judges that Mr. Southerland was sexually abusing Ciara and beating the other children, and that he was so good at this con job that he somehow got Ciara to give all sorts of detailed testimony of the supposedly fake sex abuse, and that no one managed to catch on. And what evidence did they put on of Mr. Woo's motivation? I'm sure counsel will argue something. But I will tell you, I submit they put on no evidence at all of any motivation from Mr. Woo to do anything but his job.

You know what really happened here. The answer is obvious. He did it. And you saw it yourself in this courtroom. You heard Mr. Southerland's lawyer ask him, "Did you sexually abuse your daughter, Ciara?" And his answer was this -- and this is a quote -- there was no need for me to do anything like that. There was no need for me do anything like that. She was my daughter. I have no problems with dating a female, closed quote. What did that mean? That it would be okay if he was having a tough time on the dating scene? Wow.

So what have we here? I'm going to give you a quick overview of the facts that came in during trial for you to consider in your deliberations. You've got a child trying to kill herself, who keeps running away and no help from dad -- in fact, a promise of no help from dad because he didn't want her on medication. But you may ask yourself, why did he promise not to get her any mental health care? I'd ask you to keep that se question in mind.

We have a father not allowing access to the home, not cooperating with the school or with ACS. We've got names of young children on a petition to Judge Turbow, along with their sibling, Ciara, submitted to the Court, mistaken names -- the other kids, not Ciara's name. That was correct.

You've got a Court-ordered home assessment after Judge Turbow issued the order, during which ACS discovered a bunch of dangers, like nine-year-old Venus with an untreated

puncture wound from stepping on a nail, no food in the house, a lamp ready to light a foam bed where four boys sleep on fire if it falls over just the wrong way.

When you have three case workers and a supervisor who decide "can't leave the kids there, at least not tonight." then you have Ciara's sexual abuse allegations which come to light, perhaps for the second time. Then you've got a Family Court judge on Friday, June 13th, who says, "I'm not sending those kids back there." Then a year later, you have another Family Court judge who hears extensive testimony from Ciara about sexual abuse, hears extensive testimony about excessive corporal punishment.

And then you've got another judge who hasn't been mentioned much, but we're going look at what Judge Knipps had to say, and then a few years later, after Judge Ambrosio, she says the same thing: Those kids are not going back into that home. And here we are.

Now, you're going to get a verdict sheet and it's going to have three claims on it. I'm going to show it to you. I get to introduce it to you. This is what it's going -- this is the actual verdict sheet -- has three claims. You're going to have to decide each of these claims. And when you get to each question, you're going to answer no, no, no. Did plaintiff prove the claim? No. Did plaintiffs prove the claims? No. Did plaintiffs prove the claims? No.

Now, I'm going to tell you, there are pages that follow on the verdict sheet that deal with damages, but as I said, I submit to you you're not going to get to those three pages. You're going to finish with that first page, and now I'm going to tell you how you're going to do that.

I expect it's going to take me a little while, so I'm going to ask for your patience. I know 45 minutes, perhaps longer, perhaps shorter sounds like a lot of time, but I have a lot to go over and I owe it to the rescuer, Mr. Woo, the guy that all these plaintiffs have been hurling all these accusations at, horrible accusations, a man who was doing what he believed was right, at a job he believed worthwhile, at an agency, ACS, which Ms. Duran told you is in the business of trying to protect children who are being abused and neglected.

So the first of the plaintiffs' three claims, that is, that the search or as we refer to it, the assessment of the apartment that night was illegal because the allegation is the Order of Entry that Judge Turbow signed on Friday had been obtained by Mr. Woo by submitting misleading information.

Now, you heard from Ms. Duran, a former ACS senior policy witness called by the plaintiffs -- you remember Ms. Duran. They called her apparently because they thought she would give testimony that would somehow help them make their case. Boy, were they wrong. You heard nothing from Ms. Duran that would give you any reason to buy any of the plaintiffs'

arguments in this case.

Now, Judge Cogan will explain the law. He'll instruct you that the plaintiff must have proven that Mr. Woo intentionally misled Judge Turbow into issuing the Order of Entry.

Now, let's take it a piece at a time. First, you know that Ciara was named on the petition. So was that misleading? No. That one's easy. Second, the petition was correct in listing Ciara's legal address as 10 Amboy Street.

Now, I'm just going to put this on the Elmo, so that you can follow along as we go through this. You'll see the petition gets it right when it lists 10 Amboy Street, Ciara Manning. And that's going to keep sliding over.

Now, Ms. Duran told you, you will recall, that when a report of suspected abuse or neglect it received by ACS, the assessment of the home is required to be directed to the legal address of the guardian?

(Sonny Southerland, Sr. and Elizabeth Southerland enter at 9:45 a. m.)

MR. SOUTHERLAND: Good morning.

THE COURT: Please continue.

MR. BOWE: The legal address of the guardian who has custody of the child.

Mr. Woo told you that as a case worker, he was aware that if the legal address of the parent is 10 Amboy Street,

that's where the assessment has to happen.

Question, line 12, "Would your answer change if ACS, prior to filing a petition, was told by one or two other people that the child might not actually be in the home?"

Answer: "No, it wouldn't."

Ms. Duran told you exactly the same thing.

In fact, plaintiffs would have you believe that any time an ACS case worker is investigating an allegation of abuse or neglect and a legal guardian says, "She's not here. She has run away," that ACS should just say thank you, turn around and walk away. You know better than that.

And as for Ciara's chronic running away and whether she was in the home, think about this. This is interesting. In the letter from Ms. Ewing, which is Plaintiff's Exhibit S-1, to Mr. Southerland, again, asking Mr. Southerland to get Ciara help. She reports something very interesting. You'll see here on the second paragraph. She reminds Mr. Southerland that Mr. Southerland had conveyed to the school that, "Ciara had threatened to run away if you tried to take her for mental health care." She threatened to run away. You see that right there? Well, how is she threatening to run away if she's not in the home? I submit to you, ladies and gentlemen, you cannot believe him when he says that ACS didn't have a reasonable expectation that Ciara would be in that apartment that night.

Now, a brief detour, but an important one on credibility. Judge Cogan is going to explain to you that if you find that Mr. Southerland lied to you about any fact that matters to this his claims, that you will be free to make the choice to entirely disregard everything he said to you from the witness stand. That is, you're entitled to conclude that you cannot believe anything he said.

And if you come to such a conclusion, regarding any lie by Mr. Southerland that matters to his claims, I submit to you that you'll be left with no evidence at all to support any of Mr. Southerland's you claims. And I submit to you, ladies and gentlemen of the jury, that you should conclude exactly that, that when he told you in that witness stand that she hadn't lived in that home for years, that that wasn't true.

Now, back to the issue of the evidence and whether Ciara lived there. You'll hear Mr. O'Neill, I expect, tell you about how Mr. Woo's handwritten note proves that he knew that Ciara was not living at the Amboy Street apartment in May of 1997.

(Exhibit published.) And he'll take you through this handwritten note, perhaps Mr. King will do the same. And he'll point out the notation that says, "1257 Pacific Street," and he'll argue to you that that proves that the school told Ciara -- I'm sorry, told Mr. Southerland that Ciara was not living at the Amboy Street apartment. And he'll point out a

handwritten note that says, "Father doesn't approve of the place she's staying," not the place that she is residing or living with or with her new guardian.

Now, what counsel won't point out for you are some facts on this handwritten note, but I am going to. These facts actually prove that Mr. Woo couldn't have concluded that Ciara would not be found in that Amboy Street home, her legal address on the night of June 9th. You see where it says, "Is possible. Is possible. Possible." (Highlighting words.) "Is possible."

What does possible mean? Well, I'd like you to think about those two words when those lawyers get up and argue to you that this document proves that Mr. Woo was told by the school that Ciara wasn't living at Amboy Street, is possible.

Now, you see where it says, "1257 Pacific"? What follows 1257 Pacific? A very dark question mark. I don't need to explain to the jury what a question mark means.

Then you'll see something else, "333 Clifton Place," okay? Is it 1257 Pacific? It is 333 Clifton? Maybe the school thought that she was a chronic runaway. Maybe the school was aware of that. Clearly, the school believed that her legal address was 10 Amboy Street.

Do those notes indicate to you that Mr. Woo believed that Ciara was no longer living at 10 Amboy Street? Of course

they don't. And perhaps after hearing my presentation on this allegation, plaintiffs won't waste your time on this.

Third, you know the petition for the Order of Entry was correct when it sets forth Ciara's suicide attempt when she drank the can of paint. You have a report from the school and that's Defendant's Exhibit 1, which tells you that Ciara drank a can of paint, that her father had failed to get her help. I'm not going to put this on the Elmo. You'll have this with you. You'll be able to look through -- you'll see what the school reported. You've seen that during the course of the trial.

You heard how the school explained to Mr. Woo how they were gravely concerned that Ciara would commit suicide. In fact, plaintiff proved that fact very effectively when he introduced into evidence the letter from Joan Ewing, in which Ms. Ewing is practically begging Mr. Southerland to get Ciara help before it's too late.

Exhibit S-1, you see where it says -- this woman is concerned she will kill herself. She met with Gwen Jones. Ciara indicated that she -- first line of the fourth paragraph, "Did not know at the time she drank the paint that it was nontoxic, because she had a plan and expressed intent to kill herself. We considered Ciara to be at high risk and need of immediate medical and psychiatric evaluation, possible hospitalization."

This assessment was confirmed -- not just Ms. Ewing, not just Gwen Jones, but this assessment was confirmed by our principal and the clinical supervisors at Citywide Programs. A lot of people are paying attention to this problem that Ciara is having.

Now, the fact that Mr. Southerland refused to take Ciara for psychiatric or mental health care is sort of undisputed -- oh, right. He told you that -- when he testified that, oh, he took Ciara to see a family friend who is a nurse. And why did he take her to see a family friend who is a nurse? Was he concerned that she was at risk of suicide? Of course he was.

Now -- oh, by the way, did you hear from that family friend last week during trial? Did plaintiffs call this family friend, this unnamed family friend who spoke with Ciara? No, you didn't.

Now, they might argue to you today, excuse me, that Mr. Southerland knew what was best for Ciara. They'll argue that Mr. Woo had no reason to second-guess Mr. Southerland, when on May 30th, Mr. Southerland educated Mr. Woo on why Ciara didn't need to see a doctor.

But what they cannot argue is that Mr. Southerland was somehow qualified to make decisions about what to do when a 16 year old tells her school that she's going to kill herself and drinks a can of paint that she believes is toxic.

And why can't they make that argument, that Mr. Southerland knows best? Because you didn't hear any testimony about how Mr. Southerland is trained in how to treat teenagers who are suffering from suicidal ideations.

As jurors with life experience, you'll think about how often a parent of a 16 year old who threatens suicide makes the fatal mistake of not getting their child treatment. Happens all the time, sadly. Thankfully, that wasn't the result here for Ciara. But to the point, did Mr. Woo mislead the Court about this issue in his June 6th petition? Come on. Of course he didn't. As he told you himself, my client tried in vain to get Mr. Southerland to tend to the concerns of the school and to get Ciara's psychiatric care that she needed.

Mr. Woo was asked by me, "Did you advise Mr. Southerland about the need for Ciara to get help?"

"Yeah, I tried as much has I could, as much as he would hear me to do so."

"But he was firm?"

"Oh, yes. He was firm."

And that's what Mr. Woo told the Court, Mr. Southerland refused to get Ciara the help she needed, not misleading. Was it misleading for Mr. Woo to tell the Court that Mr. Southerland had not permitted ACS access to the apartment at 10 Amboy Street? Of course it wasn't misleading. Mr. Woo explained to you that he made four attempts to assess

that residence. He tried May 29th. He tried June 2nd, June 3rd, June 4th.

Now, of course, they'll argue that Mr. Southerland was only there on one occasion and it wasn't enough to try only once. It wasn't enough that Mr. Southerland came down to ACS and nearly affirmed that he was not going to get any mental health care for Ciara.

But you don't know who was in that apartment first time Mr. Woo tried and he heard voices behind the door, a few days after that May 30th conversation at ACS, which apparently caused Mr. Southerland to become very unhappy with Mr. Woo. Any big surprise that they didn't answer the door when he got there?

And then he explained how twice a lady answered the door and the first time, told him that Mr. Southerland was out at a meeting, then the second time, made him wait for 15 minutes. Didn't invite him in. Made him wait. Said Mr. Southerland is busy. But then we know what happened. Mr. Southerland just opened the door and walked out with the kids. So you can infer what was going on when Mr. Woo repeatedly tried to assess that apartment prior to turning to the Court.

Now, you heard Mr. Southerland say that he expected Mr. Woo to make an appointment with him. Ask yourselves, again, you jurors bring common sense and live experience with

you. ACS is charged under the law with protecting children to assess a home for signs of abuse or neglect after a report comes in. Does it make any sense that ACS should be scheduling these visits? Of course not.

Let's think about that preposterous notion. ACS wants to come in my home, to see if I'm putting my children at home of harm or neglect. And they're going to come assess my home, say next Monday, around 8:30 p.m. Okay. I'll just make sure the kids aren't home. Makes no sense.

So I'd like you to think about that if either of the plaintiffs' attorneys get up here and argue to you that Mr. Woo was wrong for not scheduling an appointment for Mr. Southerland. Too late for Mr. Southerland, though. He testified to that. He expected an appointment.

Now, the wrong names of the other children on the petition, did that mislead Judge Turbow? No. Of course plaintiffs will argue that it did, and that it caused the entry order to be invalid, which is what they need to prove in order to make their first claim, in order for you to then check yes, but you won't. You're going to check no. Why are those names of the children which are incorrect not misleading in any material way?

Well, first of all, did Mr. Woo did that intentionally, maliciously? No. You heard Mr. Woo. That was a mistake. Mr. Woo explained that an ACS lawyer prepares

those documents that are filed with the court. And you heard that Ciara Manning had other siblings, and some if not all of those other children on that petition are related to Ciara Manning.

And then I reviewed with Mr. Woo the ages of -- the composition of those six kids. You'll recall that the composition of those two sets of children were pretty similar. The children listed on the petition are Ciara Manning and then three younger boys, ages 13, 11, and 11, and then three younger girls, ages ten, eight and one.

And then on June 9th the children found in the home were -- well, not Ciara, because she was missing, but four younger boys, ages nine, eight, seven, six, and two younger girls, ages nine and three -- similar households. Did this mislead Judge Turbow? Of course not.

And by the way, if Mr. Woo had it out for Mr. Southerland, as counsel told you in their opening comments last Monday, why would he be so sloppy as to not pay attention the names the ACS lawyer inserted? After all, he noted some of the first names as Mr. Southerland left that apartment and charged out. Why? Because Mr. Woo had good intentions. Mr. Woo was doing his job. He wasn't busy trying to maliciously confuse Judge Turbow in issuing an Order of Entry.

Now, remember Ms. Duran? She explained to you that once ACS has probable cause to assess a home, ACS is required

to assess any child found in that residence. So in the end, as long as ACS had a sufficient basis to assess the home where Ciara legally resided -- and they did. You know that -- any children in that residence needed to be assessed. And if there were emergency circumstances -- which we'll get to in a little while -- insufficient time to get a court order, those children would be removed, whether they were listed on a petition for the Order of Entry or not.

So you may be wondering if this is as clear as Mr. Bowe is suggesting, why are we hearing so many questions during trial from Mr. O'Neill and Mr. King on this issue? I have no idea, other than desperation to win -- money, really, money.

Now, there's no evidence that disputes them -- when Mr. Woo submitted that petition drafted by his lawyers at ACS, that he acted in good faith, that he believed what he was submitted to the judge was accurate. Plaintiffs have presented no proof to the contrary -- and don't take my word for it. Just look at the order. Judge Turbow issued the order.

And on the order, you see that Judge Turbow directs that there's probable cause to believe that an abused or neglected child, and then in parens, R-E-N. So apparently, Judge Turbow is not concerned about whether there's one child or there might be more children. We know this is about Ciara

in the beginning.

And he orders that the police are going to help ACS do two things. First, they're going to determine if Ciara Manning and these other children are present, and they are to proceed thereafter with a child protection investigation. That's Judge Turbow's order, no evidence that Mr. Woo tricked Judge Turbow.

Now, one last thing that you're going to hear from counsel, I expect, unless they abandon this, is this argument that ACS and the police arrived at that night after 9:00 p.m., that the Order of Entry limits them to arrive prior to 9:00 p.m. and not after, and because I expect plaintiffs to continue pressing the same argument in a little while, it's worth going over.

A classic lawyer trick that you watched when Mr. O'Neill said to Mr. Woo in an effort to confuse him the following, line 14, this is Mr. O'Neill: "You heard your lawyer tell the jury in his opening remarks that you showed up at the Southerland house a little bit after nine o'clock, correct?"

"Yes."

"Is that true? In the p.m. of that day?

"Yes. It was late."

"Well, your lawyer told the jury it was after nine o'clock. I just want to know" --

"Objection, your Honor." Because that's not what I said in my opening.

Answer: "It had to be about nine o'clock, a little after nine because we were there a few hours."

Question: "When you showed up?"

Answer: "Excuse me?"

Question: "When you showed up?"

Answer: "Yes."

Question: "It was after nine o'clock?"

Judge Cogan intervened. The Court: "If you know, tell us. If you don't remember, just say, I don't remember."

Answer: "I don't remember specifically."

Classic lawyer trick, confuse the witness. Tell them your lawyer said something the lawyer didn't say and then get them to respond incorrectly. And I ask you to think about that when Mr. O'Neill stands before you to argue that the police with ACS arrived at that apartment after 9:00 p.m. that night.

Now here's my opening statement, given to you last Monday, line 21: "Now, about sometime prior to 9 p. m. on June 9th, Mr. Gaskin (sic) and Lisa Clark arrived at the 10 Amboy Street apartment with the police officers."

MR. O'NEILL: Your Honor, I hate to do this, but I have to object to the attacks of counsel.

THE COURT: Well, counsel's credibility is not an

issue, ladies and gentlemen. All that matters is the testimony of the witnesses.

You may continue.

MR. BOWE: Thank you, Your Honor.

Now, Mr. Woo says that they arrived before 9:00 p.m. He told you that when I got up to question him again, and you can ask to have that read back. The police were there with ACS to keep the peace. And you have an exhibit, the notice the police gave Mr. Southerland after the removal.

Now, did Mr. Southerland call the police officer as a witness at trial? Police Officer S. Casali gave Mr. Southerland a notice that told Mr. Southerland that he had has right to demand a Section 1028 hearing and then in parens, right to apply to Family Court for return of child. Officer Casali notes, "Notice personally served."

Now, did the plaintiffs introduce any police documents like police memo books or anything that might show that the police arrived after 9 p.m. on June 9th? You know that they didn't. Did they offer any testimony from any police officers that they arrived after 9:00 p.m. on June 9th? Nope. End of story on the Fourth Amendment illegal search claim.

Now, illegal seisure -- the next two claims that you'll answer no to on the verdict form deal with the last two of the three claims and that is, was the removal of the

children on the night of June 9th allowable, and that is, were there emergency circumstance?

You heard Mr. Woo explain that Mr. Balan had assigned two additional case workers, Ms. Gaskin and Ms. Clark to assess the apartment that night, and the fact that those two other case workers were in the apartment is undisputed.

My client explained how once in the home, the three case workers found two conditions of great concern -- excuse -- mein the living room and kitchen. They found electric extension cords, connected one to the next, running room to room in a dangerous manner, In a dimly-lit apartment, creating danger of injury for the young children.

Insufficient food -- you heard Mr. Woo explain what was in the refrigerator in an apartment where seven children lived, six of them under the age of nine or six of them nine and under. And you heard Mr. Woo very clearly recall for you that that refrigerator had no butter, no mayonnaise, no lettuce, no eggs, no milk for cereal or milk for cookies, no hotdogs, no mustard, no bologna, no cheese, nothing. And Mr. Woo told you that those children had nothing to eat since 3 p.m.

Medical care for Venus' foot: Next you heard Mr. Woo tell you about how he and the other case workers learned that Venus stepped on a nail and her father had not taken her to a daughter. And you heard from Mr. Woo that he

knew that Venus, that evening, once she was at the ACS facility, got a tetanus shot, and you learned that Venus had been limping that night during the home assessment.

Now, we have to take another little credibility detour for Venus. Do you remember when my colleague, Andrew, asked Venus whether she had been living in the home on the night of the assessment. And here's what she told my colleague, line 19: "Were you limping as a result of the injury?"

Answer: "No."

My colleague went on, "Do you recall giving a deposition in this matter?" My colleague then read from her deposition testimony, question: "I just want to make sure I heard you correctly. You believe so?"

Okay. So it begins here, the page before, line 11: "Were you asked the following question and did you give the following answer: Question, do you remember" -- and this is back at the deposition which took place a few months ago in 2013 -- question: "Do you remember if you were limping?"

Answer: "I believe so."

"I just want to make sure I heard you correctly. You believe so?"

"Yes. I believe so. I recall walking out of the apartment when they took us."

Now, ask yourself why would Venus' deposition

testimony a few months ago where she said I believe so twice, "Yeah, I believe I was limping," how did that change to when she took that witness stand and swore to tell the truth, but she gave you an unequivocal, no, she wasn't limping?

Well, that's because whether she was limping and had been injured and had not gotten medical treatment that night in that apartment is at the heart of this lawsuit. And that's why Venus changed her story.

Again, I submit to you, and as Judge Cogan will explain, if you determine that Venus gave you any untruthful testimony that matters to the plaintiffs in this case, you are entitled to disregard her testimony as if she had never taken the stand. I submit to you that's exactly what you should do.

Now, other conditions in the home that were dangerous: Sleeping conditions for the boys. Three case workers learned, saw, that the four boys, ages nine, eight, seven and six shared a space on the floor to sleep on, a thin foam pad -- you heard -- covered with bedding and right next to it a lighted lamp without a shade, ready to be knocked over and possibly burn any of those children or even worse -- doesn't take a really creative imagination -- set the foam ablaze while they slept, God forbid.

And you heard plaintiffs' lawyers accuse Mr. Woo of failing to put the lamp on a surface. You'll never know from Ms. Gaskin or Ms. Clark about whether Mr. Southerland told him

not to touch the lamp. He didn't call them as witnesses, did he?

And you heard Mr. Southerland tell you about how the lamp had been knocked over many times before, and how he set it on the floor next to that bed, and that when it again was knocked over, the shade broke.

And this goes to the issue of cooperation, ladies and gentlemen of the jury. Mr. Southerland made very clear in his testimony that the kids had knocked that lamp over many times, and finally, the shade had broken, but he kept that lamp where it was. And what do you learn from that?

Well, do you really -- he's not a shy man, Mr. Southerland. You've met him. And he wants you to believe that if he was told that that lamp shouldn't be on the floor, that he would have removed that lamp? No. You learned that Mr. Southerland didn't cooperate that night in the apartment.

Now, a dangerous pile of equipment, Mr. Southerland tells you that the room was locked. Of course he tells you the room was locked. You heard from Mr. Woo, kind of described for you what it was a big pile of electrical equipment, that it appeared to be dangerous, and that it certainly could have posed serious injury to that three-year-old toddler but for all of the children. And I would submit to you, even if that door could have been locked, ACS would have had no way to be confident that Mr. Southerland would have kept that door

locked. He told you from the witness stand how he used equipment from that room, playing music.

Now, another factor that goes to the danger that existed in the home that night was the failure to get Ciara help. You heard from Ms. Duran that if during an assessment of a home, a subject child of the report of abuse or neglect has not been provided needed medical care up to that point by that guardian, that that is an additional factor to be considered in making a determination about whether the environment is sufficiently dangerous to warrant an emergency removal.

And Judge Cogan will explain to you, you will be free to request to hear -- free to request to hear back the exact words used by the witnesses at the trial. And I suggest to you that if you are at all unsure about what Ms. Duran told you, you should ask to hear the follow question and answer read back to you, question by my colleague, Janice: "The case worker has information that one of the children whose official residence is the house that the case worker is assessing" -- which we know is 10 Amboy Street that night -- "was perhaps not there, perhaps had run away, but had tried to hurt herself and told the guidance counselor at school that she was going to kill herself, and that the parent has told the case worker -- that the parent has told the case worker that he would not get help for that child, would that be a fact that

would matter in the case worker's determination of the safety of the home of the other children?"

The witness: "Absolutely." And after the objection was overruled, Ms. Duran repeated it for you. She wanted you to be clear on her answer: "Absolutely."

Now, you heard that Mr. Woo spoke to the guidance counselor on at least three occasions and that during one of those conversations, the guidance counselor told Mr. Woo that Ciara had said, "I'll go kill myself." You see that in his notes. That's in his handwritten notes I showed you a little earlier.

In fact, you didn't hear plaintiffs' lawyers allege that Mr. Woo fabricated the handwritten note and that's because they believe it's accurate, that is, it's undisputed that Ciara's school believed and had repeatedly conveyed to Mr. Southerland that they believed she was at risk of suicide.

And it cannot be disputed, as Ms. Duran told you -- and again, I remind you, you can have that read back, and that's page 320. Ms. Duran was very clear that that fact, the failure to have gotten Ciara any help, was a factor to be considered in determining the dangerousness in that home that night.

Now, another important factor in the home that night was plaintiff's -- Mr. Southerland's failure to cooperate with the case workers. And plaintiff would have you believe and

counsel will argue that Mr. Southerland was not given a chance to cooperate with ACS's need to assess his apartment, and not given a chance to deal with remedying any danger that was found; however, the evidence before you, ladies and gentlemen of the jury shows quite the opposite. The evidence establishes, indeed Mr. Southerland's own testimony and demeanor established that he consisted refused to cooperate with ACS.

I reviewed for you a little while ago how Mr. Woo explained the multiple attempts to assess the apartment and how he was prevented from doing that by Mr. Southerland. And you have -- I'm not going to put it on the Elmo. You have the case notes, Mr. Woo's case notes. You'll be able to look through them if you think it's necessary. It's all right there, the attempts that he made to assess that home. We know that Mr. Southerland didn't cooperate with those efforts.

And if a parent will not cooperate with ACS in the home to correct whatever problems the case workers have identified, then the case worker's hands are tied. In fact, Ms. Duran told you just that on page 316, line 14: "If the parent refuses to cooperate or refuses ameliorative services, would be impact the assessment?"

Answer: "Absolutely."

Question: "How might it affect the assessment?"

Ms. Duran explains, "It prevents -- it ties the

workers' hands from being able to do anything. If there is no acknowledgment of a problem that needs correcting and the worker cannot get to the point where they can get the parent to work with them to alleviate all of those problems, each differently, but at least to work on them, you have left those children at risk."

And that's not the only lack of cooperation Mr. Woo, as well as Ms. Gaskin and Ms. Clark were aware of on the night when assessing the apartment. As you heard, all three case workers watched while Mr. Southerland refused to cooperate with the police officers that night, both outside in the hall, and then again in the apartment. And in so doing, he was refusing to cooperate with the Court Order that told ACS to assess that home.

Mr. Woo testified that after the police had convinced Mr. Southerland to open his home, Mr. Southerland, again, inside the home, refused to cooperate. Mr. Woo told you that the case workers had decided -- and this is not disputed by any evidence that you've heard -- that Ms. Gaskin and Ms. Clark would take the lead in any communication with Mr. Southerland that night. And you heard from Mr. Woo why, and that was reasonable, because Mr. Southerland wasn't happy with Mr. Woo. We know that.

You heard Ms. Duran testify that ACS practice was always to offer appropriate inventions if possible, but that

that the parent would have to cooperate with those possible inventions, remedies.

You learned that Ms. Gaskin and Ms. Clark were taking the lead in talking with Mr. Southerland. I submit to you that without any testimony other than Ms. Duran's on the issue of what ACS case workers tell a parent regarding fixing a problem on the spot, that you should conclude -- because you haven't heard any evidence to the contrary to contradict Ms. Duran's testimony -- that Ms. Gaskin -- you all know what was going on in that home that night -- that Ms. Gaskin and Ms. Clark had any necessary appropriate communication with Mr. Southerland, consistent with the ACS practices that Ms. Duran told you about.

Now, there's no question that the evidence shows a very consistent pattern of Mr. Southerland refusing to cooperate with pretty much anyone. First it was Ciara's school, bunch of different people at Ciara's school, no cooperation over and over. Then it's ACS, telling Mr. Woo that he was not going to get any mental care for Ciara, then not permitting ACS to assess the home, then not cooperating with the police, not cooperating with the Court Order.

And it's more than a little informative that in his testimony last week, Mr. Southerland told you very clearly that he said to Mr. Woo when Mr. Woo had indicated a need to check for window guards, "Don't talk to me. Come on, give it

a break. What's wrong with you? Don't talk to you to me."

And what you also learned from Mr. Southerland's testimony is that he didn't accompany Mr. Woo during the remainder of the assessment, after he said to Mr. Woo, "Don't talk to me." Instead, as you will see, beginning on line 23, Mr. Southerland told you, "While Timothy Woo was searching through the house, I asked Ms. Jones to walk through with him, because I didn't trust him." Okay.

And he wants you to believe that Ms. Gaskin and Ms. Clark didn't have standard ACS conversations with him. He'd already told Mr. Woo not to talk to him. Didn't go with Mr. Woo. Ms. Jones went with Mr. Woo.

And by the way, did you hear from Vendetta Jones last week? Did she come in and testify for you? You heard about her. You heard about how she was there. You heard from Venus about how she helped get the kids ready for school in the morning. Any testimony from Ms. Jones? Nope.

And finally, you'll learn something very telling from Mr. Southerland's testimony last week, "When the time comes for the children to be escorted from the apartment after Mr. Balan made the decision to remove them, did Mr. Southerland tell you that he protested?"

"No."

Here's what he told you, beginning on line one, "I said what? What are you talking the kids for?" Open quote,

because of the conditions in the home, closed quote. "And I said probably said something like, you're crazy or something to that nature, and didn't really get no response from him, and I just decided to get the kids ready."

Did he tell you that he asked the case workers in that moment, Please help me in addressing the problems in the home. Help me remedy these issues." No. Are those words the words of a man who wants to cooperate, so that he might avoid having his children go through a removal that night? You know better than that.

Now, here's a huge factor I just want to remind you about again to underscore this point which Ms. Duran made clear. "Remember, an additional factor was Mr. Southerland's continued refusal to get Ciara help."

"Did he tell that you night in the apartment that he said, look, I made a mistake. I should have gotten mental care for Ciara. Let's do it. I think I know where she is?"

"No."

And you heard from Mr. Woo that he didn't take the lead in those conversations, and he made it very, very clear in a very critical way why. Beginning on line 11, "It just seemed in order to reduce any tension or that was experienced, Mr. Southerland had already been upset with me from prior conversations and dealings, so they pretty much -- so that nothing would get out of hand or argumentative, they spoke to

him."

Now, ask yourselves, three case workers and a half dozen police personnel in that apartment, does Mr. Southerland really expect you to conclude that after telling the NYPD that there was not going to be a full assessment in spite of the Court Order that the police had in their hands, and that Mr. Woo and Ms. Clark and Ms. Gaskin walked out of the apartment without any of them having conversations with Mr. Southerland about what might be able -- what might be able to be done to address any of the dangers, and that the police just stood by and that there were no conversations. Mr. Southerland just said, "Okay." That version of events is simply not believable, and you know it.

So conversations with Gaskin and Clark, we're never going to know any of the specifics of the conversations they had with Mr. Southerland. But you heard Ms. Duran's testimony about the conversations that take place and again, you can have her testimony read back.

Now, Ms. Duran, as you will recall, was not easily confused. We all observed that. And you heard Ms. Duran say that while each separate dangerous condition might have a remedy available, she was very clear that any such easy fixes would depend on the circumstances and on whether the parent was willing to cooperate.

Now, she explained that, again, if you decide you

need to hear her read back on pages 313 through 316 -- 313 to 316. She made it crystal clear that the collective total of all of those dangerous conditions could serve as the basis for removal without a Court Order.

Finally, I want to remind you of the testimony Mr. Woo gave -- and this may be undisputed. We'll see what Mr. King and Mr. O'Neill decide to argue in a few minutes -- but Mr. Woo made, along with Ms. Gaskin, and Ms. Clark, effectuated the removal of those children after Mr. Balan directed him to do it. Mr. Woo was very clear about that. So not only do you have Ms. Gaskin, Ms. Clark and Mr. Woo finding these dangerous conditions, causing concern that the children might be harmed if they were left in the home prior to getting a Court Order, but Mr. Balan agreed and directed the removal.

Now, you're going to hear counsel for plaintiffs get up and argue to you that there's a reason we didn't call Mr. Balan. And in their summation, I think they'll probably spend a little bit of time on that and they might read you my opening comment, where I told you you would hear from Mr. Balan.

Now, I'll tell you why you didn't hear from Mr. Balan. We decided not to call Mr. Balan, because we found that after plaintiff -- who bears the burden of proving his case -- finished with his case, his case is missing in action, and we decided not to waste your time, the Court's timing or

Mr. Balan's time with another day of testimony.

But something more interesting that I want you to think about when Mr. King and Mr. O'Neill get up and complain to you about Mr. Balan not coming in as a witness, is something that they won't tell you, but I'm going to tell you and I'm going to ask you to think about this, if they argue this point: Either of them -- either of them were free to call Mr. Balan as a witness at trial. They decided not to do it.

Now, they'll tell you that we had indicated that we were going to call Mr. Balan and that's why they didn't call Mr. Balan. No. What they won't tell you is that this happens all the time in litigation. The defendant doesn't bear the burden to prove plaintiffs' claims. If plaintiff doesn't prove his claims, the defendant doesn't have to call anyone. So just think about all that when they go into this bit about how Mr. Balan wasn't here.

Now, 16 years later, Mr. Southerland would have you believe that if only Mr. Woo had found on a table to place the lamp on -- remember that question to Mr. Woo? Why didn't you just put the lamp on a table? He would have you believe that if Mr. Woo had done that, everything in that apartment would have been a birthday party for those kids. It's just not believable. I submit to you, ladies and gentlemen of the jury, based on the evidence you have before you, that ACS

should have concluded that it could have left those kids in that apartment that night and relied on Mr. Southerland's promise -- you didn't even hear about any such promise -- but relied on Mr. Southerland's promise that he would alleviate those dangerous conditions and keep them that way.

Now, where would the blame have been if a week later, after leaving those children in that apartment with that lamp placed -- let's say Mr. Woo had put it on a table. We know that Mr. Southerland kept putting it back on the floor because the kids kept knocking it over. What would have happened if a week later, one of those boys had knocked that lamp over and that foam pad had been set on fire? Thankfully, that was not the result here.

Now, damages. I submit to you that you won't get to damages. I've told you that already. Certainly, the evidence proves that there were emergency conditions in that apartment on that night, justifying the removal of those children, and Ms. Duran's testimony brought that all together for you -- but as I told you, the verdict form has a few pages on damages, and Judge Cogan is going to give you instructions on damages because he needs to. He has to. And since he's going to do that and since they're on the verdict sheet, I'm going to run through damages with you.

Now, were those children really harmed by the removal that night? You'll hear from Mr. O'Neill and

Mr. King. They'll wax on about how those kids were ripped out of the home that they were happy in and safe in. But you know what was going on in the home that night. Even if you decide that somehow, there was a mistake made with respect to removing those children on June 9th -- I submit to you that you won't determine that, but even if you did, I'm about to explain to you how this evidence proves no damages for the plaintiffs at all.

And why is that? Well, you've heard that Ciara made allegations of sexual abuse against her father, and that on June 13th, 1997, four days after the kids were removed from that home, the Family Court judge kept the kids out of that home.

You know from Ms. Southerland's complaint that on the 13th of June, Mr. Southerland was at court when Judge Turbow, after hearing about the sexual abuse allegations made by Ciara, Judge Turbow -- I'm sorry. Here we are -- Michael Ambrosio, on that Friday -- no. That's not it. Pardon me.

This is where Judge Turbow is -- he signed this. Put it in here. He signed a search warrant based on false and untrue information and on June 13th -- this is what Mr. Southerland alleges in his complaint -- "Ordered my six children be remanded to ACS," and then he makes his Constitutional claim against Judge Turbow.

^^So you know from Mr. Southerland's own complaints

and from his testimony in the witness seat when he told you he was there on that Friday.

(Continued on the next page.)

MR. BOWE: Where he told you he was there on that Friday and that he had gotten that petition that the judge remanded custody it ACS.

Now, you may hear counsel get up and argue that there is no proof, that there is no proof that Judge Turbow did that. Well, why is there no proof?

Here is something that you will find what was moved into evidence by Mr. Southerland Exhibit S-4, decision and order by Judge Knipps in July 2002. And you'll notice when you get this exhibit a footnote by Judge Knipps where she explains the trouble she had in locating transcripts of the hearing that had been held in front of Judge Ambrosio. She notes something very odd. The original transcripts could not be found so the court ordered new transcripts. Well, I would submit to you that however those original transcripts went missing perhaps that's how the order that Judge Turbow issued in writing on June 13th went missing. We don't know.

In any event, I will remind you that Ciara Manning's allegations of sexual abuse are the substantial cause of any damages it plaintiff.

Now, if you were even it consider the time period between the night of June 9th and the court order issued on June 13th that leaves three days and change. If you were it try it assess dangers and, again, I don't think youre going to get past the first page of the verdict sheet, I'm going to

 explain to you why there is no evidence of damages for the removal during those days.

First, you know that Family Court determined that Mr. Southerland had been sexually abusing Ciara prior it the removal on June 9th and that judge also determined that all of the plaintiffs had been abused as well. And that all the plaintiffs had been victimized for excessive corporal punishment so where is the damage for removing them from the home.

Second or, rather, third you should find that with an empty refrigerator Mr. Woo rescued those kids and took them to a place where they would have sufficient food, sufficient meals, sufficient nutrition. A place where they wouldn't go it bed hungry, where their last food was at 3:00 p.m.

Next, you should find that there is no damage for those couple of days because they were rescued from the risks of fire and electrocution and injury. But, again, if there is any proximate cause for the seven-year separation as Mr. King characterized in his opening of those children from Mr. Southerland, Mr. Woo is not the proximate cause of that. Ciara's allegations of sexual abuse and Mr. Southerland's conduct are the cause of that separation.

Now, you heard Mr. Southerland testify that all Ciara told the Family Court was he did it. Remember that? But, in fact, you know Ciara gave detailed testimony of the

alleged sexual abuse to Judge Ambrosio and that's what caused the damages here.

Now, Ciara tells you about the details she gave in Family Court, I don't recall. But you'll remember, because Ill remind you that, that Ciara had no problems remembering a whole lot of other stuff. She remembered details of conversations she had with her counselor. She told you that she never said she was going to kill herself. She told you she remembered how her father came and picked her up after she drank the paint. She remember how people threatened her if she didnt give false testimony against her father that she would go to jail. She remembered a lot, but when it came to what did she tell the Family Court judge about all of the specific allegations of sexual abuse here's what she told you.

I don't remember that.

I don't remember that.

I said, I don't remember.

I don't remember giving the testimony.

I don't remember that.

I don't remember that.

Now, again, on credibility, is it plausible for Ciara to have testified under oath that she didnt remember any of this testimony that she gave the Family Court, no, we know that its not. And because you should determine that she was dishonest under oath you should disregard all of her

testimony.

Now, Mr. Southerland wants you to blame Mr. Woo for all the years the children were out of his custody and that's what the other plaintiffs want you to do. I submit to you that it was Ciara's testimony of sexual abuse and, as I've said, Mr. Southerland's own conduct that caused the separation.

Now, I want you to follow this very closely, and I brought this up in the beginning. This was the question that Mr. Southerland was asked and here's how he answered it: "There was no need for me to do anything like that she was my daughter. I have no problems with dating a female."

Think about it. Is that how you would answer a question about whether you sexually abused a child, your own child? "Why would I need to do that?"

Now, in this case, everyone was wrong. You heard Plaintiff's testimony. He had you believe the school principal was wrong. He had you believe that the clinical supervisors at citywide services were involved. He had you believe Ms. Ewing was wrong. And when Jones, the school counselor, was wrong. Mr. Woo was wrong. Mr. Woo was when he tried to an appointment to see Mr. Southerland. He was wrong when he spoke to Mr. Southerland. He was wrong in going to look to see if there were window guards. Mr. Woo was always wrong. Mr. Southerland and Ms. Giakas and Mr. Balan was

wrong. Judge Turbow was wrong when he issued the order of entry on June 6th. The police were wrong because they have arrived after 9:00 p.m.

Judge Turbow was wrong again the following Friday, on the 13th, when he remanded the custody of the children. A year later, Judge Ambrosio was wrong after he ground after hearing we have and testimony that Mr. Southerland had sexually abused Ciara and had excessively had beaten and had used excessive corporal punishment against the other children. And those aren't the only people who were wrong.

The list goes on and on and on. Everyone is wrong.

Now, Judge Knipps she was wrong, too. I don't know if she was a defendant in this action. I don't have the entire complaint in front of me, but we do have her opinion and she tells you on Page 1 of that opinion that after hearing the testimony this is what Judge Knipps says after hearing the testimony of 11 witnesses, 11 witnesses, in a trial that spanned five days, the honorable MIchael Ambrosio signed a fact finding order reflecting the Court's determination that the respondent, Mr. Southerland, had sexually abused his then 17-year-old done and had engaged in excessive corporal punishment and had accordingly abused and neglected his seven children. Right there. You'll have this exhibit, this was right on the front page. Judge Knipps very clearly sets out what Judge Ambrosio found. She states, a few pages later

that: Judge Ambrosio's oral decision on July 1, 1998, made clear his finding.

Now, remember, Mr. Southerland told you he was there. All Ciara said was he did it. But somehow Judge Knipps says Judge Ambrosio's oral decision on July 1st made clear his finding after because was based primarily upon the testimony of the subject child Ciara who testified in court.

And she goes on. During the trial of this matter, the subject child testified and was subject to cross-examination by the respondent.

After hearing testimony of the child's history, Judge Ambrosio nevertheless found Ciara's testimony completely believable and noted that respondent's own witnesses give additional credibility to her statements.

All she said was he did it.

Now, lets another forget Ms. Durant. Ms. Durant was wrong along with everybody else. But remember Ms. Durant made clear that the cumulative dangers that were identified in that home would appropriately serve as a basis for an emergency removal.

Now, Mr. Southerland is literally banking on you not being clever enough it understand what's going on here. And ask yourselves did you hear Mr. Southerland when the other plaintiffs present any evidence at all other than their

self-serving denials to explain why Judge Ambrosio would make the decision and findings that he made about excessive corporal punishment.

Did you hear anything? Any evidence at all to explain to you why judge Ambrosio reached that finding? No. I submit to you he didn't aside from self-serving denials and I submit to you, ladies and gentlemen, that when counsel get up in just a couple minutes I'm nearly through that you ask, you keep this question in mind.

If you accept the Court's finding that Mr. Southerland sexually abused Ciara and got to warn her about this question what was the real reason in May and June of 1997 and Mr. Southerland was refusing to take Ciara to a mental health professional. I submit to you that question answers itself.

My last thought for you today is something that Mr. Woo believes is very important for you to consider. I have two thoughts more actually. Even though the kids gave some limited testimony about their years in foster care this case is to the about their years in foster care. Its about plaintiffs trying to blame a well intentioned ACS case worker. The conduct of Mr. Southerland and the decisions Mr. Southerland made every step of the way which impacted his children. You heard the Southerland children take the stand and testify about the pain of removal from their father. But

here's something you to the to bear in mind. The pain caused by a removal, whether or not the removal was lawful this one was, is a given. The pain is a given. Because even when ACS does everything right, does everything by the book, which is this case, there's going to be pain when children are separated from their parents whether that removal is good in the long run for those kids or does.

Mr. Woo does dispute abused genuinely at risk there will be pain no doubt. But that doesn't mean that ACS is wrong to do so or liable for the pain. And the pain of removal described by the plaintiffs certainly doesn't prove or really even suggest that Mr. Woo, Timothy Woo that he was wrong Torres cueing the Southerland children on June 9th from their abusive and neglectful father, Sonny Southerland.

Now, I've been talking to you for a long time and I'm going to have to go sit down now and I'm not going to be able to return to give you any more comments. Those are the rules.

And so, now youre going to hear not one, but two submissions from each of plaintiffs' counsel. And I have to try to think, and I clearly spent a lot of time thinking about the arguments that they might get up and make to you in just a couple of minutes. But since I can't return to respond to something I may not have anticipated I'm going to ask you to do something for me.

I'm going to ask you to, if you hear something that I haven't addressed or something that surprises you, something that comes out of left field. Think about how would Mr. Bowe respond to this?

So I ask you to do this so that the theories that you hear from counsel wont overcome the evidence. The evidence is clear, Mr. Woo was acting in good faith at all times when those children were properly removed from their home on June 9th.

Thank you four your time.

THE COURT: Thank you, Mr. Bowe.

Ladies and gentlemen well take a ten minutes convenience break. Be back here at, please, at five after 11:00.

Please do not yet start talking about the case amongst yourselves nor with anyone else, of course. Well see you in just ten minutes to continue the closing arguments.

(Jury exits courtroom at 10:

THE COURT: 55 a.m.) Recess, 11:05.

(A recess in the proceedings was taken.)

(In open court.)

COURTROOM DEPUTY: All rise.

THE COURT: Lets have the jury, please.

COURTROOM DEPUTY: All rise.

(Jury enters courtroom at 11: 10 a.m.)

THE COURT: All right. Be seated, please.

Mr. King, you may proceed.

MR. KING: Thank you, your Honor.

Good morning, ladies and gentlemen.

THE JURY: (Collectively) Good morning.

MR. KING: A week ago in opening statements, I told you this was a case about a family that was torn apart when a social worker named Timothy Woo came to the family's home and committed the malicious act of removing the children from the care and custody of their father. These are those children, they're now all adults.

As I told you in opening statements, after Mr. Woo we moved those children, they didnt come back for several years. The first child did not come back for at least seven years.

Now, in order to determine whether that constitutes a violation of Mr. Southerland and the children's rights, you

have to know more, you have to know the whole story. You have to know what happened before that night, what actions Mr. Woo took and others. You have to know after that night, that what Mr. Woo did after that and others.

And so, Ill just start at the beginning.

You learned in testimony that this is Sonny Southerland, Sr., you learned that he has fathered ten children. You learned his oldest daughter, who came and testified before you, is Ciara Manning; born in 1980. Mr. Southerland and Ciara Manning both testified that when Ciara was young, being that she was the first, the eldest daughter, that Mr. Southerland's showered her with gifts and attention.

You also learned, unfortunately, that Ciara was in the custody of her mother when she was young and that her mother was on drugs and was unreliable as a parent, irresponsible, would leave Ciara in the care of people, random people, and turn up missing for several weeks. That's why Mr. Southerland, at the time that Ciara was two or three years old, he went and petitioned the Family Court for custody. Took him eight long years to get custody of Ciara from the time she was three or so until she was 11 years old he was in the Family Court trying to get custody of her to get her way from her mother who was neglecting her.

Now, he finally succeeded. She was 11, perhaps

12 years old when she started to make the transition away from her mother's custody to Mr. Southerland's custody. During the transition period, she did spend some same at her Grandmother's house but eventually, by the time she was 12 or 13, she moved in with Mr. Southerland.

Now, at the time she moved in with Mr. Southerland, things had changed. He had six more children, only five of them are here. As you heard one of them, Emmanuel, who was also a plaintiff in this case, he has since died.

Well take a moment out of respect, think of him, and we get back to what happened.

So Ciara moved in with her father and six other children and she immediately started having problems. You heard her testify that she felt she wasnt getting enough attention. She felt that the children were getting attention and she was envious and jealous of them.

You heard her testify that she used to torture them and it got to a point after several months that she couldnt take it any more over there; and so, as she testified and Mr. Southerland testified she started running away. The first time she ran away she was 13. And when she ran away that first time, her daddy came and found her that same day and brought her home. And that recreated that feeling of attention that she had so craved. She knew her daddy loved her. When he came to find her and bring her back home and so

she made it a pattern to run away every time she felt she lacked attention.

What happened next is quite interesting. By 1997, Ciara had settled at the home of an adult friend by the name of Shakeema Canty. The address was 12457 Pacific in Brooklyn. Mr. Southerland didnt approve of that home, but because over the years Ciara running away, Mr. Southerland had been trying to so hard to keep up with her, he had filed P.I.N.S. warrants; that is, Persons In Need of Supervision. He had filed petitions for those trying to get a court to actually supervise Ciara so that Ciara would have a stable home environment so that she would remain in school so that she wouldnt be out running in the street. Mr. Southerland had tried working with social work agencies include ACS Mr. Woo's employer the advice they gave him was continue to file P.I.N.S. petitions.

Now, Ciara was smart. You have to be smart to be able to runaway at 13 and find places to be where your dad can't find you. She had to be resourceful, she had to know a lot of people, and so these P.I.N.S. warrants weren't working. As she testified, she would be summonsed to court on a P.I.N.S. warrant, she'd come to court, see her daddy there, and once she saw him there she'd leave. Why was she waiting? She wanted to remember that feeling: My daddy is coming for me, he loves me. Ciara was striving to get her daddy's

attention, and so, she would appear at the courthouse to make sure he was actually still looking for her. But then she would leave again because she didnt want to go back to an environment where she had to compete for the attention of her dad. Six other kids, some of them were very young but for sure, Mr. Southerland could not provide her the same amount of attention and gifts that he used to.

So, in 1997, she's at Shakeema Canty's house and a very traumatic event happened, her older brother died. Had older brother Khaddari died. This sent her into an emotional tailspin. She needed the comfort of her father, she had just lost her brother, and her mother was somewhere in the wind.

Well, she strived to get her father's attention in one way. She called her dad up, she said: You know, Dad, Memorial Day weekend is coming up and I want to go out of town and I need an outfit and I want to go visit a guy somewhere out of town. And her daddy says, well, one, I'm not going to give you money to go and meet some guy out of town, youre 16 jurors old. And he also told her, hey, I really don't have the money right now.

Well, Ciara was hurt by that, she was angry at him. So she went to school the next week and on May 12, 1997, she went into her art class, she opened a can of paint while everybody was watching and she drank from it. Of course, this sent her teacher into shock, this sent the students into

hysteria. Ciara knew what she was doing, she's no dummy. This is a person who had been running away for several years and evading law enforcement, evading the courts evading her father. She knew exactly what she was doing. As she testified, she knew it was water based paint and so what she wanted to have happen is she wanted her daddy to come up to the school.

Well, the teacher did exactly as Ciara thought the teacher would do. She have took Ciara down to the counselor and the counselor said: Ciara, why did you drink that paint? And Ciara says: Because I'm mad at my daddy. And, of course, just as Ciara had planned it, her daddy came up to the school and talked with her and said: What's wrong? What's going on? And they had a conversation, and Ciara expressed her grievances, and then, as the letter says, that you have in evidence from the school Ciara was feeling better.

Now, this all happened -- the letter is dated May 15th, the paint drinking incident was May 12th. As you see in the letter, also I don't have to show it to you, you'll have it back there, you can look at it. Just please look at it closely, read the whole thing. It says: Thank you, Mr. Southerland, for cooperating. We understand that you tried to get her to go to treatment and that she told you she would leave before she went to treatment, that you wouldnt be able to find her. Okay.

The letter also says that the school understood that Ciara was feeling better and that when the school offered Ciara medical services, Ciara refused them. See, Ciara was smart, she didnt try to kill herself. A person of her resourcefulness and intelligence knew better than to drink something that would kill her if all she wanted to do was get her father's attention.

But, of course, the school and I don't envy their position, any school would have to take the position of, hey, we have to look into this because, of course, they can face some liability. If they turn out to be wrong, and she really did try to kill herself, so they did cover their bases in that letter. And Ill tell you that was a good idea on their part because there were people waiting in the wings that may have caused some consequences for them they had not taken the most safe position on that.

Well, so you have the May 12th paint incident, the May 15th letter, we move forward May 29th rolls around and apparently Mr. Woo. He gets some report from the school, we see the report and he gets some report from the school and what we see in the notes he put in the notes a number of things. A daughter trying to get father's attention, struggling to get father's attention. Father not approving of where the daughter is staying. Child's address, 1257 Pacific. The person there with her Ms. Canty. He didnt write a

possible address I don't know when he wrote it but it says it on there, okay, its a possible address. And so if youre looking for a suicidal child it's an address you check.

And Mr. Woo did check. He got up whether it had been May 29th or May 30th he said he didnt remember. He told you I said he told he didnt remember when he first met Ciara she's a suicidal child that he claims he's looking for but he doesn't remember when he met her. He said I don't recall, I don't recall. Then he finally said, well, it must have been after I removed the kids. It must have been after. Youre a social worker, are you looking for a suicidal kid or are you trying to do something else? What are you really trying to do. Are you trying to get to a legal address, are you trying it find a child that's in danger.

What would you expect a social work for do you would expect a social worker to go to the addresses that were there, go to the school. Well, you know what Mr. Woo he did go to the school. I'm sorry, he talked to the school and then he went to the address 1257 Pacific. He went right over there. It was only two blocks from where he was working. Two blocks, he could have walked. He probably didnt have to get into his car, his two blocks. He went over there to the place and he met with Shakeema Canty and Ciara.

When he came upstairs, he asked the question that any social worker would ask if they were concerned, hey, why

did you drink that paint? And Ciara said: Because I was mad at my father. And he said why? She said: Well he's got all those other kids over there and he doesn't pay me any attention. And Mr. Woo suggested to her that well Ciara knew that Mr. Woo was there to bring her back home to take her to her father's house and Ciara didnt want to go back.

And so, when Mr. Woo said to her, well, maybe did he abuse you sexually or something? Ciara was like yeah, yeah that's it. Knowing that, as in the past, any allegations of any type after because or neglect would provoke an investigation and at least delay her return to her daddy's house. It had been done before. As you heard in testimony, ACS investigated previous claims of abuse and neglect, we don't know exactly what those claims were, but within two years prior to this event, one year actually in 1996, less than one year from this event, ACS sent Mr. Southerland a letter saying we have investigated claims of abuse and neglect and they are unfounded.

Mr. Woo's a social worker he had access to that, he worked for ACS, that was his job to look at those records. It was his job to look and see if any P.I.N.S. warrants were out there and there were quite few of them. So by the time he got to Ciara he knew what was going on assuming he looked at that stuff, assuming he had looked at the file that had already been there. So when he suggested, hey, sexual abuse? Ciara

took it and ran with it would prevent her from going back into an environment where she felt unloved and she wasnt getting enough attention.

Well, Mr. Woo then told her, oh, by the way, as Ciara testified to sent Shakeema into shock when Ciara said that. Shakeema said: I never heard her say that before. But Mr. Woo kind of just changed the topic. He said, listen, I'm going to go and meet with your dad. I'm going to go to his house and do a home visit.

So the next day or so he called Mr. Southerland. He said Mr. Southerland your daughter tried to drink paint, she tried to kill herself, and I need to come and inspect your home. Mr. Southerland said, okay, she's at 1257 Pacific, go take a look go talk to her. I had these problems, she's a runaway, she's not here. Well, Mr. Southerland, we still need to come in here because there are other kids there.

Well, first of all, none of my kids are in their system. Shakeema maybe in your system but Shakeema is not here. Ciara is not here and so you should go maybe go to the school and find out why she was drinking paint. I talked to her, I talked to the school and we resolved that Ciara is not suicidal.

Mr. Woo persisted and finally Sonny Southerland told him, hey, I'm not a drug user; I'm not an ex-con. I take care of my kids. You find out what's going on with my daughter.

Mr. Woo characterized this as being not cooperative.

Mr. Southerland said, listen, Ill come up and talk to you and Ill come up and talk to you and supervisor. Mr. Southerland asked to speak to the supervisor. He was cooperating, he wanted to talk to somebody about his child. He didnt want to play the game that Mr. Woo wanted to play. He understood Mr. Woo wasnt concerned with where Ciara was Woo. Woo was trying to do something else. He wasnt quite sure what it was at the time but we find out later.

And so, he ended up going there to talk to Woo is Woo's notes sat with her for 40 minutes. Woo got the names of all the children that were thriving there with Mr. Southerland. Woo, it was confirmed, that Ciara was living with a friend. But Woo still, in his notes, says that Mr. Southerland wasnt cooperating. Mr. Southerland was sitting in his office with him, giving him the very information that Mr. Woo said he needed and that is where is Ciara is me she okay? Woo never mentioned to Mr. Southerland that he already talked to Ciara. Why not? Because he want Mr. Southerland to know that he was trying to do something else.

And so, you know, they had that conversation, Woo claims to have gone by the house a couple times. Who knows, it might be true if Mr. Southerland wasnt there. That doesn't prove that Mr. Southerland wasnt cooperating you can't

cooperate request you're not there. He came by another time and Mr. Southerland came out with all his kids, the ones that had been written down in the notes, and Mr. Southerland introduced Mr. Woo to all those children who are adults now. Again, there was six children: Elizabeth was three at the time and so there probably wasnt an introduction; Kiam was five; Venus was nine; Sonny B. Jr. was nine; Nathaniel was eight; and Emmanuel, I'm not quite sure how old he, was he would have been there. He was school age, he was school age.

So they made that introduction and Mr. Southerland said, well, Ill meet with you but I can't do it right now, I have to take the kids to school. And Mr. Woo said something that didnt really make a lot of sense. He said, oh, well if you don't cooperate I'm going to have to take court action.

And so, Sonny kind of blew that off what does that mean I'm cooperating I don't know what you are talking about. Sonny was growing more and more leery of Mr. Woo's intentions. Little did he know that he was attempting to meet children and do an inspection. Mr. Woo would go to the courthouse that Friday and submit a false affidavit. And in the affidavit he says, oh, we think Ciara Manning is in this apartment. He didnt mention in the affidavit that he had met with her previously. He said we think she's in that apartment. That's because its her legal address.

Well, Mr. Southerland had one in custody and so

perhaps it was the legal address but when you're looking for a suicidal child you look everywhere you might be able to find them. You certainly don't wait weeks to confirm that she's not at the legal address.

Certainly, if its a runaway child, the legal address is probably the last place you find her if you think about it. That's where she's supposed to be her legal address but she's a runaway so she's not there this confirmed by the school. Mr. Southerland and Mr. Woo had come by, still put it in an affidavit, that Ciara was he thought she was at that apartment. He thought she was suicidal. This is what he put in the petition for good measure to make sure that the judge would absolutely give him this entry warrant he stuck some other names in there of some children that don't even belong to Mr. Southerland.

He testified on the stand, well, my lawyers put that in there. Well, he's the one that signed under oath saying that he thought that they were there he knew those names weren't in his notes but what did he tell you all. He insulted you all by saying I can't tell my lawyers what to put in a document, a legal document. Well, you can refuse to sign it if its not true. Youre signing it under oath. That's perjury; right?

So he did submit a false affidavit he put the false names in there and a judge already said, whoa, she is going to

kill herself. Yes, go inside. You can have an order to go in there. Mr. Woo came to the -- on the night of June -- well, he got the order on June 6th, remember, he's looking for a suicidal child. What did he do on the 7th? He enjoyed his weekend, he's looking for a suicidal child. On the 6th he got an order and he spent the whole weekend doing whatever he wanted to do. The Court give him an order looking for suicidal child and as soon as he got it and went and did what he did on his weekend. Some child is somewhere according to him in jeopardy, life and limb, enjoying his weekend.

He got up on Monday spent the whole day doing whatever he does and came at night when the children were sleeping to Mr. Southerland's apartment. All those children were sleeping as you heard in testimony. I don't know what time he came, it was probably after 9:00 o'clock. He violated everything else. So he goes to the house with these police officers and Mr. Southerland says: What are you doing here? And the police officers says: Well, this guy's got a warrant to come in to look for some kids. And Mr. Southerland said: Well, let me see the warrant. And Woo wouldnt give it up, he held on to it. Mr. Southerland finally got the cops to tell Woo, hey, let him see the warrant. Mr. Southerland looked at the warrant, it had Ciara's name on it and it had a bunch of kids that belong to him and Mr. Southerland said, well, officers, this warrant is incorrect, these kids aren't here,

these aren't my kids. But Mr. Woo, going by the language in the warrant, he convinced the cops to let him in any way.

Mr. Southerland offered the cops to come in and said you'll no 16-year-old girl here and all these other kids aren't here. Mr. Southerland pleaded with the cops, hey, don't let this guy in my house. He's not looking for Ciara, trust me. He's not looking for Ciara, he's trying to do something.

But those cops they were bound by that order and so they ultimately convinced Sonny, hey, let this guy come in here to do what he's got to do. He's got an order, don't worry, it will be okay. Let him come on in, he'll be gone. Once Mr. Woo got in there he spent a couple minutes in there he went through the rooms. He took the latch off the door where the speakers were and things and he went in there. Then he went in the other rooms. He says he looked in the refrigerator. He didnt look in the cabinets for some reason. He said he saw some dangerous conditions. He didnt abate them. There was a lamp on the floor he thought was dangerous he didnt even go over and try to move it to a safe spot.

He looked around he did an assessment and then he told Mr. Southerland, oh, I'm taking these kids. Mr. Southerland says why because the conditions in this apartment. Mr. Southerland was, like, you lost your mind, now I see what you've been trying to do this whole time. This was

what you were trying to do.

Now, I remind you something Mr. Woo testified twice, I'm sorry, he testify once and then every other witness came in here and testified to this same series of events. I'm telling you now every witness testified to it.

Mr. Woo did not get back in that chair and rebut one thing said that he all that was lies. All that was made up. He sat in that chair you remember he sat there he may have answered one question and then he got down right away. He got off that stand right way because he knew you wouldnt believe him.

And so, the kids were out of the home. The police surrounded these children as they pleaded, hey, wait we want to stay. What's going on, daddy? And the best that daddy have could do is go in the freezer to comfort them and say here is an icee. It's going to be okay. A frozen snack. He was desperate to console his children. He was distraught at what was happening. He was in disbelief his children were being taken away from him.

You recall the night before you saw a video they were having a great time. It was a birthday party. You saw the video everybody looked like they were having a great time. They had a birthday cake they were eating they were partying. The dangerous conditions, the video didnt show it. Woo certainly didnt get up and say, look, there's a dangerous

condition in this video. Why because there were no dangerous conditions, period? There were no emergency circumstances he made to up. All of it because he had an agenda. He wasnt looking for Ciara when he came to take these kids. We don't know why I don't want to advance a motive sick twisted person's mind to do something like that.

Now, they took the kids from the apartment they took him to some shelter. And Mr. Southerland got up the next day which would have been 16 years ago today and he hasn't stopped yet. Here it is, 16 years later, to the day that he started fighting front of a jury for the first time for the first time. He went to the courthouse every day that first week. That would have been a Tuesday, right, because June 9th was a Monday. He got up on Tuesday, he went to the courthouse every day they had nothing down there at the courthouse. Nothing.

Finally, on Friday, some ACS attorney tells him we're going to file something. We're going to file something. There's something that's going to get filed.

Mr. Woo said that on Friday he got an order. He never got an order he may have filed be something on June 13th. He filed a petition and in that petition he lied. He said, oh, he said a number of things. When said Ciara has been abused since she was eight years old by her dad. Well, you recall Ciara was her dad was in court trying to get custody of her when she was eight all the way until she was

11.

Mr. Southerland was fighting for his daughter's safety and took care of his daughter. Certainly, if there were allegations of abuse at eight years old that would have come up in some court proceeding. No, Mr. Southerland was awarded with custody of his daughter because he never touched her.

But Mr. Woo put that in the petition and in the petition he put her real address, finally, 1257 Pacific. I wanted to show you the petition, I wasnt permitted to. He lied in the petition.

And what else did he put in there? He said, oh, and I went to the apartment and there were dangerous conditions. Emergency circumstances, the kids were dirty, vile smelling, no food. They couldn't walk around, there was electrical cords that would shock them. A light was on the floor that would have burned the apartment down. They couldnt touch the lamp. This is what he put in the petition on June 13th. But he didn't get an order because no judge would say, hey, that's emergency circumstances. He didnt get an order.

You know how we know he didnt get an order? He came back on June 27th and filed another series of petitions. Who does that if you get an order, why would you come back if you had got an order on June 13th why are you back on June 27th asking for the same relief I supposedly already got? But, of

course, he made a lot of people thinking he had gotten that order and that's why Mr. Southerland at some point had filed a claim against the judge and said, hey, Judge, you gave them an order. In fact, everybody found out three weeks ago that no one has ever seen the order.

Mr. Woo had it --

MR. BOWE: Objection, your Honor. Facts not in evidence.

THE COURT: Overruled.

MR. KING: No lawyer has ever claimed to have seen that order.

THE COURT: Mr. King, the jury is going to determine whether there was an order and on what date it was issued. You may continue.

MR. KING: Very good.

In the second petition, he made other allegations, he made up an order. He didnt want those children to go back and he needed an order to prevent them from going back. He didnt get an order on June 27th either. He made up more allegations. He said, oh, these are all these kids, Sonny was beating them. So he put in the June 27th petition. Still no order. No court ever in this case found that there were emergency circumstances that justified Mr. Woo removing those kids.

This case has been through several Family Court

judges, Second Circuit Court of Appeals, the Appellate Division, the U.S. Supreme Court. This case went all the way to U.S. Supreme Court, no court has ever found --

MR. BOWE: Objection, your Honor.

THE COURT: Ladies and gentlemen, when you consider this case, youre going to need to confine yourself to the facts that are in the record before you, not facts that may have been asserted by counsel which are not in the record.

Please continue, Mr. King.

MR. KING: The proceedings of the U.S. Supreme Court are public, and so, I'm not permitted to say it today but that you know your obligations to find the truth. No court ever found emergency circumstances justifying the removal of those children ever. No court in jury has ever even heard these facts, only a judge, Family Court judge. The petition was he had false statements in there. June 27th, still no order.

Well, what happens next? You heard Ciara testify, Woo never got up and said this was not true he had an opportunity he didnt get up and saying anything about anything. Ciara and Ms. Shakeema Canty walked over the two blocks to Woo's office for a follow-up and Mr. Woo says the following: Hey, I went to your daddy's house and removed the children because they didnt have food, something along those lines. And by the way, Ciara, youre going to to have to testify in Family Court about the sexual abuse.

And that Ciara testified her heart sunk she knew that wasnt true that was something she said not to go home but now she was going to have to testify. She felt bad. She felt bad that her sisters and brothers had been removed from her home even though she resented them for getting attention she testified she felt bad. She knew that there was a problem. She knew she had been tricked. And she saw Mr. Woo give Shakeema Canty a check for $800. Mr. Woo never got up and denied it. He never told you all about that. He never told you anything about any of these conversations and then he didnt get up here and say it was untrue.

So it was obviously true exactly what I'm telling you. And so, Mr. Woo says you're going to get a letter telling you what day to come in.

Lo and behold the hearing comes around. Mr. Southerland testified he was there, none of these children were there. Supposedly someone came in on their behalf and testified on their behalf, a law guardian. No one ever asked these children. You heard the children testify: My daddy never abused us.

But some law guardian came in there and said it that judge, oh, those kids have been abused. We asked them they said they've been abused that is what a law guardian did on their behalf. A law guardian what does that even mean if you can go do that. Ruin their lives.

And what did the law guardian tell Ciara, hey, Ciara you need to go here and say that your daddy abused and threaten today kill you or else you will P.I.N.S. warrants and for criminal infractions you have recall open cases.

Well, Ciara as bad as she may have felt about it, she knew she didnt want to go to jail she was 17 years old facing some serious charges and so she got up there and reluctantly said things, hey, he did it. You heard testimony that the Family Court judge actually just asked her the same, you know, asked hire a series of questions.

MR. BOWE: Objection. Not in evidence, your Honor.

THE COURT: Ladies and gentlemen of the jury, lawyers say things during closing arguments. When you make your determination you need to rely only on the facts in evidence. Everyone had an equal opportunity to present evidence.

Please continue, Mr. King.

MR. KING: It is in evidence that is that the Family Court judge testified for Ciara. You are all Mr. Southerland say to I don't know what that guy is talking about.

So Ciara had got on the stand she probably did incriminate her father. You would be happy to know that although she made that up, maybe there were some police officers standing around her nobody granted them. Nobody grabbed him and arrested him. Everybody in that courtroom

knew that it was made up. Nobody touched him and he's never faced any criminal prosecution because it was made up.

At the end the Family Court judge, not a jury like you, a Family Court judge who would testify on behalf a child who would listen to law guardians and not take the testimony of the actual children involved, ten years old, nine years old, eight years old certainly can come in here and safe whether they had been abused or not they didnt come.

A judge, one judge, decided the fate of all of them, slandered them but their names down as abused. Said that Ciara was abused. And then a judge made a derivative finding that essentially implying that Sonny abused sexually all of them. His three-year-old daughter, his five-year-old son; his other two sons; his 10-year-old daughter. One judge had that power and actually put it down because of some law guardians. This is in the Family Court, people.

But it wasnt true. You heard every child testify he didnt touch me, the only time I was abused was in foster care. We only feel safe at our daddy's house. Once we were in foster care, we knew we weren't in our daddy's house for sure.

Not one child came in here and told you they were hit abused any way. How could Elizabeth abuse she was three years old what is what was beat A-3-year-old. Its slanderous, defamatory. Its made up. Youre a jury, youre smarter than that. You have the power today to decide what's the truth.

You don't have to listen to a Family Court judge that would treat them like that. You could ignore what he said. It was either true or to wasnt. And so what happens next? They're away from their daddy. And daddy got up fought every day to bring them home.

And finally they started trickling back. But daddy had filed a lawsuit, 1999 and here we are today for the first time in front of a jury, not one judge. There is a judge there but youre the jury you decide the facts today. You have the power today. You saw Woo sitting up there if he was credible then he wins, period. If Woo was telling the truth he wins.

But if these witnesses were telling the truth then there's no way Woo can win he lied to you about everything he said up there. You saw him he could pick at his face he was looking over at his attorneys he I had to tell him hey I'm over here. He said "I don't recall" probably a hundred times, I don't recall. How do you not recall the day you meet with the girl that you thought was suicidal in your investigation.

How do you not recall whether there was any testimony given on Friday June 17th why are your notes, why doesn't it have intention of that. Maybe somewhere else he never brought you another set of notes maybe written notes I was allowed to show signature there that's my name and it says date signed but that's not my signature and so you never got

to see what was in those notes. He denied they were his, hey, well never know what was in thinks notes you will never know listen jury you have to find the truth. That's your obligation, you don't have to check your common sense at the front door of this building. Use your common sense. That's the power you have today to establish once and for all the real truth. And so, Mr. Woo tells he told a very different Stoer when he was on the stand lets find out if that could be true.

So lets see if Mr. Woo even tells you the truth. This is his Exhibit 1.

This is the first thing Mr. Woo brought to you to try to prove his case and you'll recall he was testifying his lawyer was asking him do you see there the initials of the subject child and Mr. Woo said, oh, yeah, the initials there are there for Ciara Manning and you recall I stood up there and said wait there's nothing there the initials Ciara Manning and the lawyer said, oh, wait a minute that's on another page. And so, Mr. Woo looked at the piece of paper and pretended like something was there that wasnt. The very first thing he says to you all was a lie. He presented his case starting with a lie this document.

At the end, he says this is the report he got. This is the report he got supposedly from the school. Why did he leave out the address that he had in his notes why did he

leave out Ms. Canty's name. None of that is in there. Why did he leave out he did mention that she may be standing out of the home and in an improper by this time he made this document.

MR. BOWE: Objection, your Honor. Mischaracterizing the evidence. This was the report from the state.

THE COURT: The jury will have to figure out what's being accurately stated and what's not.

MR. KING: They're saying this is report from the state how does report from the state, her name was wrong. They spelled the name wrong. That is what that lawyer just said. The state, the school, sent this. SM, the school knew how to spell Ciara's name. That's it starts with a C, and so, this document obviously it doesn't come -- this document has been created by someone but we don't know where they got that information from. It certainly wasnt from the school.

Now, again, this is, I said earlier, that the letter was dated May 16th but it was actually May 16th I apologize. It says there on May 12th Ciara drank a cup of paint it says she did not know it was toxic. Well, we know she did know nontoxic because Ciara was no dummy. She knew what she was doing at that time. She didnt realize what was going to happen when Woo got involved. You see right at this point Ciara seems to be feeling better. We would recommend an

appointment Ciara stated she would be willing and might be more comfortable in outpatient setting. Ciara was making the decision herself whether to go to the hospital.

You look at the paragraph above that, Ms. Jones, the contact, said you attempted to take Ciara evaluation but Ciara refused to go and threatened to runaway if you tried take her. Now this doesn't mean Ciara was living with Mr. Southerland. The school knew that Ciara was what Mr. Southerland thought improper environment. That was an insult to your negligence when somebody runaway from your home.

So I'm just going to go through a couple of things that Mr. Woo said. I'm almost done here actually.

Mr. Woo said that he was required to take the children out of the home but you heard Ms. Durant who was very credible she said, no, no what he was required to do was abate the circumstances. She said several times if there was no food he was supposed to go and buy some.

If there was a dangerous condition like a lamp on the floor he was supposed to remove it. Certainly, if there were things stacked improperly in a dangerous way he was supposed to put a lock on the door arrange the material. What did Woo tell you, I didn't do that because Mr. Southerland had not been cooperative. Mr. Southerland had come to your office, sat with you, introduced you to all his children. He told you where his daughter was, but you still didnt have

information you wanted. You didnt have what you wanted. He didnt have what he wanted and so Mr. Southerland wasnt cooperative. What did he really he want? He wanted those children out. We don't know why. We don't need a motive we could tell from what he did what his intentions were. What he intended was what he got. He got the children out of the home they didnt come back for a long time. He had to file a false petitions make up dangerous conditions, pretend like a supervisor forced his hand. No, you heard from a supervisor, no supervisor would have forced his hand. No supervisor came into this courtroom and took responsibility for what he did. No supervisors came in. We wanted to talk to Mr. Balan but he didnt show up.

The lawyers talk about legal tactics, why wasnt he here if he was going to help the testimony, he didnt want to waste your time. He wasted your time on everything else. Why not put a person up there that could make the case for them that person didnt want in the courtroom nobody is going to take responsibility for that no court ever counseled there were emergency circumstances because there weren't.

None of those social workers that came with Mr. Woo came to this courtroom and said, oh, yeah there was emergency circumstances we agreed. They're not in here. Mr. Woo was up there by himself the whole name nobody came in here testify on behalf nobody came agree with him. Guess what, no courts

 found there were ever emergency circumstances. Not Turbow, not Judge Ambrosio, not Judge Knipps, not any other court whether the highest court in the land, not even this court.

So lets talk about his notes.

He refers you to his notes. Everything that he said happened is not in there. The things that are in the note, okay, yeah there was a conversation with Sonny, fine, we know that. He gave the names of names yeah he came to the office yeah what about the part Mr. Woo about you going to the court and getting an order to might written notes where are those?

You didnt see them did you? They never came up there on that screen. Might be in my written notes no written showing all this stuff he did an investigation of the child that was suicidal but he never sold you anything in his notes that reflect that or going to court or any of that.

Legal address Woo looks for legal address gone through that.

I thought it was interesting that there was some question of whether Mr. Southerland had somehow removed some transcripts. The inference was hey the transcripts would hurt him so that's why they're not over there. Mr. Bowe came in here and told you that. He didnt tell you that he sent an e-mail two weeks ago saying that they had them but they lost them on 9/11.

Now --

MR. BOWE: Objection. Mischaracterizing the e-mail and facts not in evidence.

THE COURT: The jury's got to figure this out don't keep making those objections.

MR. KING: My obligation is to bring the truth out. Objections notwithstanding the truth is what you have to find.

Yeah, if we can't find the truth this is just a silly came like Judge Ambrosio played isnt it. Youre a jury your responsibility like his is to find the truth. And so what's in your hands.

I want you take a look at that manual that's in evidence when you go back there Woo said than you'll call for him to do. Any of it. When you investigate a suicidal child where do you go? You go to the child, you assess her home environment, and you go to the parents. You think the child is abused and neglected. You go to the parent and the child. You find out what's going on if there is an allegation. You investigate it, you don't just keep going to the legal address, especially if you know the child is not there. That's what Woo wasn't looking for Ciara.

Okay. So I want to talk to you all about damages. I spent a lot of time on that stuff just take a few minutes to talk to you about damages. Okay. Damages are hard you have to find out how to compensate the plaintiffs in this case for what happened. The jury instructions will give you some

information on how to do that. It doesn't make it easier you still come up with a number even though there were no numbers in the jury instruction.

So how do we go about doing that? Well, when it comes to compensatory damages, you can consider a number of following things. You can consider the personal humiliation that all the plaintiffs experienced because of someone coming in her home, taking them out, saying that they're dirty not eating and they're abuse I had by their testimony. You can any about the personal humiliation Mr. Southerland faced in his community because of that.

(Continued on the next page.)

MR. KING: You can think about the personal humiliation Mr. Southerland faced in his community because of that. Obviously, walking around, somebody thinks he's an abuser of his kids. That hurts him. And it hurts the kids, too, because it make him less resourceful.

People don't want to give him a job. You heard he had to quit his job and of course, once a Family Court Judge Ambrosio says, "Oh, you did this," who's going to hire him?

Personal humiliation, also impaired reputation of all of them. They're in school. People were like, you were abused sexually and beat by your dad. That's embarrassing. It's embarrassing for -- it's humiliating for Mr. Southerland, also.

He lost his wages. You heard he got -- he had just got a new promotion. He had to quit that job in order to go and get his kids back. He had to learn how to be a lawyer. He had -- he fought to get his kids back. And he's finally here today. Hasn't worked since. This is all he's done in the last 16 years.

You can consider it mental anguish and suffering. Just imagine being ripped from your parent's care and put into some strange new environment. Some cops came in surrounded them, took them from their daddy as they said, "Wait. We want to stay." They didn't get to come back to his care for a long time, and they were scared in those other environments and

mistreated.

So that's personal humiliation, mental anguish and suffering, impaired reputation, the inconvenience of it all and emotional distress. And you'll see the jury instructions mention that specifically.

If they experienced emotional distress from these events, you can consider that, even though there was emotional -- that emotional distress extended beyond the Court Order. Remember, this is a court order that didn't affirm the reasons for the removal. This is a Court Order that says they don't get to come back. Just think about it, the emotional distress that arose from all of this, you get to consider it in formulating damages.

Now, I said all that and I'm not sure that puts a number in your head. As a matter of fact, I'm pretty sure it doesn't. And so what I want to do is, you can also consider punitive damages. That is, you find that Mr. Woo was acting maliciously or that he showed any type of indifference to their Constitutional rights, you can find punitive damages.

Punitive damages, you don't even have to find compensatory damages to find -- you'll see it in the instructions. You'll hear it and you'll read it. You don't have to find compensatory damages. You can actually just find punitive damages. So maybe that's a good place to start to try to come up with a number because there is a standard for

punitive damages that may help you come up with a number.

The standard is, punitive damages are to punish and deter anybody else, including Mr. Woo, from ever trying this again. So we have to come up with a number that would deter Mr. Woo from ever doing that again or anyone else, because when they see that number, they'll say, wait, that's not worth it. I'm not going remove kids without circumstances. I'm not going to play this game Mr. Woo played.

Well, how much is that? I submit to you that you start off in the punitive damage section. Mr. Bowe said he didn't think you get there. If you do find yourself there, I want you to go to the first line, and you would need to put a number there that's sufficient to punish Mr. Woo for this heinous, cruel game he played. It took 16 years to correct. Sixteen years to the day is a cruel and heinous game. You need a number that's sufficient to deter anyone else from ever trying that again.

How much is that? On that first line for Mr. Southerland, Sr., in order to deter and make sure this never happens again, you need to put $25 million. On the next line, $25 million, 25 million, 25 million, 25 million, 25 million.

I want you to keep in mind, look at me. I don't get a penny of that. The lawyers don't get that money. It doesn't come to us. So I'm not interested in that money per se, because it doesn't come to me, but the purpose of punitive

damages is to prevent anybody from ever trying that again.

It reflects how much we value family rights. It reflects how much -- how much we're willing to impose on someone like him if he ever tries it again, and it's an amount we hope that will prevent anyone from ever trying something like that again.

Now we have that number, I'd say go back up to the compensatory damages and put the same amount: 25 million, 25 million, 25 million, 25 million. I tell you what. You can go higher you if want, not sure that going lower is sufficient to deter.

One thing about this case that makes it difficult is this is the first time that anybody ever got do a jury on this, so you all have to decide something that perhaps no other jury's decided before. You have the power to do it. You have the power to restore them to where they were. Their Constitutional rights, no amount would ever make them whole. But it's your job to find the truth and to provide compensation and also to deter and punish this heinous, callous, reckless action taken by Mr. Woo.

That concludes my comments. I thank you.

THE COURT: Thank you, Mr. King.

Ladies and gentlemen, you need another break or you want to go on? Let's go? Okay.

Mr. O'Neill?

MR. O'NEILL: I could use a five-minute --

THE COURT: Mr. O'Neill needs a five-minute break. There's no such thing in law as a five-minute break. Let's take seven minutes. Be back here at 12:15. Please do not discuss the case amongst yourselves nor with anyone else. See you very shortly.

(Jurors exit.)

All right, 12:15.

(Recess.)

THE CLERK: All rise.

THE COURT: All right. Let's have the jury, please.

(Jury enters.)

THE COURT: All right. Be seated, please.

Mr. O'Neill, you may proceed.

MR. O'NEILL: Thank you, Your Honor.

Good afternoon, ladies and gentlemen.

JURORS: Good afternoon.

MR. O'NEILL: In the United States of America, if a government official enters a private home and takes a child out of that home against the wishes of his or her parent, that official needs to have a very clear explanation of what the emergency was.

Mr. Woo doesn't want to talk to you about that. He got up here, by his attorney, and what he wants to talk about is Ciara Manning's sexual allegations over and and over and

over again even though when these first were introduced into evidence, Judge Cogan instructed you and he'll instruct you again, they are not relevant. The Family Court proceedings that took place after the removal are not relevant to whether or not Mr. Woo violated the constitution of the United States of America, when he removed my clients from their home without a court order.

So I pose the first question that you ought to ask yourself, why does Mr. Woo want to spend so much time on evidence that isn't relevant to the most important fact that you have to decide in this case. The fact that is, win or lose, why does he want to do this. It's an easy question to answer. It's scandalous. It's ugly. It attacks the people that are suing him. And it's a distraction. It's a distraction to take your mind off of what this case is really about.

Now, something else Mr. Woo's attorney, in the hour and-a-half that he stood here and talked to you, didn't tell you, but Judge Cogan will tell you, that when children are removed from a home, without a court order, there's a presumption that it's illegal. And that presumption is enough for my clients to carry their burden of proof. That's all they need to prove, is that the removal was without a court order.

Mr. Woo's attorney wouldn't tell you that.

Mr. Woo can defeat that presumption by showing that there was an emergency. But he doesn't want to talk to you about an emergency, he wants to talk to you about Ciara Manning's sex allegation case in Family Court.

Now the first claim is the illegal search claim. And I'll get back to the removal in a emergency circumstances, but I'm going to spent a very short time on the illegal search claim because I think it is a deceptively simple issue.

The question that you will decide, and Judge Cogan will give you the instructions, did Mr. Woo lie in his application, either intentionally or recklessly. And were those misstatements or lies or reckless misrepresentations a factor? Did they result in the order being issued which allowed them to go to the Southerland home.

Now Mr. Woo admits that the application that he signed under oath was not accurate. And he's remarkably unconcerned with that fact. Even though he signed, you can look at the application -- he signed his name twice. He signed his name where -- under the statements. Then he signed a separate section in which he said, I swear to tell the truth. And that everything here is true to my knowledge, or based on information that I believe to be true. And then he gets up here, on the stand, taking the same oath, to tell the truth, under penalty of perjury. And he says, oh, the names, some lawyer wrote them. As if it's no big deal. Whatever,

 right? Just whatever. Let me have a court order so I can get into this house, names shames, I don't care.

Well, that's recklessness by his own testimony. But there's something else here. You may recall that I asked him, because in his deposition -- and by the way I don't have transcripts, you have to pay for those, and they're very expensive. And we don't have transcripts from trial testimony, I'm relying on my memory. And you'll have to rely on yours, or you can have transcripts read back. But I asked him, at your deposition you testified you were actually thought those Manning kids were the apartment. Now you're saying oh, if I had seen that these were different names, I would have had the lawyer correct it. Why is he talking out of both sides if his mouth here? And it's consistent with what he did on that application. It's whatever. Whatever I need to say, I'll just say it. Because I need to get into that apartment, and I want that court order.

I don't want to waste anymore of your time talking about whether Ciara Manning tried to commit suicide, or the paint, or where she was living or any of those things. I going to talk to you about what Mr. Woo admits he knew.

He certainly admitted that he knew she wasn't living at the Southerland home. But it's official address or not, but he knew she wasn't there and wouldn't be found there.

I'm really more interested in what he left out of

that application. Because sometimes what you leave out is more important than what you put in. So what I've done is I've created, using facts that Mr. Woo has admitted to, that don't depend on anybody's testimony but his. And if he had gone to the Family Court, and made a truthful application and told the judge these are the facts that I know of, can I have an order, this is what he would have said.

Ciara Manning drank some nontoxic paint in school on May 12th and she may have expressed some ideas about committing suicide. The school believes that she is emotionally disturbed and is concerned that she is not getting the psychological, or psychiatric care that she needs. Her father has legal custody. But she is living out of the home and the father has limited control over her. I need to conduct a home visit of the home of Ciara's father, because that is what I am required to do. It's her official residence.

MR. BOWE: I've stopped by that home several times, but the only time Mr. Southerland was there he was taking his other children to school. So it was impossible to do a home visitation then.

The father has come to the ACS office to meet with me, and he agrees to permit a home inspection if we can set up a date and a time for it. I do not want to make an appointment with the father, however, I want to conduct a home

visit whenever I happen to show up. Therefore, please provide me with a court order so I don't need Mr. Southerland's permission to enter his apartment, and so that I can have the police use of force, if necessary.

That's what a truthful application would have sounded like. Put yourself in the position of a Family Court Judge. Like any Judge, sworn to protect the constitution of the United States, including the fourth amendment right to be free from unreasonable search. And you read this affidavit, and you say, Mr. Woo, are you out of your mind? You want me to give you a court order allowing the police to breakdown this man's door because you don't want to make an appointment? You don't want to tell him when you're coming by so he can be there and meet you? No, Judge, no, Judge, who has the least respect for the law, rule of law, and the constitution, is going to sign such an order.

Mr. Woo knows that, and that's why his attorney told you that, well it was unrealistic to expect Mr. Woo to accept an arranged visit. He needed a surprise visit. Oh, really? Evidence, evidence of that fact, none. The suggestion is that if you alert Mr. Southerland that ACS is on his heels, or looking at him, he's going to hide something. Mr. Southerland went to the ACS office on May 30th. He met Mr. Woo when he was coming out of his apartment on June 4th. He knew that Mr. Woo was coming by to see him. If he was going to cover

his tracks, he'd already had a week to do it before Mr. Woo even went into the Family Court.

Ms.Durant, the witness that I subpoenaed because she gave testimony useful to my case, contrary to what you heard. She didn't say anything about surprise visits. She didn't testify that that's standard operating procedure. You'll have the entire book field manual. And as a matter of fact, when I heard this argument made to you, I thought maybe there's something in the field manual. So this is on chapter four, page 11, and it says, the length of time to complete an assessment varies with each case. Although information is presented here in terms of the initial field visit, most cases require several visits.

So obviously, surprise is not a big element to the assessment. And you won't find it, you will find nothing in this manual. You can read the entire manual. There is nothing there that says you have to make surprise visits. Don't let them know you're coming. Because this is not the FBI. This isn't the police. This isn't somebody investigating a crime. Nobody's accused of dealing drugs or engaging in some other illegal -- it's just an assessment of the home. There's been no evidence that any of his kids have ever been abused or neglected, other than Ciara. And she's not living there. So the surprise visit is a red herring because Mr. Woo doesn't want you to focus on the facts which

he has basically largely conceded to you.

So now, I want to turn to the removal issue. Really there's only one issue here. Was there an emergency? We all know what an emergency is. Emergency is something that requires immediate action. What do we usually do when there's an emergency? We usually call 911. That's the sort have thing -- that's the sort of situation that is an emergency. You'll here the term eminent harm. That there was an emergency if the children faced eminent danger, or danger of eminent harm. Well I decided to look up the word eminent. What does it mean? The most common definition, the first one that I found, and the one that most dictionaries agree on. About to happen. About to happen. And I want you to think about that and take that definition back to the jury room with you. As you assess these things that Mr. Woo wants you to find were emergencies. Were they about to happen? What was about to happen? He never even told us what was about to happen.

You know when I hear about an emergency, or an eminent harm, I think of those old movies where you got the fair maiden, she's tied to the railroad tracks and the train is coming. That's eminent harm. If you don't do something, and you movie always says, you know, six seconds, five seconds. Something bad's going to happen. But if you have the same fair maiden tied to the railroad tracks at noon and

you know that the next train doesn't come 'til 9:00 p.m. eminent harm, not emergency. Situation to take care of? Sure.

But the issue in this case is emergency. And I want to focus you back on that because we heard so much noise about what a horrible family this is. And Mr. Woo kept attacking this family. The issue here is whether there was an emergency. And the fact that you might disapprove of the condition of that apartment, or it could have been better, or you might not think this is the best family. None of those are emergencies. This is the United States of America. We don't remove people from their homes without a court order, except in very rather circumstances. That's what Ms. Durant told you. That's the most important thing that she told you.

Remember, she didn't work on this case. She admitted that. She had nothing to do with this case. None of her testimony about the facts of this case were testimony about what happened. If anything, it was maybe her opinion, but it really wasn't that because it was asked in a hypothetical. If you encounter this, you encounter that. But the one thing she told you that was so important, it's very rather to remove children without a court order. Because you almost always have time to get a court order. And consider that, when we review these conditions in the home. Was something bad about to happen that couldn't be alleviated at

the spot, right then and there. And that couldn't wait for a court order.

Now the answer to that question is so just agonizingly simple. That Mr. Woo has done everything possible to distract you from that essential question. And talked to you about these really tragic, and ugly, and sad, and unfortunate allegations. True or untrue it's a tragedy, but it's not relevant to the determination that you must make with respect to Mr. Woo's conduct. And he's the one on trial today. Not Ciara Manning.

So let's go talk a little bit about some of these conditions. Lack of food, okay. What was about to happen? First we don't know if it's true, because he never looked in the cupboard which I just thought was, you know, incredibly arrogant of him. To say I'm removing these children because you don't have enough food based on what's in your refrigerator. I don't care what you have got in your cupboard. The kids are asleep. Nothing was going to happen. They had already eaten that day. Nothing -- they weren't going to face any eminent harm because of whatever was in or not in their refrigerator for the next ten or 15 hours. It was school night, they were going get up in the morning. They're going go to school where you get breakfast in New York city. They're going to stay in school and have a lunch, where you have lunch in New York City.

And the first time that this food condition, as we're told, would be at all an issue to them, would be when they were to have dinner the next day. Time for a Court Order? You betcha. Now, imagine a Family Court Judge. I want to remove six kids because the food is -- the refrigerator is a little light on food. I know what Ms. Duran said, buy them some food. Keeping the family together, that's our first objective. We don't take kids out until we move heaven and earth, done everything we can do to keep the family together.

By the way, very interesting fact. I didn't hear any testimony, and it's your memory, but I didn't hear any testimony that when Mr. Woo rescued these kids from a home without enough food, that he got them something to eat. I didn't hear that. Maybe I missed it. But I don't recall any such testimony. And Mr. Woo somehow magical knows that the last time they eaten was three o'clock. I don't know how he knows that.

Now, I suppose he would say that the kids told him? Really? You got kids from three to nine years old, woken up, out of their slumber. And they're going tell you when they ate, kids pay attention to when they eat? I mean that's preposterous. We know kid at that age don't pay attention to time.

Next item, extension cords. I mean, just baffled

when I hear this one. Mr. Woo admitted they're insulated. What's the danger of having extension cords? If they were so dangerous they wouldn't be sold. Everybody uses extension cords. UL approved, plug them in. Get power from here to there. That's what they're for. And he didn't tell what the danger was. I didn't hear it. I mean, there's some talk about, you know, I don't know what -- fire, electricity. How? Extension cords don't cause fires unless there's something wrong with them. You can see that, he didn't testify to that. He didn't testify how they're used. He didn't testify what they were plugged in, where they went, what they were plugged in to. He just said extension cords, and he just wants you to say, yes that's emergency. Hey, unplug them. That's the problem.

Equipment thrown haphazardly into a room. I don't believe that it can't be moved. And why do I say that? Mr. Southerland used that equipment in his livelihood. He was an engineer. He did DJ I believe.

(Continued on the next page.)

(In open court.)

MR. O'NEILL: These are the tools of his trade, it doesn't make any sense. Youre all people with common sense. Does somebody throw his tools, delicate electronic equipment in a pile when he needs to use this for his livelihood. Just like as a garbage heap. His description on furniture over furniture, furniture; right. That doesn't make any sense. That's the sort of thing you take good care of especially if you are a person of very modest means which this family most certainly was.

So now we get to the dirty clothes. No emergency there, I don't think you have to spend any time on it.

Now, lets turn to the what Mr. Woo's attorney told you was at the heart of the lawsuit. Remember him telling you about Venus's cut? The heart of this lawsuit because allegedly Venus changed her testimony from I'm not, I think it was something like either probably or I think so to no. By the way, she didnt deny her foot was cut, the question was were you limping. Not whether your foot was cut. I mean, okay.

But the heart of the lawsuit. When I asked Mr. Woo what were the reasons the kids were removed, he didnt even mention the cut on Venus' foot. That didn't come up when I questioned him. So when I sat there and said: Tell us all the reasons she was removed, this reason, which youre told

today is at the heart of the lawsuit, he didnt even remember. Somebody's trying to sell you a bill of goods here, okay? Somebody is trying to sell you this bridge that goes over to Manhattan with arguments like this.

Nobody called an ambulance for this cut. There was no testimony of any medical treatment. I think Woo said he heard that she got a tetanus shot. Where is the medical records? You can't give a child of nine years old medical care without documenting it. Obviously, that's required. Where was it? Her testimony was that her father had cleaned the cut, put a Band-Aid on it. Seems reasonable to me.

Now, lets get to the lamp, the famous lamp. And we have heard so much testimony about the lamp that almost burned down the Southerland building. And I asked Mr. Woo why couldnt you move the lamp? Remember his answer was, well, there was nothing to put on it.

Now, the argument made to you today is that Mr. Southerland is a stubborn man and he would just keep putting the lamp back down on the floor. That is not what Mr. Woo said. Mr. Woo said there was nowhere to put it. So what I'd like to could do, ladies and gentlemen, is I'd like to show you some still pictures from Exhibit C-1 which was the video.

(The above-referred to exhibit was published in open court.)

MR. O'NEILL: Now, here's Kiam. What is he sitting on? One of those crates you see all over the place. The crate could easily have been moved and put into the bedroom and the lamp could have been put onto the crate, okay? This one is a little tough to see but its in evidence. This is Mr. Southerland's mother sitting on the couch, and next to her you can just barely see it, I apologize. This is a speaker and that's a cup, a drink, sitting on top of the speaker. Could have taken one of those speakers and put it in the bedroom, put the lamp on that. Here is a white table, looks very portable. And back here, you can hardly see it, here are a number of chairs that could have been put into service if really need be.

So Mr. Woo would have you believe that he actually considered moving the lamp but concluded that it was impossible because there was nothing to put it on. I think this is another example of Mr. Woo willing to say whatever. I swear to say whatever seems to be the oath that Mr. Woo follows when it comes to courts and proceedings regarding childcare.

Now, we heard that Mr. Southerland's continued refusal to accept help was also on Mr. Woo's mind. We didnt hear that from Mr. Woo. This is what Ms. Durant said would be a consideration. Would be in the hypothetical. She wasnt there, she doesn't know anything about it. Mr. Woo was there,

he never testified that Mr. Southerland's continued refusal to accept help or to help Ciara was on his mind when removing the kids. It certainly didnt make anything an emergency.

You know any home has got potentially dangerous conditions. Say youre in the middle of cooking and the ACS person comes in. Oh, you got some sharp knives on that counter and you got a stool here a kitchen stool. The nine-year-olds, they have could climb on that stool and get that knife. You got a china cabinet and its got some things that, if you got a couple of nine-year-olds wrestling they could knock that cabinet over and all that stuff could fall out and hit them.

There's no limit to the number of scenarios you can cook up by which a kid could get injured in a home, that's why kids need supervision. There's no allegation of inadequate supervision here which is, if you look at the manual, the prime consideration be adequate supervision. You can never make any home one hundred percent child proof, that's why you need to supervise them. There was no allegation of inadequate supervision.

Indeed, if all it took to remove kids from a home without a court order was to formulate some scenario, some hypothesis where something could happen, the requirement to get a court order would be meaningless. It would just turn into an option for the case worker. A case worker could go

into any home and say: With these conditions, without supervision, and, by the way, the parent is very stubborn, we got to take these kids out. Its a carte blanche its not what the constitution permits.

Now, there's another red herring which has been floated before you which is the cumulative effect of these conditions. Why do I say its a red herring? Well, classic example of cumulative effect is the straw that broke the camel's back. Every straw is very light, but you keep adding and adding to becomes an insufferable burden and the animal breaks down.

In this case, the conditions cited by Mr. Woo did not accumulate. In other words, the dirty clothes did not make the equipment more dangerous. The equipment did not make the lamp more dangerous. The lamp didnt make the condition of the food more dangerous. The food didnt make the extension cords more dangerous.

So this idea is that you got to add all of this together is just a fallacy. It's an attempt to mislead you. Its illogical. Again, I want to bring you back to the definition of imminent harm, about to happen. That's what it means. I talked to you a little bit about quality of evidence. What do I mean by quality of evidence? What did the parties bring? I think its fair to say everybody here wants to win their case. And youre going to bring your best

evidence that you can, you really should.

Now, we heard from Mr. Woo about all sorts of evidence that supposedly exists but he didnt want to bring to you. I was flabbergasted when he decided not to call Mr. Balan to the stand. First of all, he promised you that you would hear from Mr. Balan. All through the trial, he kept saying: Mr. Balan said this, Mr. Balan said that. My supervisor, my supervisor, my supervisor. And like Mr. King I was looking forward to having a conversation with Mr. Balan. I had some questions to ask him.

So when youre told that the reason he was not brought to testify is to avoid wasting your time. Just think about the incredible nature of that statement. I have some evidence that is critical, somebody who supposedly played a key role in the events of this case but I'm going to waste your time if I bring that person in, so I'm going to kind of just hope you think that he would have testified good for me.

There was no concern about wasting your time questioning Ciara Manning about the lurid, humiliating details of the family court testimony, or at least the alleged family court testimony about -- I don't even want to repeat it -- the disgusting details on evidence that Judge Cogan told you isnt even relevant.

Mr. Woo had no compunction about wasting your name asking these questions over and over and over again but the

supervisor he can't bring in? That's a calculated tactical move. There is only one reason that supervisor did not come in to testify and that's because that supervisor could not stand up to cross-examination. He was not going to help Mr. Woo. He would have probably destroyed Mr. Woo's case if there is anything left to destroy.

What about the supervisor's notes? Another reason I brought Ms. Durant into court, subpoenaed her, was because I knew she would testify that if the supervisor was involved, he would have notes. Where are the supervisor's notes? Mr. Woo tells you he didnt make the decision, the supervisor did. Ms. Durant told you if the supervisor makes a decision he keeps the notes.

Think about why we don't have those notes and now we don't have Mr. Balan, the supervisor, and the fellow case workers who came with Mr. Woo who supported supposedly agreed with his decision. Why weren't they brought in to tell you what they saw? And Mr. Woo kept saying: Well, I didn't really talk to Mr. Southerland that much. I didn't talk to him that much. These other people did all the talking to him. And then his lawyer gets up and asks to you speculate about what they might have said to each other. To speculate, not to decide this case on the evidence and testimony that people here gave and the documents you saw but to imagine testimony between people that weren't even brought in to testify.

And why weren't they? It's remarkable. This case was started in 1999. Mr. Woo was still working at ACS. He worked there for a number of years afterwards. He was a supervisor, he moved up. I think -- and you have the record -- probably to about 2005 maybe even later he worked there.

What happens when you get sued and the people who you are working with were witnesses. You talk to them. Hey, I'm getting sued here, how about helping me out? Give me a deposition, come on into court. I want to make sure that you come in and help me out. They're not here. Why aren't they here? Is it really any surprise that he couldnt get one witness out of thief ACS workers who supposedly saw or heard or know about these emergency conditions to come in and bolster his testimony. Not one.

Ill tell you why they didnt come in. What indicates worker with a modicum of common sense and self-respect is going to come into court and take an oath and say that, yes, a lamp without a shade and a some extension cords and dirty clothing require child removal without a court order. You can't get anybody to testify to that.

Another red herring here was Mr. Southerland's alleged lack of cooperation. Again, Ms. Durant was a useful witness on this issue. I asked her, is it unusual when people are brought into ACS proceedings that they feel put out, that

they're upset, you get angry. Not unusual at all. In fact, its kind of the norm.

And you can look at the field manual and it talks about how to deal with this. Its, again, its the norm. Of course, its going to happen its just common sense. So I asked Ms. Durant: Is the fact that somebody said he isnt going to cooperate a week before the inspection mean that during the home inspection you don't offer services or try to get their cooperation. Not at all, you continue. You keep trying to help. You keep trying to help.

So when we asked Mr. Woo, well, why didnt you help? All he could say was: Well, Mr. Southerland didnt want my help last week. And that's his excuse for when he's about to take six kids out of the apartment for not saying: Hey, by the way, we can bring you food; we can move this lamp; we can help you with this equipment, we can either rearrange it or put a lock on the door. By the way, we can move these extension cords, I'm a little concerned here. That's his reason for not doing it. He never considered doing it. Again, its made up, its just made up. Its on the spot, its whatever testimony, whatever I got to say in this court.

I think the testimony about the supervisor is a red herring, it doesn't excuse whatever happened whether he told her or not. I don't think he did, by the way. I don't think the evidence supports the conclusion that the supervisor

ordered the removal. Well never know because the supervisor didnt come in and testify. But one thing is for sure Judge Cogan will not instruct you that even if the supervisor ordered the removal that that lets Mr. Woo off the hook, it doesn't. Mr. Woo participated, he's got to abide by the Constitutional standards just like anybody else.

Now, I want to talk to you for a minute or two about Mr. Woo's notes. Before I get to that, I encourage you to look. I'm not going to spend too much time on it right now. Of the manual, Chapter 6, Page 1 and Page 2, they give a lot of examples of emergency removal situations. They talk about serious physical or emotional injury. Examples of sexual abuse and if the parent refuses or is unable to protect the child. Dangerous environment, substantial likelihood that the child will be harmed and the parent or caretaker refuses to protect the child. Think about that. The allegation here is that it was a dangerous environment as ridiculous as I think that allegation is but that's not enough. The parent has got to refuse to protect the child. And there was no testimony that Mr. Southerland was unwilling to remediate any of these conditions. The only testimony was that I wasnt going to talk to him about that because he was mean to me.

He talks about a minimum degree of supervision. "The parent states that he will seriously harm or kill the child." I mean, this is really heavy stuff, that's why

Ms. Durant said this is very rare you doesn't get this too often. Maltreatment. Danger, permanent damage to the body or mind if the child is left in the home. Immediate need of medical or psychiatric care. Evidence suggests the parents are torturing the child.

So I encourage you to look at these if you have any lingering doubts about whether something that Mr. Woo cites was about to cause, about to cause harm to these children. And the first pages of the manual, I think its maybe on the first full page. I want to read you this.

This is to introduce the subject of Mr. Woo's notes. "We place a high value on due process." You notice those words, due process. "In carrying out our responsibilities in protecting the rights of both children and families." "Carefully documenting the history of a case keeping complete records and honoring the confidentiality requirements are some of the ways this value can be fulfilled in agency practice." And the words that I want to stress there are, "Carefully documenting and keeping complete records."

So lets look at Exhibit C-2 which are Mr. Woo's official notes. Paragraph.

(The above-referred to exhibit was published in open court.)

MR. O'NEILL: So this is the first page. The first entry talks about the case being assigned. And the second

entry which takes up the whole rest of the page is about his arguments with Mr. Southerland on May 30th.

And then, if you go to the second page, and they continue talking about the meeting on May 30th with Mr. Southerland and he talks here about an opportunity to go to the home on June 2nd. Then he skips to June 4th and that's when he met the Southerland children and continues to make some disparaging comments about Mr. Southerland and threatens him with the court action. Then he goes back to 6/3, so he goes back in time. I'm going to talk to you about that in just a second. And then he makes no more efforts to get Mr. Southerland's cooperation, he simply starts filling out court paperwork.

So you got barely a page, a little more than a page and a half of notes. Nothing about Ciara. Nothing about meeting Ciara. Nothing about his phone call with the school and I don't know if you noticed this, its not a big point, but its telling. When he was first on the stand and he talked about, I showed him his handwritten notes. He says: All I says I can remember about the conversation with the worker is what I wrote here. And then, later, he had a recovered memory that he remembered talking about the school thought it was a suicide threat or suicide attempt.

And then, when I kind of called him on that inconsistency, he was asked by his lawyer, well, how many

phone conversations did you have with the school counselor? He said: I had a number of them. A number of them.

You see how the testimony changes. Depending on the questions that are put it him by his lawyer. Whatever, whatever.

So you got this full page here having really dealing with his conflict with Mr. Southerland. And he makes it very plain, Mr. Southerland has caught an attitude. And he says, oh, things like you know I'm not a crackhead and stuff like that.

So I think that you can figure out what was important to Mr. Woo by looking at what did he spend the most time in his notes on. What did he write the most about? Not writing about Ciara's problem. He's writing about this personality conflict that he has with Mr. Southerland. I'm not letting Mr. Southerland off the hook on this, but really somebody's got to be a grown up. Mr. Woo is the Government official, he's the one who's got to look out for Mr. Southerland's Constitutional rights. Mr. Southerland doesn't really have to look out for Mr. Woo.

So when we're looking for why, why did Mr. Woo act the way he acted, I think its right there in his notes -- he's going to show Mr. Southerland who's boss. Very simple. You met with me, Ill show you what I can do. I'm the Government, doesn't talk to me like that.

I want to talk to you very briefly about the whole Sonny Southerland/Ciara Manning red herring. As the judge instructed you, not relevant.

There is an old adage, and I'm sure you've heard, and I'm embarrassed to repeat it because its so old but it happens to fit. "When you don't have the facts, attack the other side." And that's what you saw just character assassination and that's why Mr. Woo spent so much time on this issue. Hoping that the -- this character assassination would rub off on my clients. My clients who are completely innocent here.

My case doesn't require you to believe anything Ciara Manning said, it doesn't require you to believe anything Sonny Southerland said. So whatever you might think about their credibility, it doesn't affect my case. My case is based on the testimony of Mr. Woo, the testimony of Ms. Durant. The notes, the documents that I introduced, the field services manual and the testimony of my client and nobody, nobody has been able to attack the credibility of my clients who were completely innocent, young children when these events occurred.

So whatever you find or don't find occurred between Sonny Southerland and Ciara Manning which is not what this case is about you wont be asked any questions about who was telling the truth about family court proceedings.

(Continued on the next page.)

MR. O'NEILL: Please, don't penalize my children -- my clients for this unnecessary and really disturbing side show.

I thought it was curious, I never heard Mr. Woo express any concern for these children. I never heard this man say, "I felt bad for them. They're really in a tough situation. I didn't think that they should live the way they were living. These children needed help." I didn't hear any of that. I didn't hear any of that at all, which I thought was really remarkable if you're really trying to save kids.

I give a lot of credit to case workers who do their job. There are kids who need help. And it's got to be heartbreaking and common sense tells you that if you deal with a heartbreaking case, you're going to need to hold that. You're going to need to talk about that. I didn't hear anything from Mr. Woo expressing that he was -- that these kids needed help and that he was concerned about them.

I heard a remarkable statement that my clients suffered no damages, and yet about a half-hour later, I heard that that pain of removal is a given. Well, I certainly agree with the second statement that counsel made.

Now, I want to talk to you about damages. We have a real flaw in our system, as much as I admire our system and think it's probably the best judicial system in the world. All that it can do is award money damages. It can't roll back

time. We can't go back to 1997 and put these kids back into that home and let them live those days that were taken away from them. We can't force Mr. Woo to apologize. It's a civil case. We can't put Mr. Woo in jail. The only remedy that you can do for my clients is to give them money.

And it's discomforting for me to talk in a case like this, where the damages that were suffered were not to anybody's pocket book, they were to the heart and soul of young children, and to talk about money as a substitute -- it's not. And please don't hold it against me that I addressed this. It's my obligation to represent my clients, and to make the argument for them, because that's what the system is.

So before we talk about that, I want to just go through what happened, and talk about how I see the damages based on the testimony that we have, and what I'd like you to do is, you know, you're looking at adults here now. But imagine them three to nine years old. And picture yourself next to them. They're sleeping in their beds. They're awoken. There are sounds of -- some noise in the house. At first, children are a little groggy. They start to realize it sounds like arguments, voices that nobody recognizes. They can tell that their father's having an argument with somebody. There are strangers in the house.

Eventually, people come into the room, tell them to

get out of bed. Get dressed. "What's going on?" "Just get dressed." And you look out in the hall and you see police officers and you see other strangers and you see your father arguing with police officers, and you're scared because you know the police officers, when you argue with police officers, you're in trouble. And your little heart is beating and you're afraid for your dad. You know, as kids, your parents are everything. Your survival depends on them. So when you see your parents threatened, you are threatened.

And eventually, you come to realize that these strangers are going to take you away from your dad. And you you're crying and your siblings are crying. And your dad is trying to comfort you, but can't be comforted because you're being taken out of the home. "And daddy, where are they taking us? What's going on?" "You'll be okay." He tries to calm you down with an Icee. "It's a big mistake. I'm going to help you out. I'm going to take care of you."

And you walk out into the hallway of your building and you turn around. And you see that door close and your dad's on the other side and now he's out of view, and you're completely alone with these strangers. Just imagine the fear, the pain, suffering.

And you're taken down to a car and they're driven somewhere and they're taken to a shelter, put in this big room with a bunch of other kids, more strangers, on cots and it's

dark. And the next day, some of the children are moved somewhere else. So the ones who were removed, they're going somewhere new and they're facing new strangers, new fears, new worries, new wonders -- "And where's dad? Where's dad? We never been away from dad before."

And some are left in the shelter. You heard how Sonny was the last one there. The siblings are broken up. They lose the comfort of each other. So young. I don't know how to -- I can't even a imagine this happening to a child. It's just -- it's unthinkable.

And for all of this, the most valuable thing lost during this period of separation is the love of the parent. And for children who loves is a very tangible thing, love is the most important thing for the children. Children need love more than anything else in the world. They need the love of their parent because nobody loves a child like a parent.

No Family Court judge, no case worker, no shelter worker, no foster care, no foster person is going to love a child the way that his or her parent does.

The power of a parent's love -- there's a story about a man who goes to talk to his Rabbi. He says, "I'm concerned about my son. He's going down the wrong path. He's not behaving the way I want him to." The Rabbi says, "Love him more."

When I think of a parent's love, I think of this --

and you've probably heard it before, but I want to read it to you: "Love is patient and kind. Love does not envy or boost. It is not arrogant or rude. It does not insist on its own way. It is not irritable or resentful. It does not rejoice at wrongdoing, but rejoices with the truth. Love bears all things, believes all things, hopes all things and endures all things. Love never ends."

That's what was taken away. And so, what can we do about that? Here's how I think about it. Assume you're sitting in a case and the case is about a child who was kidnapped, and the kidnapper is found after four days. The child is recovered. No physical harm to the child. The child is reunited with the parent after four days.

And now, the kidnapper is facing legal redress. Is there any doubt in your mind that the child should be awarded a substantial sum of money, a million dollars, two million dollars, for enduring this kidnapping? Well, you might say, well, this isn't really a kidnapping. But when a government worker removes children from his parent without a Court Order illegally, it is a kidnapping.

In fact, it's worse -- it's worse because if you're subject to a kidnapping, you call the police and if the police get there on time, they're going to arrest the kidnapper. But in this case, the police can't help you because the person taking your children has got the color of law. He's a

government official. And the policeman says, "I can't help you." At least in a real kidnapping, you know who's the good guy and who's the bad guy. A government official who abuses his power is especially insidious, capable of doing just as much or more harm than any criminal.

I believe an award of punitive damages is called for here, and the purpose is not just to punish the wrongdoer, but is to send a message. So what's the message? This is the message, the Constitution of the United States of America. This is what makes the United States the best country on earth. This is what makes the United States different and unique.

But it's just a piece of paper. I'll put this on my door. It's not going to stop anybody from coming in. It won't keep the government out of your house unless it's given life. You ladies and gentlemen -- you give life to the Constitution. You are the voice of this community. You and only you are in a position to say that government officials cannot lie their way into a private home. You and only you are in a position to say that government officials can't take children out of their homes for bogus nonemergency reasons without a Court Order.

When this trial is over and you'll go back to your daily lives, and you'll be talking to your friends and your coworkers and you're going to talk about this case, as you

will be permitted to do. You're going to want to be able to tell people, look them in the eye and say, "I gave a true and just verdict. I upheld the Constitution not just for Southerlands, but for the entire community, for New York, for the United States of America."

You want to give a verdict that will make people sit up and take notice. Give a verdict that will get reported in the newspaper, so that far and wide, people know that a jury sitting in a federal court in Brooklyn will uphold the Constitution and woe be to any government official who tries to abuse his power in the future. It won't be tolerated.

I was appointed to represent the Southerland children in 2001. I've worked with them now for 12, going on 13 years. I am immensely proud to represent them. And so now my job is almost over here. And I give them to you. And I appreciate all of your attention and thank you. God bless you.

THE COURT: Thank you, Mr. O'Neill.

Ladies and gentlemen, you have a have choice. The charge I'm going to give you, the instruction, will take about 25 to 30 minutes for me to give you. There's a lunch waiting for you now in the jury room. If you want, we can break for just a short lunch, like half an hour, and you can just get something to eat, and then we'll come back. I'll give you the charge.

If you do that, as tempting as it may be, I must specifically admonish you not to talk about the case until you have had my charge, or I can go ahead right now and give the charge and then you can have lunch. What's your preference? Who's hungry?

(Jurors confer.)

THE COURT: All those in favor of having lunch right now, raise your hand.

(Jurors comply.)

THE COURT: Okay. That's enough to do that.

So we will break until five to two. Please, please, do not discuss the case at all, as tempting as it may be. I'll see you at five to two. Have a nice lunch.

(Jury exits.)

THE COURT: All right. Recess 'til 1:55.

(Lunch recess.)

(Continued on the next page.)

AFTERNOON SESSION

COURTROOM DEPUTY: All rise.

THE COURT: All right. Lets have the jury, please.

COURTROOM DEPUTY: Jury entering.

(Jury enters courtroom at 2: 03 p.m.)

THE COURT: Everyone be seated.

Ladies and gentlemen of the jury, now that the evidence in this case has been presented and the attorneys for the plaintiffs and the defendant have concluded their closing arguments, it is my job to instruct you on the law that will govern this case. My instructions will going to be in three parts.

First, Ill instruct you on the general rules that govern your duties as jurors in a civil case.

That's the longest part of these instructions.

Second, Ill instruct you on the legal elements of the plaintiff's claims.

And third Ill give you you some important principles that you will use in your deliberations.

Now, its very important that you listen carefully and concentrate on these instructions. I ask you again for your patience, cooperation, and attention. However, I'm going to give you have a copy of these instructions so you'll have them during your deliberations. Therefore, it shouldn't be necessary for you to take notes, although you certainly can if you want to.

Youre about to enter your final duty which is to decide the fact issues in this case. Its been very obvious to me, and I'm sure, to counsel, that you have faithfully discharged your duty to listen carefully and observe each

witness who testified. Its clear that you followed the testimony with close attention. I ask that you now give me that same careful attention that you gave at trial as I instruct you on the law.

Its your duty to accept the instructions of law that I'm about to give you and apply them to the facts as you determine them, just as it has been my duty to preside over the trial and decide what testimony and evidence is relevant under the law for your consideration.

On these legal matters, you have to take the law as I give it to you. If any attorney has stated a legal principle different from any that I state to you in these instructions, its my instructions that you have to follow.

Don't single out any one instruction alone as stating the law. You have to consider these instructions as a whole when you retire to deliberate in the jury room.

You also must not be concerned about the wisdom of any rule that I state. Regardless of any continue that you may have as to what the law may be or what it should be, it would violate your sworn duty to base a verdict upon any other view of the law than that which I'm about to give you.

As members of the jury, you are the sole and exclusive judges of the facts. You could be wearing black robes for the job youre about to do. You pass on the evidence. You determine the credibility of the witnesses.

You resolve such conflicts as there may be in the testimony. You draw whatever reasonable inferences you decide to draw from the facts as you have determined them and you determine the weight of the evidence. In determining these issues, no one can invade your province or functions as jurors.

In order for you to determine the facts, you have to rely on your own recollection of the evidence. What the lawyers have said in their opening statements, in their closing arguments, in their objections or in their questions is not evidence. You also may not consider any answer to a question that I directed you to disregard or that I directed should be struck from the record.

Now, I've seen that some of you have taken notes during trial. Those notes are to serve merely as an aid to your memory and should not take precedence over your independent recollection of what happened at trial. In addition, the notes of one juror should not take precedence over the notes or independent recollection of another juror during the course of your deliberations. As I told you at the beginning of trial, there's been a court reporter present throughout the proceedings to make a verbatim transcript. You may refer to your own notes to attempt to refresh your recollection of the testimony, but if youre in doubt about some portions of the testimony you can request that the official trial transcript be read back to you.

Now, during the trial, I have not expressed, nor have I intended to intimate any opinion as to which witnesses are or are not worthy of belief, what facts are or are not established, or what inference or inferences should be drawn from the evidence. If any expression of mine has seemed to indicate an opinion relating to any of these matters I instruct you to disregard it. You are, I repeat, the exclusive judges of all the questions of fact submitted to you and of the credibility of the witnesses.

Now, from time to time, I was called upon to pass upon the admissibility of certain evidence. I tried to do so as much as I could out of your hearing. You must have no concern with the reasons for any such rulings and you are not to draw any inferences from them. Whether offered evidence is admissible is purely a question of law in my province to decide and outside the province of the jury. You have to refrain from speculation or guesswork or conjecture about the nature or effect of any discussion that counsel and I had outside of your hearing or sight.

Now, its the duty of the attorneys to object when their adversary offers testimony or other evidence that the attorney believes is not properly admissible. Its my job to rule on those objections. Therefore, why an objection was made or how I ruled on it is not your concern. You can't draw any inference from the fact that an attorney objected to some

evidence. Nor should you draw any he inference from the fact that I either sustained or overruled any objection.

The personalities and conduct of counsel in the courtroom are not in any way in issue. If you formed any reactions of any kind to the lawyers in the case, favorable or unfavorable, whether you approved or disapproved of their behavior as advocates those reactions should not enter into your deliberations.

Attorneys also have the right and the duty to ask me to make rulings of law and to request conferences at the side bar out of your hearing. All those questions of law have to be decided by me. You should not show any prejudice against any attorney or their client because that attorney objected to the admissibility of evidence, or asked for a side bar out of your hearing, or asked me to make a ruling on a point of law.

In carrying out your duty, please remember that you took an oath to render judgment impartially and fairly, without prejudice or sympathy and without fear, solely upon the evidence in the case and the applicable law. I know that you will do this to reach a just and true verdict.

Let me also instruct you that there are some things that you may have not consider in your deliberations. Your verdict has to be based solely upon the evidence or lack of evidence developed at this trial.

It would, therefore, be improper for you to consider

any personal feelings you may have about any parties' race, religion, national origin, sex, or age.

It would be equally improper for you to allow any feelings you have or you might have about the nature of the claims or defenses to influence you in any way.

The parties in this case are entitled to a trial that's free from prejudice. Our judicial system can't work unless you reach your verdict through a fair and impartial consideration of the evidence.

Now, under your oath as jurors, youre also not to be swayed by sympathy or bias towards any party; nor what the reaction of the parties or the public to your verdict may be; nor whether it will please or displease anyone or be popular or unpopular or indeed by any consideration outside the case as it has been presented to you in this courtroom. You should consider only the evidence, find the facts from what you consider to be the believable evidence and apply the law as I now give it to you. Your verdict will be determined by the conclusion you reach no matter who the verdict helps or hurts.

Let me go over with you the types of evidence that you can consider. In determining the facts, as I said, its your own recollection of the evidence that controls. The evidence which youre going to decide the facts from came in in two forms: First, the sworn testimony of witnesses, both on direct and cross-examination. Second, exhibits that have been

received by me in evidence.

Ill explain more about each of these, but first let me tell you about certain things that are not evidence and must be disregarded by you in determining what the facts are.

As I said before, arguments, questions, objections or statements by the lawyers are not evidence. Anything I may have said or done is not evidence. Anything you mail heard outside of the courtroom, despite your best efforts to stay away from anything about the case, that's also not evidence.

Furthermore, when I sustained an objection or ordered that any answer be stricken you must disregard that answer in its entirety. And when I instructed you that evidence is received for a limited purpose, you must consider it for that purpose only. This relates to certain testimony and documents concerning some of the family court proceedings. And I told you consideration of that evidence is limited to the issue of damages and determining the credibility of Mr. Southerland senior and Ms. Ciara Manning and it must not be used by you for any other purpose.

There's two kinds of evidence that you can properly use.

One type of evidence is called direct evidence. Direct evidence is a witness' testimony or the contents of a document about what the witness saw, heard, or observed. In other words, when a witness testifies about what is known by

virtue of the witness's own senses -- what the witness sees, feels, touches, or hears that's called direct evidence.

Circumstantial evidence is evidence that tends to prove a fact by other facts. There's a simple example we use in this courthouse to illustrate the difference between direct and circumstantial evidence.

Lets suppose you are outside and you see rain drops coming down. You have credible evidence that its raining, you see it with your own eyes. That's direct evidence. Lets next suppose youre sitting in this courtroom and there's no windows in the courtroom so you can't see what's going on outside. If somebody comes in wearing a dripping wet raincoat and with a dripping wet umbrella you could infer from that that its raining outside. On the other hand, if somebody comes in carrying a perfectly dry umbrella and raincoat you could infer that its not raining outside.

That's all there is to circumstantial evidence. You infer on the basis of reason and experience and common sense from an established fact such as the wet raincoat and dripping umbrella, or the lack of an established fact such as the lack of a wet raincoat and dripping umbrella the existence or nonexistence of some other fact whether its raining outside or not. The law doesn't make any distinction between direct and circumstantial evidence. You could consider both in reaching your verdict.

Now, you've heard me use the term "inference," and in the lawyers' arguments they asked you to infer on the basis of your reason, experience, and common sense, from one or more established facts, the existence of some other fact. Its for you and you alone to decide what inferences youre going to draw.

An inference is not a suspicion or a guess. Its a reasoned, logical decision to conclude that a fact exists on the basis of nor fact that you know exists. Its a deduction or conclusion that you are permitted but not required to draw from the facts that have been proven by direct or circumstantial evidence.

Now, in addition to the sworn testimony of witnesses, the evidence in the case includes exhibits that I have received in evidence. You heard me say "received" a numbers of times when the parties were using documents.

You may only consider exhibits that I have admitted into evidence. Exhibits that have been market for identification but have not been received in evidence may not be considered by you.

Keep in mind that the law does not require any party to call as witnesses all persons who may have been present at any time or place involved in the case, or who may appear to have some knowledge of the matters at issue in this trial. Nor does the law require any party to produce as exhibits all

papers or other items mentioned during the course of the trial.

Now, let me talk to you a bit about witness credibility.

You had an opportunity to observe all of the witnesses. Its now your job to decide how believable each witness was in their testimony. As jurors, you are the sole judges of credibility. You have to assess the credibility of each witness and of the importance of their testimony.

The law does not require you to accept all the evidence that I admit. In deciding what evidence you are going to accept, you have to make your own evaluation of the testimony given by each of the witnesses and decide how much weight you choose to give it that testimony. As I mentioned when we started the trial, there is no magical formula by which youre going to evaluate testimony. You bring with you to this courtroom all of the experience and the background of your lives. In your everyday affairs, you decide for yourselves the reliability or unreliability of things that people tell you. The same tests that you use in your everyday dealings apply in your deliberations. The interest or lack of interest of any witness in the outcome of this case; the bias or prejudice of a witness if there is any; the manner in which the witness gives testimony on the stand; the opportunity that the witness had to observe the facts about which the witness

testifies; and the probability or improbability of the witness's testimony when considered in light of all the other evidence in the case. These are all items to be considered by new deciding how much weight, if any, youre going to give it a witness's testimony.

If it appears that there is a discrepancy in the evidence, you'll have to consider whether the apparent discrepancy can be reconciled by fitting the two stories together. If that's not possible, you have to decide which of the conflicting stories you will accept.

Now, if you find that any witness has willfully testified falsely as to any material fact -- that is, as to an important matter -- the law permits you to disregard the entire testimony of that witness upon the principle that somebody who testifies falsely about one material fact is likely to testify falsely about everything. However, youre not required to consider such a witness as totally "unbelievable." You can accept so much of the witness's testimony as you deem true and disregard the part that you feel is false. By the process that I've just described to you, you as the sole judges of the facts, decide which of the witnesses you will believe, what portion of their testimony you accept, and what weight youre going to give to it.

Now, you heard me say that the plaintiffs have to prove their case by a preponderance of the evidence. And the

question naturally is, "What is a preponderance of the evidence mean?" To establish a fact by a preponderance of the evidence means that somebody has to prove that something is more likely true than not true. In other words, a preponderance of the evidence means such evidence that when considered and compared with the other evidence opposed to it has more convincing force and produces in your mind a belief that what is sought to be proved is more likely so than not so. A preponderance of the evidence means the greater weight of the evidence. It refers to the quality and persuasiveness of the evidence, not the number of witnesses or documents produced by either party. In determining whether a claim has been proven by a preponderance of the evidence you can consider the relevant testimony of all witnesses regardless of who may have called them and all of the relevant exhibits received in evidence regardless of who may have produced them.

The burden of proof rests on plaintiffs. That means that in order for plaintiffs to prevail, the evidence that supports their claim must appeal to you as more nearly representing the truth than the evidence opposed to their claim. If it doesn't, or if it weighs so evenly that youre unable to say that there is a preponderance on either side, then you have to decide the question in favor of the defendant. Its only if the evidence favoring plaintiff's claims outweighs the evidence opposed to them that you can

find in favor of plaintiffs.

Now, let me go over the legal elements plaintiffs' claims.

The law to be applied to plaintiff's claims is the Federal Civil Rights Law, Section 1983 of Title 42 of the United States Code. That section provides a remedy for individuals who allege they have been deprived of their Constitutional rights by persons acting under color of state what you.

To prove a Section 1983 claim against the defendant, the burden is on plaintiffs to establish a preponderance of the evidence that:

One, the conduct complained of was committed by persons acting under color of state law;

Two, that this conduct deprived plaintiffs of rights, privileges, or immunities secured by the Constitution or laws of the United States; and,

Three, that defendant's contacts were the proximate cause of any injuries and consequent damages sustained by plaintiffs.

(Continued on the next page.)

THE COURT: Now, let me explain each of these in a little bit more detail.

The first element of plaintiff's claim is that the defendant acted under color of state law. The phrase "under color of state law" is a shorthand reference to words in Section 1983, which includes within its scope action taken under color of any statute, ordinance, regulation, custom or usage of any state. The term "state" encompasses any political subdivision of a state, such as a county or a city, and also state agencies or county or city agencies. In this case, plaintiffs and defendant have agreed that defendant acted under color of state law. In other words, the first element of plaintiffs' claims is met.

The second element of plaintiffs' claims is that they were deprived of their Constitutional rights by defendant. There are two Constitutional amendments at issue in this case. First, under the Fourth Amendment to the Constitution, citizens have the right to not be subjected to an unreasonable search or an unreasonable seizure. A seizure would include the removal of children from the custody of their parents. Second, under the 14th Amendment, citizens have the right not to have their liberty interfered with, without due process of law. The right of a parent to raise children and the right of children to be raised by their parents are liberty interests protected by the 14th Amendment.

Due process of law means following proper legal procedures.

To prove a violation of their Constitutional rights, plaintiffs don't need to prove that defendants had the specific intent to deprive plaintiffs of their Constitutional rights. Plaintiffs need only prove that defendant's acts themselves were knowing and intentional or reckless. An act is intentional if it's done voluntarily or deliberately and not because of mistake, accident, negligence or other innocent reason. An act is reckless if it's done in conscious disregard of its known probable consequences. In other words, plaintiffs must prove that defendant participated in the removal of the children knowingly or voluntarily and deliberately or recklessly.

In addition, plaintiffs must prove that those intentional or reckless acts committed by defendant caused plaintiffs to suffer the loss of Constitutional rights. Now as I said a minute ago, plaintiffs in this case alleged that defendant violated three different kinds of rights: Their right to be free from an unreasonable search and an unreasonable seizure, both of those under the Fourth Amendment, and their right not to be deprived of their liberty interests without due process of law, under the 14th Amendment. I'll explain each of those now.

To prevail on the unreasonable search claim under the Fourth Amendment, plaintiffs must prove that defendant

knowingly and intentionally or with reckless disregard for the truth provided false information to the Kings County Family Court to obtain the Order of Entry to the Southerland apartment, and it was the falsity of the information that resulted in the Family Court's issuance of that order. If you find that plaintiffs have not proven this, then your inquiry stops there and you'll find for defendant on plaintiffs' unreasonable search claim. If, however, you find that the plaintiffs have met their burden, then you'll proceed to determine whether and to what extent defendant's actions approximately caused plaintiffs to sustain damages.

The next claim is the plaintiff children's Fourth Amendment unreasonable seizure claim. Because the removal or seizure of the children occurred without a court removal order, there's a presumption that the removal was unreasonable. Plaintiffs may rely on that presumption to satisfy their burden of proof.

The presumption that the removal was unreasonable may be defeated, however, if defendant demonstrates that there were emergency circumstances that justified removal of the children. Therefore, to prevail on the unreasonable seizure claim, the plaintiff children must prove that there were no emergency circumstances that justified removal of the children. In other words, the plaintiff children must prove that they were not in imminent -- in danger of imminent harm

at the time they were removed from the home.

If you find that the plaintiff children have not proven this, then your inquiry stops there and you'll find for defendant on the plaintiff children's unreasonable seizure claim. If, however, you find that the plaintiff children have met their burden as set forth above, you must also determine whether defendant participated in the removal knowingly and intentionally or recklessly, as I instructed you earlier.

If you find that the plaintiff children have not proven this, then your inquiry will stop there and you'll find for defendant on that claim. If, however, you find that the plaintiff children have proven that emergency circumstances did not exist at the time of removal and defendant's participation in the removal was knowing, intentional or reckless, then you'll proceed to determine whether and to what extent defendant's actions proximately caused the plaintiff children to sustain damages.

The final claim, third claim, is that the defendant violated the plaintiffs' rights to due process of law when the children were removed from the home without a court removal order. The claim is a evaluated similarly to the unreasonable seizure claim that I just explained to you. Because the removal or seizure of the children occurred without a court order, that is a court removal order, there is again a presumption that the removal violated plaintiffs' right to due

process of law. Plaintiffs may again rely on that presumption to satisfy their burden of proof.

The presumption that the removal violated plaintiffs' due process rights may be defeated, however, if defendant demonstrates that there were emergency circumstances that justified removal of the children. Therefore, to prevail on their due process claim, plaintiffs must prove that there were no emergency circumstances that justified removal of the children. As I've already instructed you, this means that plaintiffs must prove that they were not in danger of imminent harm at the time they were removed in the home.

In you find that plaintiffs have not proven this, then your inquiry stops there and you'll find for defendant on plaintiffs' due process claims. If, however you find that plaintiffs have met their burden as set forth above, you must also determine whether defendant participated in the removal knowingly, intentionally or recklessly, as I instructed you a minute ago.

If you find that the plaintiffs have not proven this, then your inquiry stops there and you'll find for the defendant on this claim. If, however, you find that plaintiffs have proven that emergency circumstances did not exist at the time of removal and defendants participation in the removal was knowing and intentional or reckless, then you'll proceed to determine whether and to what extent

defendant's actions proximately caused plaintiffs to sustain damage.

Now, you have heard me use the term "proximate cause" a number of times. That's the third element that the plaintiffs have to prove, that defendant's acts were a proximate cause of any injuries sustained by plaintiffs. Proximate cause means there must be a sufficient causal connection between the act or omission of the defendant and any injury or damage sustained by plaintiffs.

An act or omission is a proximate cause of an injury if it was a substantial factor in bringing about or actually causing injury. That is, if the injury was a reasonably foreseeable consequence of defendant's act or omission. If an injury was a direct result or a reasonably probable consequence of defendant's act or omission, then it was proximately caused by that act or omission. In other words, if the defendant's acts or omissions had such an effect in producing the injury that a reasonable person would regard it as being a cause of the injury, then the act or omission is a proximate cause. Keep in mind that there may be more than one proximate cause of an injury or damage.

In order to prove damages for any injury, plaintiffs must prove that such injury would not have occurred but for the conduct of the defendant. If you find that plaintiffs' injury would have occurred even in the absence of defendant's

conduct, you must find that defendant did not proximately cause plaintiffs' injury.

I'm now going to instruct you on the law of damages. The fact that I'm instructing you on the law of damages does not mean that I have any opinion as to whether or not plaintiffs have proven any or all of their claims. I have no such opinion. I only get one opportunity to instruct you, so I'm instructing you on the law of damages in case your deliberations reach that issue.

If you find that plaintiffs have proven their claims by a preponderance of the evidence, then you must award them a sum of money that you believe will fairly and justly compensate them for the deprivation of their rights. And as I'm about to explain, such an award of damages will either be a reasonable amount that can exceed one dollar, and those are called compensatory damages, or an amount that cannot be greater than one dollar, and those are called nominal damages. You may only award plaintiffs damages if they have proven liability according to the standards that I just explained to you.

Plaintiffs are entitled to compensatory damages for those injuries that you find they have proven. You cannot, however, simply award plaintiffs damages for any injury they suffer. You can only award compensatory damages for those injuries that are a direct result of actions by a defendant

whom you have found is liable to plaintiffs. The damages that you award must be fair compensation, no more and no less. Compensatory damages can't be based on speculation or sympathy. Rather, they must be based on the evidence presented at trial and only on that evidence.

In determining the amount of any damages that you decide to award, you have to be guided by common sense. Computing damages may be difficult, but you must not let that difficulty lead to you engage in arbitrary guesswork. You must use sound discretion in fixing an award of damages, drawing reasonable inferences from the facts in evidence. On the other hand, the law does not require that plaintiffs prove the amount of their damages with mathematical precision, but only with as much definiteness and accuracy as circumstances permit.

If you determine that the plaintiffs are entitled to compensatory damages, you will then need to determine over what period of time to compute those damages.

Here, the parties agree that at some point in time, the Family Court determined that the plaintiff children should not be returned to the custody of their father. The date on which the Family Court made that order is disputed, and you'll need to determine that date. Once you do, I instruct you that plaintiffs may not recover damages for any injury occurred, including damages for their continued separation after the

date that the Family Court determined that the plaintiff children should not be returned to their father. However, to the extent that plaintiffs incurred any emotional injury that was proximately caused by defendant's acts or omissions prior to the date of that Family Court order and that emotional injury continued beyond the date of the Family Court order, you may award damages for that emotional injury.

Now let me tell you about nominal damages. The mere fact that a person has been deprived of a Constitutional right is an injury to that person, whether or not the person can prove compensatory damages. Therefore, if you find that any of the plaintiffs were deprived of a Constitutional right by defendant, but that they failed to prove compensatory damages for their claim, you should award that plaintiff nominal damages in a sum not to exceed one dollar.

In addition to compensatory or nominal damages, you may consider awarding plaintiffs punitive damages. If you return a verdict for plaintiffs on any of their claims, you may award punitive damages. An award of punitive damages is discretionary, that is, if you find that the legal requirements for punitive damages are satisfied, then you may decide to award punitive damages or you may decide not to award them. You may award plaintiffs punitive damages even if you determine that they have not proven compensatory damages.

Punitive damages are awarded to punish defendant or

to deter defendant and others like defendant from committing such conduct in the future. You may only award punitive damages if you find that any of the acts committed by defendant were done maliciously or wantonly.

Defendant acted maliciously if his actions were prompted by ill will or spite towards plaintiffs. Defendant's actions were wonton if he acted in a reckless or callous disregard of or indifference to plaintiffs' rights. Plaintiffs have the burden of proving that defendant acted maliciously or wantonly.

In making this decision, you should consider the underlying purpose of punitive damages. Thus, in deciding whether to award punitive damages, you should consider whether a defendant may be adequately punished by an award of compensatory or nominal damages only or whether his conduct was so extreme and outrageous that those damages are inadequate to punish the wrongful conduct.

You should also consider whether compensatory or nominal damages, standing alone, are likely to deter or prevent defendant from similar wrongful conduct in the future or whether punitive damages are necessary to provide deterrence. Finally, you should consider whether punitive damages are likely to deter or prevent other persons from performing wrongful acts similar to those defendant may have committed.

If you decide to award punitive damages, these same purposes should be kept in mind as you determine the appropriate sum of money to be awarded as punitive damages. The amount of punitive damages that you award should be proportionate to the need to punish and deter.

Now, I'll move on to the final section, which is just a few general remarks about how you're going to go about deliberating.

Your function to reach a fair conclusion from the law and the evidence is a vital one. Your verdict has to be unanimous, that is, all of you must ultimately reach the same conclusion.

Each juror is entitled to their opinion. You should, however, exchange views with your fellow jurors. That's the very purpose of jury deliberation: To discuss and consider the evidence, to listen to the arguments of fellow jurors, to present your individual views, to consult with one another and to reach an agreement based solely and wholly on the evidence, if you can do so without violence to your own individual judgment.

Each of you has to decide the case for yourself, after consideration of the evidence in the case with your fellow jurors. You should not hesitate to change an opinion that after discussion with your fellow jurors appears to have been erroneous; however, if after carefully considering all of

the evidence and the arguments of your fellow jurors, you still entertain a conscientious view that differs from the others, you are not to yield your conviction simply because you're outnumbered. Your final vote must reflect your conscientious conviction as to how the issues should be decided.

During your deliberations, you must not communicate with or provide any information to anyone by any means about this case. I've been instructing you throughout the trial on how you can't use any electronic devices, smartphones, Blackberries, iPads, text messaging, instant messaging or any internet or social media websites, such as Facebook, MySpace, LinkedIn, YouTube or Twitter to communicate to anyone information about this case or to conduct any research about this case until I've accepted your verdict.

You cannot consult dictionaries or reference materials or use any other electronic tool to obtain information about the case or to help you decide the case. Do not try to find information from any source outside the confines of this court.

Now, no member of the jury should attempt to communicate with me or with any court personnel by any means other than a signed writing, a signed note. All communication has to be in writing, has to be signed by your foreperson -- who I'm going to appoint -- and given to one of the marshals

who will be stationed outside of the jury room. I'll respond to any questions or request you have as promptly as possible, either in writing or more likely by bringing you back into the courtroom, so that I can speak to you in person.

In any event, don't tell me or anyone else how the jury stands on any issue until after a unanimous verdict is reached. I not going to communicate with any member of the jury on any subject touching on the merits of the case except in writing or orally here, in open court.

Now, remember that you're going to have all the exhibits admitted in evidence with you in the jury room. If you find the need to view an official transcribed copy of the portion of testimony, as I've told you, we'll get it for you, but please remember that it's not easy to find the exact thing you're looking for. So when you ask us for something, please try to be as specific as you possibly can in identifying the portions of testimony that you want to review, and tell us who the witness was, what the particular topic was, as specific as you can get. It will shorten our time as to finding that for you.

When you've reached a unanimous verdict, please send a note signed by your foreperson that you have reached a verdict. Do not indicate in the note what the verdict is.

What I've done is, I've prepared a verdict form that you will have with you in the jury room. The verdict form

contains questions and the answers to those questions will constitute your verdict.

So the way it's going to work is, you first send out just a note signed by your foreperson that says, "We have reached a unanimous verdict, signed foreperson." You hold onto the verdict form. Once I have that note, I will call you back into the courtroom. Ms. Clark will go over to the foreperson and take the verdict form from the foreperson in court, and then hand it to me, so that I can review it.

Now, I'm going appoint Ms. Mark as foreperson of the jury. I'm afraid Ms. Mark, you don't get any more money for doing that. It's not even really any more power. It's just establishing you as a point of communication with the Court.

Remember, ladies and gentlemen, that the parties and I are relying upon you to give full and conscientious deliberation and consideration of the issues and evidence before you. Your oath, the oath you took when you started this process, sums up your duty and it is this: Without fear or favor, you will truly try the issues between these parties according to the evidence given to you in court and under the laws of the United States.

Let me see the attorneys at sidebar for just a moment.

(Continued on the next page.)

(Sidebar conference.)

THE COURT: Any reading errors in which you believe in the charge?

MR. KING: No, Your Honor.

MR. BOWE: No.

MR. O'NEILL: Minor changes, but we don't consider --

THE COURT: Are you objecting to anything?

MR. O'NEILL: Nothing, Your Honor. No.

THE COURT: All right. Thank you very much.

(Sidebar ends.)

(In open court.)

THE COURT: Let's have the court officer come forward.

(Court officer sworn.)

THE COURT: Ladies and gentlemen, you may retire and begin your deliberations. We will have the instructions, the verdict form and the exhibits brought into you shortly.

(Jury exits at 2:44 p.m.)

THE COURT: All right. Be seated, please.

I'm going to direct the parties to confer among themselves and put together the exhibits that have been admitted into evidence. Give those to Ms. Clark and she will bring them into the jury room with a copy of the instructions and the verdict form.

All right. Thank you all very much. Please standby.

(Recess.)

THE CLERK: Counsel for trial, please come forward and have a seat here.

All rise.

THE COURT: Be seated, please.

We have a note, which we have marked as Court Exhibit Number 1, and it says, "What time did Mr. Woo enter the -- Mr. Southerland apartment on the day the children was removed?"

That's the note. My proposal is to answer the question by saying, "That is a factual matter for you, the jury, to determine. Anybody have a different view?

MR. O'NEILL: (Shakes head negatively).

MR. KING: (Shakes head negatively).

MR. BOWE: (Shakes head negatively).

THE COURT: Okay. Let's have the jury.

I'm also going to tell the jury that they can go as late tonight as they want, and they should let me know when they want to come back in the morning if they don't finish tonight.

(Jury enters.)

THE COURT: All right. Be seated, please.

Ladies and gentlemen, we have your note, which I will summarize as asking what time did Mr. Woo enter the Southerland apartment on the day the children were removed.

The best answer I can give you to that is that is a factual issue that you have to determine. As I told you, the determination of facts is within your province, so you're going to have to answer that question yourselves.

All right. We'll send you back to continue deliberations. If there comes a point in time where you'd like to be excused for the evening and come back tomorrow morning, you'll confer and let us know that. Otherwise, I'll let you keep going as long as you want to.

Thank you very much. I'll ask you to continue.

(Jury exits.)

THE COURT: All right. Be seated.

(Recess.)

(In open court, outside the presence of the jury.)

(Time noted: 6:05 p.m.)

THE CLERK: All rise.

THE COURT: All right. Be seated, please.

We have a note from the jury saying they'd like to conclude for the evening and begin tomorrow at 9:30.

What I propose to do is tell them that's fine, but then I don't want to formally convene here with all of you tomorrow morning at 9:30. I'll tell them the usual admonition and I'll tell them they should all meet back there, but they cannot begin deliberating until they're all present. That way, you need not come until ten to ten or even ten o'clock, because they -- the first thing they do won't be to send us a note or anything. Okay?

All right let's have them.

(Jury enters.)

THE COURT: All right. Be seated, please.

Ladies and gentlemen, we have your note asking to adjourn for the evening, and that, of course, is fine.

I called you back in here for a couple of reasons. First, I need to remind you on the usual restrictions on your

communications. I won't go over them in detail, but I will tell you that especially at this stage of the case, no communications with anybody about this case, please. No research on the case, no internet postings, nothing at all, no newspapers, no media. Don't talk to anyone about this case at all. We need to keep you right where you are now.

The second thing I want to tell you is the way we will reconvene tomorrow is this. We're not going to bring you into court. You'll start at 9:30 on the assumption that you're all there at 9:30. If for any reason one or more of you is not there at 9:30, you can't start deliberating. Okay? In other words, everyone must be in the room before you can start talking about the case again. All right? So, you know, if you have to wait a few minutes because someone is late, that's just what you have to do. But once they're all there, without bringing you back to court. You can then start deliberating.

We all thank you very much for your hard work. We hope you have a good evening. We'll see you tomorrow.

(Jury exits.)

THE COURT: All right. As I said, I think to be on the safe side, let's have the lawyers back at say, 9:50 tomorrow, and we'll wait for the jury's next communication. Have a good evening.

MR. KING: Thank you, Your Honor.

MR. BOWE: You too, Your Honor.

(Trial adjourned to June 11th, 2013, at 9:30 a. m.)

BOWE/SUMMATION 726
KING/SUMMATION 771
O'NEILL/SUMMATION 806
JURY CHARGE 841

**$**

$25 [2] 803/20 803/21
$25 million [1] 803/20
$800 [1] 790/8

**'**

'til [2] 813/1 839/15

**-**

--------------------------------------x [2] 720/2 720/7

**0**

03 [1] 839/25

**1**

10 [10] 720/7 730/9 730/12 730/25 733/23 733/25 736/24 742/21 748/20 770/8
10-year-old [1] 792/14
100 [1] 721/4
10005 [1] 720/21
10007 [2] 720/17 721/5
1028 [1] 743/13
11 [10] 739/9 739/9 745/15 754/21 765/17 765/17 771/25 787/1 798/24 811/10
11 years [1] 771/22
11201 [1] 721/23
11:00 [1] 769/14
11:05 [1] 770/2
11th [1] 872/2
12 [4] 731/2 772/4 774/22 838/13
12 years [1] 772/1
12457 [1] 773/5
1257 [8] 732/22 733/16 733/17 733/20 776/24 777/19 779/13 787/9
12:15 [2] 805/4 805/8
12th [4] 775/18 776/17 795/20 809/9
13 [5] 739/9 772/5 772/21 773/18 838/14
13th [10] 728/8 759/11 759/15 759/21 761/17 761/23 765/5 786/21 787/18 787/24
14 [2] 741/17 750/20
14th [3] 853/21 853/25 854/22
15 [2] 737/16 814/21
15th [2] 775/18 776/18
16 [6] 735/24 736/6 757/18 774/18 801/19 803/14
16 years [2] 786/9 786/10
16-year-old [1] 784/4
16th [2] 795/19 795/19
17 years [1] 791/6
17-year-old [1] 765/21
17th [1] 793/21
19 [1] 745/8
1980 [1] 771/9
1983 [3] 852/5 852/10 853/6
1996 [1] 778/15
1997 [7] 732/19 759/11 767/13 773/3 774/8 774/22 833/1
1998 [1] 766/1
1999 [2] 793/7 824/2
1:55 [1] 839/15
1st [1] 766/5

**2**

2001 [1] 838/13
2002 [1] 761/9
2005 [1] 824/5
2013 [3] 720/7 745/19 872/2
21 [1] 742/20
225 [1] 721/23
23 [1] 753/5
2379 [1] 721/24
25 [1] 838/21
25 million [8] 803/21 803/21 803/21 803/21 804/8 804/9 804/9 804/9
2644 [1] 721/24
27th [5] 787/22 787/24 788/19 788/21 789/16
28th [1] 720/20
29th [3] 737/1 776/18 777/5
2:44 [1] 868/8
2nd [2] 737/1 828/6

**3**

30 [2] 720/17 838/21
30th [6] 735/20 737/10 777/5 810/23 828/2 828/4
313 [2] 756/1 756/1
316 [3] 750/20 756/1 756/2
320 [1] 749/19
3329 [1] 720/4
333 [2] 733/19 733/20
3:00 p.m [1] 762/14
3rd [1] 737/2

**4**

40 [1] 720/20
40 minutes [1] 780/11
42 [1] 852/5
45 [1] 729/7
4th [3] 737/2 810/24 828/6

**5**

55 [1] 770/2

**6**

6/3 [1] 828/9
6:05 [1] 870/6
6th [4] 736/10 765/2 783/3 783/5

**7**

718-613-2379 [1] 721/24
718-613-2644 [1] 721/24
7th [1] 783/4

**8**

8:30 p.m [1] 738/8

**9**

9/11 [1] 798/24
911 [1] 812/6
99 [1] 720/4
9:00 o'clock [1] 783/15
9:00 p.m [7] 741/10 741/12 742/17 743/5 743/20 765/3 813/1
9:30 [6] 870/10 870/13 871/9 871/10 871/11 872/2
9:45 [1] 730/19
9:50 [1] 871/22
9th [12] 733/8 739/11 742/21 743/18 743/20 744/1 759/5 761/22 762/5 768/13 769/9 786/13

**A**

A-3-year-old [1] 792/23
a.m [2] 770/2 770/8
abandon [1] 741/9
abate [2] 784/18 796/15
abide [1] 826/5
ablaze [1] 746/22
able [11] 734/9 750/13 751/1 755/9 755/9 768/17 773/18 775/25 782/2 830/19 838/1
about [198]
above [5] 796/4 818/24 827/22 856/6 857/15
above-referred [2] 818/24 827/22
absence [1] 858/25
absolutely [4] 749/3 749/5 750/23 782/13
abuse [27] 726/1 726/14 726/21 727/4 728/6 728/11 730/15 731/9 738/2 748/6 759/10 759/16 761/19 762/21 763/1 763/14 764/5 778/8 778/13 778/17 778/25 787/4 789/25 792/22 800/9 826/13 838/11
abused [23] 729/14 740/22 762/6 764/14 765/8 765/20 765/22 767/11 768/8 786/23 790/20 790/22 790/23 791/2 792/8 792/10 792/11 792/12 792/18 792/22 799/16 801/11 811/23
abuser [1] 801/4
abuses [1] 837/3
abusing [2] 726/18 762/4
abusive [1] 768/14
accept [10] 767/10 810/18 819/22 820/2 841/5 849/10 849/12 850/10 850/18 850/23
accepted [1] 864/15
access [3] 727/18 736/23 778/19
accident [1] 854/8
accompany [1] 753/3
according [3] 783/9 859/19 866/20
accordingly [1] 765/22
accumulate [1] 821/13
accuracy [1] 860/14
accurate [3] 740/17 749/14 807/16
accurately [1] 795/9
accusations [4] 725/25 726/14 729/11 729/11
accuse [1] 746/23
accused [1] 811/20
acknowledgment [1] 751/2
ACS [54] 727/19 727/24 729/13 729/20 730/15 731/2 731/8 731/10 731/23 736/23 737/6 737/10 738/1 738/3 738/5 738/25 739/19 739/25 739/25 740/2 740/15 741/2 741/10 742/17 743/8 745/1 747/24 750/8 750/17 751/13 751/24 752/6 752/12 752/18 752/20 753/10 757/25 759/23 761/3 767/21 768/3 768/9 773/14 778/13 778/16 778/20 786/16 809/22 810/21 810/23 820/5 824/2 824/13 824/25
ACS's [1] 750/2
act [10] 770/17 829/21 854/6 854/9 858/8 858/10 858/13 858/15 858/16 858/19
acted [7] 740/16 829/22 853/4 853/12 862/5 862/7 862/9
acting [4] 769/7 802/17 852/8 852/14
action [8] 722/25 756/24 765/13 781/14 804/20 812/5 828/9 853/6
actions [7] 771/2 855/10 856/16 858/1 859/25 862/5 862/7
acts [7] 854/5 854/15 858/5 858/17 861/4 862/3 862/24
actual [2] 728/21 792/6
actually [14] 731/4 733/6 767/18 773/10 774/2 778/15 791/9 792/15 795/19 796/12 802/23 808/10 819/14 858/11
adage [1] 830/4
add [1] 821/18
adding [2] 821/9 821/10
addition [4] 842/17 848/13 854/14 861/16
additional [5] 725/24 744/4 748/8 754/13 766/15
address [25] 730/9 730/17 730/22 730/25 733/8 733/23 755/10 773/5 776/24 777/1 777/2 777/3 777/13 777/19 781/24 782/1 782/4 782/5 782/7 787/9 794/25 798/16 798/16 799/19 808/23
addressed [2] 769/2 833/11
addresses [1] 777/16
addressing [1] 754/6
adequate [2] 723/13 820/17
adequately [1] 862/14
adjourn [1] 870/23
adjourned [1] 872/2

**A**

admire [1] 832/23
admissibility [2] 843/11 844/14
admissible [2] 843/15 843/22
admit [1] 849/11
admits [2] 807/15 808/21
admitted [7] 808/22 809/3 813/16 816/1 848/17 865/11 868/12
admonish [1] 839/2
admonition [1] 870/13
adult [1] 773/4
adults [3] 770/19 781/4 833/17
advance [1] 786/5
adversary [1] 843/21
advice [1] 773/15
advise [1] 736/14
advocates [1] 844/7
affairs [1] 849/18
affect [2] 750/24 830/15
affidavit [6] 781/20 781/20 781/22 782/10 782/24 810/9
affirm [1] 802/9
affirmed [1] 737/6
afraid [2] 834/7 866/11
after [53] 723/12 725/5 727/23 728/15 734/1 737/10 738/2 739/19 741/10 741/12 741/19 741/24 742/4 742/9 742/17 743/9 743/18 743/20 749/3 751/15 753/4 753/20 755/4 756/9 756/23 758/7 759/11 759/16 763/9 765/3 765/6 765/6 765/15 765/16 766/6 766/12 769/13 770/20 771/3 771/4 772/18 777/10 777/10 778/10 783/15 806/4 836/11 836/13 860/25 863/22 863/24 863/25 865/6
afternoon [3] 805/16 805/17 839/21
afterwards [1] 824/3
again [37] 723/8 731/15 737/25 743/6 746/9 747/5 749/18 751/12 751/17 754/12 755/17 755/25 761/24 762/17 763/21 765/4 774/3 781/5 795/18 803/4 803/5 803/17 803/20 804/1 804/4 804/6 806/1 806/3 821/20 822/25 824/23 825/4 825/20 840/16 856/24 857/1 871/13
against [10] 726/1 759/10 759/24 763/11 765/9 788/3 805/20 833/10 844/12 852/10
age [5] 744/15 781/9 781/9 815/23 845/2
agencies [3] 773/14 853/10 853/10
agency [2] 729/13 827/17
agenda [1] 786/3
ages [6] 739/5 739/9 739/10 739/13 739/14 746/16
ago [9] 745/18 746/1 750/9 770/14 786/9 788/4 798/23 854/17 857/18
agonizingly [1] 814/4
agree [4] 797/25 812/12 832/20 860/19
agreed [4] 756/14 797/23 823/16 853/11
agreement [1] 863/18
agrees [1] 809/23
ahead [1] 839/3
aid [2] 818/11 842/14
aided [1] 721/25
AL [1] 720/2
alert [1] 810/21
all [151] 722/2 722/6 722/13 723/22 723/24 724/19 724/22 725/10 726/20 726/24 729/10 729/10 732/10 736/8 738/23 739/2 739/19 743/1 747/23 748/15 750/14 751/4 751/9 752/9 755/20 756/3 757/13 757/16 758/18 759/8 762/5 762/6 762/23 763/13 763/25 764/3 766/4 766/16 766/25 767/4 769/7 770/5 770/7 770/9 770/19 775/17 776/6 778/2 779/17 780/12 781/2 781/4 782/19 782/20 783/13 784/4 785/7 785/7 786/3 786/25 788/20 789/2 790/9 791/19 792/9 792/12 794/6 794/21 796/24 798/13 799/21 800/7 801/10 801/18 802/3 802/12 802/14 804/14 805/8 805/10 805/11 805/13 806/22 812/3 815/2 817/3 817/24 819/2 820/11 820/21 821/18 822/2 822/5 822/6 823/20 825/1 825/9 825/12 828/19 832/9 832/25 835/11 836/5 836/6 836/6 836/6 838/16 839/7 839/12 839/15 839/22 839/23 843/8 844/11 847/17 848/22 848/25 849/5 849/10 849/17 850/2 850/3 851/14 851/15 859/6 863/11 863/25 864/23 865/10 867/10 868/9 868/15 868/15 868/20 869/13 869/21 870/3 870/7 870/8 870/12 870/14 870/15 870/19 870/21 871/4 871/6 871/10 871/13 871/15 871/18 871/21
allegation [9] 729/17 731/8 734/2 799/17 807/4 820/15 820/19 826/16 826/18
allegations [12] 728/6 759/10 759/16 761/19 762/21 763/14 778/9 787/4 788/16 788/20 805/25 814/7
allege [2] 749/12 852/7
alleged [4] 763/1 822/20 824/23 854/17
allegedly [1] 817/16
alleges [1] 759/22
alleviate [2] 751/4 758/4
alleviated [1] 813/25
allow [1] 845/3
allowable [1] 744/1
allowed [2] 793/24 807/14
allowing [2] 727/18 810/11
almost [4] 796/12 813/23 818/13 838/15
alone [4] 834/21 841/14 848/5 862/19
along [5] 727/20 730/11 756/8 766/18 789/23
already [10] 753/11 754/23 758/15 778/24 780/19 782/25 787/25 811/1 814/19 857/9
also [24] 723/15 753/2 762/5 771/14 772/9 774/19 775/19 776/1 801/9 801/13 802/16 804/19 819/22 841/17 842/10 844/9 844/21 845/10 846/9 853/10 856/6 857/16 862/18 869/8
although [4] 726/3 791/23 811/11 840/20
always [4] 751/25 764/24 812/23 813/23
am [4] 724/2 733/5 809/16 838/14
Amboy [13] 726/8 730/9 730/12 730/25 732/18 732/25 733/7 733/14 733/23 733/25 736/24 742/22 748/20
Ambrosio [13] 728/15 759/18 761/12 763/1 765/6 765/18 765/25 766/13 767/1 767/5 798/2 799/8 801/8
Ambrosio's [2] 766/1 766/5
ambulance [1] 818/5
ameliorative [1] 750/21
amendment [9] 743/21 810/8 853/17 853/21 853/25 854/21 854/23 854/25 855/13
amendments [1] 853/16
America [5] 805/18 806/6 813/11 837/9 838/5
among [1] 868/10
amongst [2] 769/16 805/5
amount [9] 774/6 804/4 804/8 804/17 859/15 859/16 860/6 860/13 863/4
and-a-half [1] 806/18
ANDREW [2] 721/6 745/5
angry [2] 774/21 825/1
anguish [2] 801/20 802/2
animal [1] 821/10
another [18] 728/9 728/13 745/4 748/3 749/23 757/1 766/17 781/1 787/22 793/23 794/18 804/23 819/17 821/5 823/7 824/22 842/18 863/18
answer [27] 727/1 727/4 728/23 731/2 731/5 737/12 742/3 742/6 742/8 742/12 743/24 745/10 745/17 745/20 748/16 749/5 750/23 764/13 806/13 814/3 818/15 842/10 846/11 846/12 869/1 869/17 869/20
answered [3] 737/14 764/10 785/9
answers [2] 767/15 866/1
anticipated [1] 768/24
any [159]
anybody [8] 803/3 804/1 804/13 824/21 826/6 837/14 869/3 871/3
anybody's [2] 809/4 833/8
anymore [1] 808/18
anyone [12] 752/16 757/15 769/16 803/5 803/16 804/5 805/5 845/13 864/8 864/13 865/5 871/5
anything [26] 726/25 727/6 727/6 732/7 743/17 751/1 764/11 767/4 789/19 789/20 790/10 798/14 811/5 813/18 819/25 820/3 823/6 830/12 830/13 832/16 835/15 846/6 846/7 846/9 867/8 870/18
apart [1] 770/15
apartment [47] 726/8 729/17 731/24 732/18 732/25 736/24 737/8 737/21 739/20 742/17 742/22 744/5 744/6 744/11 744/14 745/24 746/7 747/16 750/2 750/10 751/9 751/12 753/20 754/15 755/3 755/8 757/22 758/2 758/7 758/16 781/21 781/23 782/11 783/13 784/24 786/7 787/13 787/17 808/11 808/17 810/3 810/24 813/9 825/14 855/4 868/24 869/16
apologize [3] 795/19 819/7 833/3
apparent [1] 850/7
apparently [4] 729/22 737/10 740/23 776/19
appeal [1] 851/19
Appeals [1] 789/1
appear [2] 774/1 848/23
APPEARANCES [2] 720/14 721/1
appeared [1] 747/21
appears [2] 850/6 863/24
Appellate [1] 789/1
applicable [1] 844/19
application [7] 807/11 807/15 807/18 808/15 809/1 809/5 810/5
applied [1] 852/4
apply [4] 743/14 841/6 845/17 849/21
appoint [2] 864/25 866/10
appointed [1] 838/12
appointment [7] 737/24 738/12 738/14 764/22 796/1 809/25 810/12
appreciate [1] 838/16
appreciated [1] 724/25
appropriate [4] 723/1 751/25 752/11 863/3
appropriately [1] 766/20
approve [2] 733/1 773/6
approved [2] 816/4 844/6
approving [1] 776/23
approximately [1] 855/11
arbitrary [1] 860/9
are [126] 723/7 723/9 725/1 728/16 728/17 729/1 729/14 733/4 735/4 736/3 738/20 738/21 739/1 739/3 739/8 740/10 741/2 741/4 741/4 746/11 748/15 750/19 753/25 754/7 759/17 761/19 762/22 768/5 768/17 770/18 772/8 777/11 777/11 777/12 777/13 777/13 778/18 779/16 779/17 781/4 781/16 783/17 787/24 788/20 789/7 789/8 789/11 791/19 793/7 793/21 794/16 798/6 798/10 799/23 803/2 806/3 806/4 806/14 806/19 809/6 810/10 813/11 814/18 817/2 817/9 819/11 823/10 824/8 824/25 827/5 827/16 827/18 827/20 829/4 830/10 832/12 833/20 833/21 833/24 834/8 834/9 834/11 834/12 834/14 835/1 835/6 835/7 837/17 837/18 837/20 841/22 842/14 843/3 843/3 843/3

## A

are... [31] 843/3 843/7 843/13 844/4 844/21 845/6 846/3 846/4 846/6 847/7 848/10 849/7 849/11 850/3 853/16 853/25 859/15 859/17 859/21 859/25 860/16 861/21 861/25 862/16 862/19 862/21 862/23 864/3 866/15 867/8 871/6
aren't [6] 738/9 765/10 783/25 784/1 784/5 824/11
argue [16] 726/23 732/23 733/13 735/17 735/18 735/22 737/3 738/11 738/17 742/16 750/1 756/7 756/16 757/6 761/4 834/5
arguing [1] 834/4
argument [7] 736/1 741/9 741/13 811/8 818/17 833/12 833/23
argumentative [1] 754/25
arguments [14] 725/14 730/1 768/22 769/17 791/13 818/4 828/2 833/22 840/5 842/9 846/5 848/2 863/16 864/1
arose [1] 802/12
around [9] 731/11 738/8 776/18 784/21 787/15 790/15 791/24 801/3 834/19
arrange [1] 796/21
arranged [1] 810/19
arrest [1] 836/23
arrested [1] 791/25
arrive [1] 741/11
arrived [7] 741/10 742/17 742/21 743/5 743/18 743/20 765/3
arrogant [2] 814/15 836/3
art [1] 774/23
as [153] 722/23 722/23 723/10 724/5 726/9 729/2 729/16 730/9 730/11 730/24 731/12 736/5 736/11 736/16 736/16 736/16 739/17 739/18 739/20 740/2 740/2 740/9 740/9 743/10 745/8 746/9 746/12 747/1 749/17 751/8 751/8 751/9 753/5 755/19 756/3 757/4 757/8 758/19 762/6 762/18 764/5 766/20 770/20 771/16 772/8 772/19 773/21 775/4 775/8 775/12 775/15 775/18 778/9 778/12 779/4 780/1 783/8 783/8 783/14 785/13 791/5 791/5 792/10 801/23 802/15 805/3 807/25 811/7 812/15 815/1 817/6 826/17 826/17 830/2 832/23 832/23 833/9 834/7 837/4 837/25 839/1 839/1 839/12 839/12 840/9 841/3 841/6 841/7 841/10 841/14 841/15 841/19 841/22 842/1 842/3 842/5 842/14 842/19 843/2 843/12 843/12 844/7 845/10 845/15 845/17 845/21 846/5 847/19 847/20 848/22 848/25 849/7 849/14 850/12 850/12 850/17 850/19 850/21 851/19 853/9 854/17 856/6 856/8 857/9 857/15 857/17 858/19 859/5 859/13 860/14 860/14 863/2 863/3 864/5 864/12 865/2 865/2 865/13 865/16 865/16 865/18 865/18 865/19 866/10 866/13 868/22 869/8 869/9 869/15 869/18 869/25 869/25 871/21
aside [1] 767/6
ask [25] 726/5 727/3 727/15 727/16 729/7 737/24 742/15 743/7 745/25 748/16 755/2 757/6 766/24 767/8 768/24 769/1 769/5 777/25 806/8 822/10 840/16 841/2 844/9 865/15 870/1
asked [26] 722/10 736/14 745/6 745/16 753/7 754/5 764/10 777/24 780/4 790/18 790/22 791/9 791/10 808/4 808/9 813/19 817/21 818/14 824/24 825/5 825/11 828/25 830/24 844/14 844/15 848/2
asking [6] 731/15 787/25 794/14 822/25 869/15 870/22
asks [1] 823/21
asleep [1] 814/18
assassination [2] 830/8 830/9
asserted [1] 789/8
assess [17] 736/25 737/21 738/2 738/7 739/25 740/1 740/2 744/5 750/2 750/10 750/15 751/14 752/20 761/24 799/14 812/15 849/8
assessed [1] 740/4
assessing [2] 748/19 751/9
assessment [17] 727/23 729/16 730/16 731/1 735/1 735/2 745/3 745/7 748/5 750/22 750/24 753/4 755/5 784/21 811/11 811/15 811/21
assigned [2] 744/4 827/25
Assume [1] 836/9
assumed [1] 724/4
assuming [3] 724/2 778/23 778/24
assumption [1] 871/9
ate [1] 815/22
attack [2] 830/6 830/19
attacking [1] 813/6
attacks [2] 742/24 806/13
attempt [5] 734/4 821/19 828/23 842/22 864/21
attempted [1] 796/5
attempting [1] 781/18
attempts [3] 736/25 750/10 750/15
attention [23] 735/4 739/18 771/13 772/15 772/15 772/24 773/2 774/1 774/4 774/7 774/13 776/7 776/22 776/23 778/4 779/3 790/5 815/22 815/23 838/16 840/17 841/2 841/3
attitude [1] 829/8
attorney [11] 786/16 805/24 806/17 806/25 810/17 817/13 841/11 843/22 843/25 844/13 844/13
attorneys [6] 738/11 793/16 840/3 843/20 844/9 866/22
available [1] 755/22
avoid [2] 754/8 822/12
award [22] 832/25 837/6 859/11 859/14 859/18 859/23 859/24 860/2 860/7 860/10 861/7 861/14 861/19 861/19 861/22 861/23 861/23 862/2 862/13 862/14 863/1 863/4
awarded [4] 787/6 836/15 861/25 863/3
awarding [1] 861/17
aware [3] 730/24 733/22 751/8
away [23] 727/13 731/10 731/11 731/12 731/19 731/20 731/21 748/21 772/1 772/20 772/21 772/21 773/1 773/7 775/2 785/9 785/19 793/4 833/2 834/11 835/5 836/8 846/9
awoken [1] 833/20

## B

back [62] 726/2 728/9 728/16 732/15 743/7 745/18 748/13 748/17 749/18 755/18 756/1 758/9 769/13 770/21 770/22 772/11 772/25 774/3 775/20 778/5 778/6 779/1 785/6 787/22 787/23 787/24 788/17 788/18 793/6 797/7 799/12 801/16 801/17 801/24 802/11 804/7 805/4 807/6 808/9 812/14 813/5 818/19 819/11 821/9 821/20 828/9 828/10 832/25 833/1 833/1 837/23 838/24 842/25 865/3 866/7 869/10 869/21 869/23 870/14 870/24 871/16 871/22
background [1] 849/17
bad [7] 790/3 790/4 790/6 791/5 813/25 832/6 837/3
bad's [1] 812/24
baffled [1] 815/25
Balan [21] 744/3 753/21 756/9 756/14 756/17 756/20 756/22 756/22 757/4 757/8 757/11 757/12 757/17 764/25 797/12 822/5 822/6 822/7 822/7 822/9 823/15
Balan's [1] 757/1
Band [1] 818/11
Band-Aid [1] 818/11
banking [1] 766/22
bar [2] 844/11 844/14
barely [2] 819/7 828/14
base [1] 841/20
based [12] 757/25 759/20 766/6 775/5 807/22 814/16 830/16 833/16 844/23 860/3 860/4 863/18
bases [1] 776/12
basically [1] 812/1
basis [6] 740/2 756/3 766/20 847/18 848/2 848/9
be [167]
bear [2] 757/13 768/1
bears [2] 756/23 836/5
beat [2] 792/23 801/11
beaten [1] 765/8
beating [3] 726/18 788/21 834/6
because [92] 723/18 727/14 729/17 729/22 734/22 736/2 739/12 739/21 741/12 742/1 742/4 746/5 749/14 751/22 752/7 753/8 754/1 756/22 758/10 758/21 762/16 763/4 763/24 765/2 766/6 768/3 773/6 774/3 775/11 776/10 776/14 778/1 778/10 779/16 780/19 781/24 784/23 785/10 786/1 786/3 786/13 787/6 787/19 789/23 792/2 792/15 795/22 796/22 797/20 800/7 800/11 801/2 801/5 802/25 803/5 803/25 807/8 808/5 808/16 809/1 809/15 810/12 811/3 811/18 811/25 813/5 813/19 813/22 814/13 814/15 814/20 815/5 817/15 819/16 823/3 823/8 826/1 826/22 830/5 833/12 834/4 834/13 835/16 836/21 836/24 844/13 854/8 855/13 856/22 864/3 870/17 871/14
become [1] 737/11
becomes [1] 821/10
bed [4] 728/2 747/5 762/14 834/1
bedding [1] 746/18
bedroom [2] 819/3 819/10
beds [1] 833/19
been [68] 722/15 722/16 726/12 728/13 729/10 729/18 745/3 745/6 746/6 747/4 747/24 748/7 754/23 757/23 758/6 758/12 761/12 762/4 762/6 762/7 768/15 773/7 775/2 777/5 777/9 777/10 778/12 778/25 781/3 781/9 784/25 786/9 786/13 786/23 788/25 789/8 790/4 790/7 790/22 790/23 792/8 795/16 796/23 811/22 811/23 813/9 819/3 819/4 819/12 821/5 830/19 835/5 840/3 840/23 841/7 842/20 845/15 845/25 848/11 848/18 848/19 848/22 851/13 852/7 861/9 863/25 864/9 868/11
before [26] 720/11 734/17 742/16 743/5 745/15 747/4 750/4 757/25 771/2 771/9 775/24 778/12 779/6 785/20 789/7 804/15 811/1 821/6 825/7 826/8 833/14 835/5 836/1 846/5 866/17 871/12
begging [1] 734/16
begin [3] 868/6 870/10 870/15
beginning [7] 741/1 753/5 753/24 754/21 764/9 771/5 842/20
begins [1] 745/15
behalf [5] 790/17 790/18 790/24 792/4 797/25
behaving [1] 835/23
behavior [1] 844/7
behind [1] 737/9
behold [1] 790/15
being [13] 725/19 729/14 751/1 766/23 771/11 780/1 785/19 795/9 801/21 807/13

## B

being... [3] 827/25 834/14 858/19
belief [2] 843/3 851/7
believable [5] 755/13 757/24 766/14 845/17 849/6
believe [30] 731/7 731/23 732/7 740/22 745/14 745/20 745/22 745/23 746/1 746/2 747/13 749/14 749/25 753/9 757/19 757/21 764/17 764/18 764/20 785/10 807/22 816/16 816/18 819/14 830/12 830/13 837/6 850/22 859/12 867/2
believed [7] 729/12 729/12 733/22 733/24 740/16 749/15 749/16
believes [5] 735/25 767/17 809/10 836/6 843/22
belong [2] 782/14 783/24
best [9] 735/18 736/2 785/14 813/10 821/25 832/24 837/10 846/8 869/17
betcha [1] 815/4
better [7] 731/11 754/10 775/16 776/2 776/5 795/25 813/9
between [8] 724/5 761/22 823/25 830/22 847/5 847/23 858/8 866/19
beyond [2] 802/8 861/6
bias [2] 845/11 849/22
big [7] 737/12 747/20 807/25 811/14 828/17 834/16 834/24
bill [1] 818/2
birthday [3] 757/23 785/21 785/23
bit [7] 741/19 756/18 757/16 814/11 821/22 849/3 853/2
black [1] 841/23
Blackberries [1] 864/11
blame [3] 758/6 764/2 767/21
blanche [1] 821/3
bless [1] 838/16
blew [1] 781/15
blocks [4] 777/20 777/20 777/22 789/21
BMC [1] 720/4
body [1] 827/2
bogus [1] 837/21
bologna [1] 744/19
bolster [1] 824/15
book [3] 768/4 811/7 833/8
books [1] 743/17
boost [1] 836/2
born [1] 771/9
boss [1] 829/23
both [7] 751/11 771/10 808/14 827/14 845/24 847/24 854/20
bound [1] 784/9
BOWE [6] 721/5 740/10 769/3 769/11 798/21 803/10
Boy [1] 729/24
boys [6] 728/2 739/9 739/13 746/15 746/16 758/11
brainiac [1] 726/16
break [7] 753/1 769/13 804/23 805/2 805/3 838/22 839/11
breakdown [1] 810/11
breakfast [1] 814/23
breaks [1] 821/11
BRIAN [2] 720/11 720/21
bridge [1] 818/3
brief [1] 732/1
briefing [1] 724/25
briefly [1] 830/1
bring [15] 737/25 772/25 778/5 793/5 799/5 821/20 821/24 821/25 822/3 822/16 823/1 825/15 849/16 868/13 871/8
bringing [3] 858/11 865/3 871/16
broke [2] 747/6 821/8
broken [2] 747/10 835/7
Brooklyn [4] 720/6 721/23 773/5 838/9
brother [3] 774/9 774/10 774/12
brothers [1] 790/4
brought [11] 758/18 764/9 772/23 793/23 794/12 822/12 823/8 823/17 823/25 824/25 868/7
building [3] 794/5 818/14 834/18
bunch [4] 727/25 752/17 783/23 834/25
burden [13] 722/9 756/23 757/14 806/22 821/10 851/17 852/11 855/9 855/17 856/6 857/2 857/15 862/9
burn [1] 746/20
burned [2] 787/17 818/13
business [1] 729/13
busy [2] 737/18 739/22
butter [1] 744/17
buy [4] 726/15 729/25 796/17 815/7

## C

C-1 [1] 818/22
C-2 [1] 827/20
cabinet [2] 820/9 820/11
cabinets [1] 784/17
Cadman [1] 721/23
cake [1] 785/23
calculated [1] 823/1
call [16] 735/14 743/10 747/1 756/16 756/22 757/8 757/11 757/11 757/15 799/12 812/6 822/4 828/16 836/22 848/22 866/6
called [14] 729/21 729/22 774/14 779/10 818/5 828/24 837/6 843/10 846/22 847/2 851/15 859/16 859/17 870/24
callous [2] 804/20 862/7
calm [1] 834/16
came [34] 727/11 737/5 763/9 763/12 770/16 771/8 772/22 772/25 775/12 777/24 781/1 781/2 783/2 783/12 783/15 785/3 786/4 787/21 790/17 790/21 792/21 797/10 797/12 797/21 797/22 797/24 797/25 798/8 798/11 798/21 799/8 801/22 823/16 845/23
camel's [1] 821/9
can [82] 730/11 734/5 734/7 735/25 737/20 743/7 749/18 751/3 755/17 774/23 775/20 776/10 782/21 783/1 790/25 792/7 793/14 800/5 800/6 800/9 801/1 801/20 802/7 802/16 802/19 802/23 804/9 807/1 807/17 808/1 808/9 809/6 809/23 810/3 810/13 811/16 815/9 816/9 819/7 819/11 820/13 820/17 822/1 825/3 825/15 825/15 825/15 825/16 825/17 827/17 828/20 829/11 829/24 832/25 833/5 833/23 836/8 838/22 838/23 839/3 839/4 840/20 842/5 842/24 845/21 846/20 850/8 850/18 851/13 851/25 859/15 859/24 861/10 863/19 865/4 865/16 865/19 866/9 869/8 869/17 871/12 871/16
can't [27] 728/5 736/1 768/23 773/19 780/25 781/11 782/20 799/7 816/16 818/8 823/1 824/21 832/25 833/1 833/3 833/4 834/13 835/9 836/24 837/1 837/20 843/24 845/7 847/11 860/3 864/10 871/11
cannot [10] 731/23 732/7 735/22 749/17 751/3 837/19 859/16 859/22 864/16 870/15
Canty [5] 773/5 776/25 777/23 789/20 790/8
Canty's [2] 774/8 795/1
capable [1] 837/4
car [2] 777/22 834/23
CARDOZO [1] 721/3
care [28] 727/16 731/20 735/7 736/13 737/7 744/22 748/7 752/19 754/17 767/19 767/20 770/18 771/17 779/24 787/3 792/18 792/20 801/21 801/24 808/2 809/12 813/2 814/17 817/8 818/9 827/4 834/17 835/18
careful [1] 841/3
carefully [5] 827/15 827/18 840/15 849/25 863/25
caretaker [1] 826/15
carry [1] 806/22
carrying [3] 827/13 844/16 847/15
carte [1] 821/3
Casali [2] 743/11 743/15
case [116] 723/19 723/21 726/3 726/4 728/4 729/24 730/1 730/24 731/8 744/4 744/6 744/8 744/23 746/11 746/15 748/17 748/19 748/23 748/24 749/1 749/25 750/13 750/13 750/18 750/19 751/9 751/18 752/6 754/5 755/2 756/24 756/24 756/24 764/16 767/20 767/21 768/5 769/15 770/15 772/9 788/22 788/25 789/2 789/6 794/13 794/21 797/17 799/24 804/12 805/5 806/11 806/15 807/4 811/4 811/11 813/4 813/15 813/16 813/17 820/25 820/25 821/12 821/25 822/15 823/5 823/15 823/23 824/1 827/15 827/25 830/12 830/15 830/15 830/24 832/11 832/14 833/4 833/6 835/17 836/10 836/10 836/24 837/25 839/2 839/12 840/3 840/6 840/9 840/23 844/5 844/19 845/6 845/14 846/9 848/14 848/23 849/22 850/3 850/25 853/11 853/17 854/17 859/8 863/21 863/22 864/9 864/14 864/15 864/18 864/18 865/8 871/2 871/3 871/4 871/5 871/13
cases [3] 725/2 791/4 811/12
catch [1] 726/21
caught [1] 829/8
causal [1] 858/7
cause [19] 720/10 739/25 740/22 761/19 762/18 762/20 762/22 816/8 827/8 827/8 852/19 858/4 858/6 858/7 858/10 858/19 858/20 858/21 859/2
caused [12] 737/11 738/17 763/1 764/6 768/1 776/15 854/15 855/11 856/16 858/1 858/16 861/4
causing [2] 756/12 858/12
CCR [1] 721/22
cereal [1] 744/18
certain [3] 843/11 846/3 846/14
certainly [16] 722/13 747/21 758/15 768/11 782/3 782/5 785/25 787/3 792/7 795/17 796/19 808/22 817/10 820/3 832/20 840/20
chair [2] 785/6 785/8
chairs [1] 819/12
chance [2] 750/1 750/3
change [4] 731/2 746/2 761/23 863/23
changed [4] 746/8 772/7 779/7 817/16
changes [3] 722/10 829/3 867/6
chapter [2] 811/9 826/10
Chapter 6 [1] 826/10
character [2] 830/7 830/9
characterized [2] 762/19 780/1
charge [7] 723/9 723/15 838/20 838/25 839/3 839/4 867/3
charged [2] 738/1 739/21
charges [3] 722/8 722/18 791/7
check [7] 738/20 738/20 752/25 777/3 777/4 790/8 794/4
cheese [1] 744/19
child [55] 727/12 730/23 731/4 736/7 740/1 740/23 740/24 741/5 743/14 748/6 748/25 764/14 764/15 766/7 766/10 770/22 777/3 777/7 777/14 780/5 782/2 782/5 783/4 783/5 783/8 783/9 792/4 792/17 792/21 794/15 798/13 799/13 799/14 799/15 799/16 799/19 805/19 818/8 820/18 824/20 826/14 826/15 826/16 826/19 826/25 827/3 827/5 835/9 835/16 835/19 836/10 836/12 836/12 836/12 836/15

C

child's [2] 766/12 776/24
childcare [1] 819/20
children [118] 720/16 723/17 726/7 726/18 727/20 729/14 738/1 738/6 738/15 738/21 739/3 739/7 739/8 739/11 740/4 740/7 740/25 741/4 744/1 744/12 744/14 744/20 746/20 747/23 748/18 749/2 751/6 753/20 754/9 756/9 756/12 758/7 758/17 758/24 759/5 759/23 762/19 764/3 765/5 765/9 765/23 767/24 767/24 768/5 768/13 769/8 770/17 770/18 770/21 771/8 772/7 772/13 772/15 780/12 781/4 781/5 781/18 782/14 783/12 783/13 785/13 785/17 785/18 788/17 789/14 789/23 790/16 790/19 790/19 792/6 796/14 796/24 797/4 797/6 806/19 809/20 812/9 813/22 814/15 827/8 827/14 828/7 830/20 832/1 832/5 832/8 833/9 833/21 835/1 835/13 835/14 835/14 836/19 836/25 837/21 838/13 853/20 853/24 853/24 854/12 855/14 855/21 855/22 855/24 855/24 856/2 856/5 856/9 856/12 856/17 856/20 856/23 857/6 857/9 860/20 861/2 868/24 869/16
children's [3] 770/25 855/12 856/4
china [1] 820/9
choice [2] 732/5 838/19
choose [1] 849/14
chronic [2] 731/12 733/21
Church [1] 721/4
Ciara [148] 725/25 726/9 726/14 726/18 726/19 727/4 727/21 728/10 730/7 730/12 731/16 731/18 731/24 732/16 732/18 732/24 732/24 733/7 733/14 733/25 734/6 734/13 734/16 734/20 734/23 735/5 735/7 735/9 735/16 735/18 735/21 736/9 736/15 736/21 737/7 739/2 739/3 739/8 739/12 740/3 740/25 741/3 748/4 749/9 749/20 752/19 754/14 754/17 759/9 759/17 761/18 762/4 762/24 762/25 763/3 763/5 763/22 765/8 766/4 766/7 767/11 767/13 771/9 771/10 771/11 771/14 771/17 771/19 771/21 772/12 773/4 773/7 773/11 773/11 773/17 773/25 774/21 775/1 775/8 775/9 775/10 775/11 775/12 775/14 775/16 776/2 776/3 776/3 776/3 777/6 777/23 778/1 778/4 778/6 778/8 778/23 778/25 779/5 779/5 779/19 779/21 780/7 780/13 780/18 780/19 781/21 782/10 784/6 784/7 786/4 786/22 786/24 789/17 789/20 789/24 790/1 791/1 791/1 791/5 791/19 791/21 792/11 794/16 794/17 795/20 795/22 795/25 796/1 796/2 796/5 796/5 796/7 796/8 799/20 805/25 807/3 808/19 809/8 811/23 814/10 820/2 822/19 828/15 828/16 830/2 830/13 830/23 846/18
Ciara's [16] 727/22 728/6 730/9 731/12 734/4 736/13 749/15 752/16 752/17 762/21 764/5 766/13 783/23 795/14 809/15 829/14
Circuit [3] 723/21 723/21 789/1
circumstance [1] 744/2
circumstances [21] 740/5 755/23 786/2 787/14 787/20 788/23 789/13 796/16 797/20 797/23 798/1 803/7 807/6 813/13 855/20 855/23 856/12 857/5 857/8 857/22 860/14
circumstantial [5] 847/3 847/6 847/17 847/24 848/12
cited [1] 821/12
cites [1] 827/7
citizens [2] 853/18 853/21
city [5] 721/4 814/24 814/25 853/9 853/10
citywide [2] 735/3 764/19
civil [4] 720/10 833/3 840/9 852/5
claim [28] 723/11 728/24 738/19 743/22 759/24 788/3 807/5 807/5 807/8 851/12 851/19 851/21 852/10 853/3 854/24 855/8 855/12 855/13 855/22 856/5 856/11 856/18 856/18 856/21 856/22 857/7 857/21 861/14
claimed [1] 788/10
claims [29] 728/19 728/21 728/22 728/25 728/25 729/15 732/4 732/9 732/11 743/23 743/25 757/14 757/15 777/7 778/13 778/14 778/17 780/23 840/12 845/5 851/25 852/3 852/4 853/13 853/14 857/14 859/6 859/10 861/18
Clark [14] 742/21 744/4 746/25 751/8 751/20 752/3 752/11 753/10 755/7 755/14 756/8 756/11 866/7 868/12
class [1] 774/23
classic [3] 741/15 742/13 821/7
cleaned [1] 818/10
clear [16] 726/6 740/9 747/8 749/5 749/19 754/13 754/20 755/22 756/2 756/10 766/2 766/6 766/19 769/7 805/21 841/1
clearly [5] 733/22 744/16 752/23 765/24 768/21
clever [1] 766/23
client [4] 736/11 744/7 830/18 844/13
clients [9] 806/6 806/22 830/10 830/10 830/20 832/2 832/18 833/5 833/11
Clifton [2] 733/19 733/20
climb [1] 820/8
clinical [2] 735/3 764/18
close [3] 724/5 834/19 841/2
closed [2] 727/8 754/1
closely [2] 764/8 775/21
closing [6] 724/3 725/14 769/17 791/13 840/4 842/9
clothes [2] 817/11 821/13
clothing [1] 824/20
Code [1] 852/6
COGAN [12] 720/11 730/2 732/2 742/10 746/9 748/12 758/20 806/2 806/19 807/9 822/22 826/3
colleague [5] 745/5 745/8 745/11 745/12 748/17
collective [1] 756/2
Collectively [1] 770/13
color [7] 836/25 852/8 852/14 853/4 853/5 853/7 853/12
come [55] 726/2 728/6 732/8 736/10 738/6 738/7 752/25 753/14 770/21 770/22 773/22 775/6 779/12 779/16 780/2 780/3 782/9 783/19 784/3 784/10 784/12 787/5 787/23 790/14 792/7 792/8 795/15 796/23 797/7 800/2 801/24 802/11 802/25 803/1 803/4 803/24 803/25 809/22 813/1 817/23 823/2 824/10 824/11 824/14 824/16 824/18 826/2 833/25 834/10 838/24 868/2 868/18 869/10 869/23 870/16
comes [12] 725/6 725/6 738/3 753/20 769/3 790/15 800/5 819/19 820/6 847/12 847/14 869/22
comfort [4] 774/11 785/15 834/13 835/8
comfortable [1] 796/2
comforted [1] 834/13
coming [11] 757/4 773/24 774/15 800/7 810/13 810/24 810/25 811/18 812/22 837/14 847/8
comment [2] 725/20 756/19
comments [5] 725/23 739/17 768/17 804/21 828/8
commit [2] 734/13 808/19
committed [5] 770/17 852/13 854/15 862/3 862/25
committing [2] 809/10 862/1
common [11] 737/25 794/4 794/5 812/11 817/3 824/17 825/5 832/13 847/18 848/3 860/7
communicate [4] 864/7 864/13 864/22 865/7
communication [5] 751/20 752/11 864/23 866/13 871/23
communications [2] 871/1 871/3
community [4] 800/11 801/2 837/17 838/4
compared [1] 851/6
compensate [2] 799/24 859/13
compensation [2] 804/19 860/2
compensatory [15] 800/5 802/21 802/23 804/8 859/16 859/21 859/24 860/3 860/17 861/11 861/13 861/16 861/24 862/15 862/18
compete [1] 774/4
complain [1] 757/3
complained [1] 852/13
complaint [3] 759/14 759/22 765/14
complaints [1] 759/25
complete [4] 722/8 811/10 827/15 827/19
completely [4] 766/13 830/10 830/20 834/21
complex [1] 725/1
comply [1] 839/9
composition [2] 739/6 739/7
compunction [1] 822/24
compute [1] 860/18
computer [1] 721/25
computer-aided [1] 721/25
Computing [1] 860/8
con [2] 726/19 779/24
conceded [1] 812/1
concentrate [1] 840/16
concern [6] 744/8 756/12 822/18 832/5 843/13 843/24
concerned [12] 722/23 734/13 734/19 735/11 740/24 777/25 780/7 809/11 825/18 832/17 835/22 841/17
concerning [1] 846/15
concerns [1] 736/12
conclude [6] 732/6 732/12 752/7 755/4 848/8 870/10
concluded [4] 733/6 758/1 819/15 840/4
concludes [1] 804/21
conclusion [6] 732/8 825/25 845/19 848/10 863/9 863/12
condition [6] 755/21 786/1 796/18 813/9 815/1 821/15
conditions [22] 744/8 746/14 746/15 754/1 756/3 756/12 758/5 758/16 784/18 784/23 785/24 786/2 787/13 797/8 813/24 814/12 820/5 821/1 821/7 821/12 824/14 826/21
conduct [16] 762/22 764/6 767/22 809/15 809/25 814/9 844/3 852/13 852/15 858/24 859/1 862/2 862/15 862/17 862/20 864/14
confer [3] 839/6 868/10 869/24
conference [1] 867/1
conferences [1] 844/10
confident [1] 747/25
confidentiality [1] 827/16
confine [1] 789/6
confines [1] 864/20
confirm [1] 782/3
confirmed [5] 723/19 735/1 735/2 780/13 782/8
conflict [2] 829/7 829/15
conflicting [1] 850/10
conflicts [1] 842/1
confuse [3] 739/23 741/16 742/13
confused [1] 755/20
conjecture [1] 843/17
connected [1] 744/10
connection [1] 858/8
conscientious [3] 864/2 864/5 866/15
conscious [1] 854/9

**C**

consequence [2] 858/13 858/15
consequences [2] 776/15 854/10
consequent [1] 852/19
consider [32] 725/4 727/12 761/21 767/17 789/5 800/5 800/6 801/20 802/7 802/12 802/16 813/23 841/15 842/10 844/22 844/25 845/16 845/17 845/21 846/13 847/24 848/17 850/7 850/17 851/14 861/17 862/11 862/13 862/18 862/22 863/16 867/6
consideration [8] 819/24 820/17 841/9 845/9 845/14 846/16 863/22 866/16
considered [10] 722/15 734/23 748/9 749/21 819/15 825/19 848/20 850/2 850/3 851/6
considering [1] 863/25
consisted [1] 750/7
consistent [3] 752/12 752/15 808/14
console [1] 785/17
conspirator [1] 726/16
constitute [2] 723/20 866/2
constitutes [1] 770/24
constitution [10] 806/5 810/7 810/15 821/4 837/9 837/17 838/3 838/10 852/16 853/18
Constitutional [13] 759/24 802/19 804/17 826/6 829/19 852/8 853/15 853/16 854/2 854/4 854/16 861/9 861/12
consult [2] 863/17 864/16
contact [1] 796/5
contacts [1] 852/18
contains [1] 866/1
contents [1] 846/23
context [1] 725/2
continue [13] 730/21 741/13 743/3 769/17 773/15 788/14 789/9 791/17 825/9 828/4 841/18 869/21 870/1
continued [12] 754/14 760/3 800/12 816/19 819/21 820/1 831/1 839/17 852/21 860/25 861/6 866/24
continues [1] 828/7
contradict [1] 752/8
contrary [3] 740/18 752/8 811/4
control [1] 809/14
controls [1] 845/22
convene [1] 870/12
convenience [1] 769/13
conversation [6] 737/10 775/14 780/22 798/7 822/9 828/20
conversations [12] 749/8 753/10 754/20 754/24 755/8 755/11 755/14 755/15 755/17 763/7 790/10 829/1
conveyed [2] 731/18 749/15
conviction [2] 864/3 864/5
convince [2] 722/24 726/17
convinced [3] 751/16 784/2 784/10
convincing [1] 851/7
cook [1] 820/14
cookies [1] 744/18
cooking [1] 820/5
cooperate [17] 747/16 749/24 750/2 750/7 750/16 750/17 750/21 751/10 751/13 751/17 752/1 752/16 754/8 755/24 781/1 781/14 825/7
cooperating [8] 727/19 752/20 752/21 775/22 780/5 780/15 780/25 781/16
cooperation [7] 747/7 751/7 752/18 824/23 825/9 828/12 840/17
cooperative [3] 780/1 796/23 797/3
cops [6] 783/21 784/2 784/3 784/5 784/9 801/22
copy [3] 840/18 865/12 868/13
cords [10] 744/10 787/16 815/25 816/2 816/4 816/8 816/12 821/17 824/19 825/18
corporal [5] 728/12 762/7 765/9 765/21 767/3
CORPORATION [1] 721/3
correct [8] 724/2 727/22 730/9 734/4 741/20 750/18 803/14 808/13
correcting [1] 751/2
correctly [2] 745/14 745/21
correspondence [1] 725/4
cots [1] 834/25
couch [1] 819/6
could [36] 725/4 736/16 747/21 747/24 756/3 758/1 761/13 774/6 777/21 785/15 792/22 793/2 793/15 794/8 797/5 797/17 805/1 813/9 818/21 819/3 819/4 819/9 819/12 820/8 820/11 820/11 820/14 820/23 820/25 823/3 825/12 841/23 843/12 847/13 847/15 847/24
couldn't [4] 733/6 787/15 813/25 814/1
couldnt [4] 772/18 787/17 818/15 824/12
counsel [18] 721/3 726/23 733/4 739/17 741/9 742/24 750/1 756/15 761/4 767/7 768/20 769/6 789/8 832/21 840/24 843/18 844/3 868/18
counsel's [1] 742/25
counseled [1] 797/19
counselor [8] 748/22 749/7 749/8 763/7 764/21 775/9 775/10 829/1
counter [1] 820/7
country [1] 837/10
county [3] 853/9 853/10 855/2
couple [8] 762/16 767/8 768/23 780/23 784/13 796/11 820/10 870/24
course [22] 725/22 733/25 734/10 735/12 736/11 736/24 737/3 738/4 738/16 739/15 747/18 769/16 774/24 775/11 776/8 776/10 788/1 801/7 825/5 842/19 849/1 870/23
court [131] 720/1 722/1 723/16 723/17 726/17 727/21 727/23 728/8 728/10 736/10 736/20 736/22 737/22 739/1 740/6 742/10 743/14 751/13 752/21 755/6 756/4 756/14 759/12 759/15 761/14 761/22 762/3 762/24 763/4 763/13 763/23 766/8 770/4 771/20 771/23 773/10 773/21 773/22 781/14 783/7 786/24 787/5 788/22 788/25 789/1 789/2 789/3 789/3 789/10 789/12 789/14 789/15 789/25 791/9 791/19 792/3 792/4 792/16 793/1 797/19 798/2 798/3 798/3 798/9 798/15 801/7 802/8 802/9 802/10 806/3 806/7 806/20 806/23 807/4 808/1 808/17 809/5 810/2 810/6 810/11 811/2 813/12 813/22 813/23 814/2 815/3 815/4 817/1 818/25 820/22 820/24 822/20 822/21 823/8 824/10 824/18 824/20 825/21 827/23 828/9 828/13 830/25 835/17 836/19 837/22 838/9 842/20 846/15 855/3 855/14 856/20 856/23 856/24 860/20 860/22 861/1 861/5 861/6 864/20 864/22 865/9 866/9 866/13 866/20 868/1 868/2 868/4 868/22 870/5 871/9 871/16
Court's [4] 756/25 765/19 767/10 855/5
Court-ordered [1] 727/23
courthouse [7] 720/6 774/1 781/19 786/12 786/14 786/15 847/5
courtroom [13] 727/3 791/25 797/11 797/18 797/22 844/4 845/15 846/8 847/10 847/11 849/17 865/4 866/7
courts [3] 775/3 797/25 819/19
cover [2] 776/12 810/25
covered [1] 746/18
coworkers [1] 837/25
crackhead [1] 829/9
crate [2] 819/3 819/4
crates [1] 819/2
craved [1] 772/24
crazy [2] 726/15 754/2
created [2] 795/16 809/3
creating [1] 744/12
creative [1] 746/21
credibility [13] 732/2 742/25 745/4 763/21 766/15 830/15 830/19 841/25 843/9 846/17 849/4 849/8 849/8
credible [3] 793/11 796/15 847/8
credit [1] 832/11
crime [1] 811/20
criminal [3] 791/4 792/2 837/5
critical [2] 754/21 822/14
cross [3] 766/11 823/4 845/25
cross-examination [3] 766/11 823/4 845/25
cruel [2] 803/14 803/15
crying [2] 834/12 834/12
crystal [2] 726/6 756/2
cueing [1] 768/13
cumulative [3] 766/19 821/6 821/8
cup [2] 795/20 819/8
cupboard [2] 814/14 814/18
curious [1] 832/4
custody [17] 730/23 761/3 764/3 765/5 770/18 771/15 771/20 771/21 771/23 772/2 772/2 781/25 786/25 787/6 809/13 853/20 860/21
custom [1] 853/7
cut [6] 817/15 817/18 817/19 817/23 818/5 818/11
CV [1] 720/4

**D**

dad [16] 727/13 727/14 773/18 774/5 774/14 774/14 779/8 786/23 786/24 801/11 834/7 834/11 834/12 835/4 835/4 835/5
dad's [1] 834/20
daddy [17] 772/22 772/24 773/22 773/24 774/17 775/6 775/11 775/12 785/14 785/14 790/19 791/2 793/4 793/4 793/6 801/23 834/14
daddy's [5] 773/25 778/11 789/22 792/19 792/20
daily [1] 837/24
damage [7] 762/8 762/15 803/10 827/2 858/2 858/9 858/21
damages [86] 723/16 723/17 723/20 726/3 726/4 729/2 758/14 758/15 758/19 758/20 758/23 759/7 761/20 762/1 763/2 799/21 799/23 799/23 800/5 802/13 802/17 802/19 802/20 802/21 802/23 802/24 803/1 803/2 804/1 804/8 832/19 832/22 832/25 833/7 833/15 837/6 846/17 852/19 855/11 856/17 858/22 859/3 859/4 859/8 859/14 859/16 859/17 859/18 859/21 859/23 859/24 860/1 860/3 860/6 860/8 860/10 860/13 860/17 860/18 860/24 860/25 861/7 861/8 861/11 861/13 861/15 861/16 861/17 861/19 861/19 861/21 861/22 861/23 861/24 861/25 862/3 862/12 862/13 862/15 862/16 862/19 862/21 862/23 863/1 863/3 863/4
danger [11] 744/12 748/3 750/3 777/14 812/9 812/9 816/2 816/6 827/2 855/25 857/10
dangerous [26] 744/11 746/15 747/17 747/21 748/10 755/21 756/3 756/12 758/5 784/18 784/19 785/24 785/25 786/1 787/13 796/18 796/20 797/8 816/3 820/4 821/14 821/15 821/16 821/17 826/14 826/17
dangerousness [1] 749/21
dangers [4] 727/25 755/10 761/24 766/19
dark [2] 733/17 835/1
date [9] 723/17 788/13 793/25 809/24 860/21

## D

date... [4] 860/23 861/1 861/5 861/6
dated [2] 775/17 795/19
dating [3] 727/7 727/9 764/12
daughter [15] 727/4 727/7 744/25 764/12 771/8 771/12 776/22 776/24 779/11 779/25 787/3 787/6 792/13 792/14 796/25
daughter's [1] 787/2
day [19] 741/22 757/1 772/22 774/15 779/10 783/11 786/8 786/10 786/12 786/15 790/14 793/5 793/18 803/15 814/19 815/3 835/1 868/24 869/16
days [9] 737/10 759/11 761/23 762/2 762/16 765/18 833/2 836/11 836/13
deal [6] 729/2 743/24 750/3 807/25 825/4 832/13
dealing [2] 811/20 829/6
dealings [2] 754/24 849/21
deceptively [1] 807/8
decide [29] 728/5 728/22 755/25 756/7 759/3 792/25 793/9 804/14 806/11 807/9 823/23 840/23 841/8 842/2 843/16 845/23 848/5 849/6 849/13 849/18 850/9 850/21 851/23 860/7 861/22 861/22 863/1 863/21 864/18
decided [11] 751/18 754/4 756/22 756/25 757/8 792/9 804/15 812/10 822/4 844/12 864/6
deciding [3] 849/11 850/4 862/12
decision [11] 753/21 761/8 766/1 766/5 767/2 796/3 823/11 823/12 823/17 848/8 862/11
decisions [2] 735/23 767/22
deduction [1] 848/9
deem [1] 850/19
defamatory [1] 792/24
defeat [1] 807/1
defeated [2] 855/19 857/4
defendant [44] 720/6 721/3 723/1 724/1 724/12 725/14 757/13 757/15 765/13 840/4 851/24 852/10 853/4 853/11 853/11 853/16 854/11 854/15 854/18 854/25 855/7 855/19 856/4 856/7 856/11 856/18 857/5 857/13 857/16 857/21 858/8 858/24 859/1 859/25 861/13 861/25 862/1 862/1 862/4 862/5 862/9 862/14 862/20 862/24
defendant's [14] 734/6 852/18 854/5 855/10 856/13 856/16 858/1 858/5 858/13 858/15 858/17 858/25 861/4 862/6
defendants [2] 854/3 857/23
defenses [1] 845/5
definiteness [1] 860/14
definition [3] 812/11 812/14 821/21
degree [1] 826/23
delay [1] 778/11
deliberate [2] 722/25 841/16
deliberately [2] 854/7 854/13
deliberating [4] 863/8 870/15 871/11 871/17
deliberation [2] 863/15 866/16
deliberations [11] 727/12 840/14 840/19 842/19 844/8 844/22 849/21 859/9 864/7 868/6 869/22
delicate [1] 817/4
demand [1] 743/13
demeanor [1] 750/7
demonstrates [2] 855/19 857/5
denials [2] 767/1 767/6
denied [2] 790/9 794/1
deny [1] 817/18
depend [2] 755/23 809/4
depending [2] 725/6 829/3
depends [1] 834/8
deposition [7] 745/12 745/13 745/18 745/25 808/5 808/10 824/10
deprivation [1] 859/13
deprive [1] 854/4
deprived [6] 852/7 852/15 853/15 854/21 861/9 861/12
derivative [1] 792/11
described [3] 747/19 768/11 850/20
description [1] 817/6
desperate [1] 785/17
desperation [1] 740/12
despite [1] 846/8
destroy [1] 823/6
destroyed [1] 823/5
detail [2] 853/2 871/1
detailed [2] 726/20 762/25
details [4] 763/3 763/6 822/19 822/22
deter [10] 803/3 803/4 803/16 803/19 804/11 804/19 862/1 862/19 862/23 863/5
determination [6] 748/9 749/1 765/19 791/14 814/8 869/19
determine [23] 723/13 741/3 746/10 759/6 763/24 770/24 788/12 841/7 841/25 842/3 842/6 855/10 856/6 856/15 857/16 857/25 860/16 860/17 860/23 861/24 863/2 869/3 869/18
determined [6] 762/3 762/5 842/3 845/18 860/20 861/1
determining [7] 749/21 842/4 845/21 846/4 846/17 851/12 860/6
deterrence [1] 862/22
detour [2] 732/1 745/5
developed [1] 844/24
devices [1] 864/10
dictionaries [2] 812/12 864/16
did [100] 722/24 723/11 726/9 726/22 727/2 727/3 727/8 727/15 728/24 728/24 728/25 734/21 735/10 735/13 735/14 736/9 736/14 738/16 738/17 738/23 738/23 739/14 740/3 743/10 743/16 743/19 745/16 746/2 747/1 753/13 753/14 753/21 754/5 754/15 759/6 761/6 762/24 763/13 766/4 766/16 766/24 767/4 770/22 771/4 772/3 775/8 775/10 776/12 776/12 777/4 777/17 778/1 778/7 781/18 782/19 782/24 783/4 783/8 783/9 784/21 785/6 787/12 790/23 791/1 791/8 791/21 794/24 794/25 795/2 795/2 795/21 795/21 796/22 797/3 797/5 797/11 798/11 798/13 801/8 807/10 807/13 808/15 816/18 821/12 821/13 821/14 821/23 823/2 823/11 823/20 825/24 829/1 829/12 829/13 829/21 856/13 857/22 859/1 868/23 869/15
didn't [51] 723/7 727/14 731/23 735/16 735/21 736/2 736/11 737/12 737/17 742/14 743/19 747/1 747/16 749/12 750/16 753/3 753/8 753/10 753/11 754/3 754/19 756/16 756/21 757/11 757/20 758/3 767/6 787/19 796/22 801/24 802/9 803/11 806/18 811/5 811/5 813/15 815/11 815/12 815/15 816/5 816/6 816/9 816/10 816/10 817/23 823/18 823/19 832/7 832/8 832/9 832/15
didnt [52] 763/11 763/22 770/21 773/6 774/3 776/4 776/25 777/5 777/6 777/21 778/6 780/6 781/13 781/22 784/17 784/18 784/20 785/24 785/25 787/20 787/21 788/17 788/19 789/19 789/23 790/11 791/6 792/8 792/18 795/23 796/25 797/1 797/2 797/7 797/13 797/15 797/18 798/11 798/22 817/18 817/22 818/1 819/22 820/3 821/15 821/16 822/3 823/11 824/16 825/11 825/12 826/2
died [3] 772/9 774/9 774/10
difference [1] 847/5
different [7] 752/17 794/7 808/12 837/11 841/12 854/18 869/3
differently [1] 751/5
differs [1] 864/2
difficult [2] 804/12 860/8
difficulty [1] 860/9
dimly [1] 744/11
dimly-lit [1] 744/11
dinner [1] 815/3
direct [11] 845/25 846/22 846/23 847/2 847/5 847/9 847/23 848/11 858/14 859/25 868/10
directed [5] 730/16 756/10 756/14 842/11 842/11
directs [1] 740/21
dirty [5] 787/14 800/8 817/11 821/13 824/19
disapprove [1] 813/8
disapproved [1] 844/6
disbelief [1] 785/18
discharged [1] 840/25
discomforting [1] 833/6
discovered [1] 727/24
discrepancy [2] 850/6 850/8
discretion [1] 860/10
discretionary [1] 861/20
discuss [3] 805/5 839/12 863/15
discussion [3] 722/9 843/18 863/24
disgusting [1] 822/22
dishonest [1] 763/25
disparaging [1] 828/8
displease [1] 845/13
dispute [2] 724/7 768/8
disputed [3] 749/17 751/19 860/22
disputes [1] 740/14
disregard [11] 732/5 746/12 763/25 842/11 843/7 846/11 850/13 850/19 854/10 855/1 862/8
disregarded [1] 846/4
distinction [1] 847/23
distract [1] 814/5
distraction [2] 806/14 806/15
distraught [1] 785/17
distress [4] 802/4 802/6 802/8 802/12
DISTRICT [3] 720/1 720/1 720/12
disturbed [1] 809/11
disturbing [1] 832/2
Division [1] 789/2
DJ [1] 816/18
do [102] 724/2 724/16 725/6 726/25 727/5 727/6 729/5 732/21 733/24 735/23 736/17 741/3 742/23 745/5 745/11 745/17 745/19 746/13 747/11 747/12 751/1 754/17 756/10 756/11 757/8 758/21 764/4 764/11 764/15 765/14 768/10 768/25 769/5 769/15 775/9 776/6 777/12 777/13 777/15 779/9 780/8 780/20 781/11 781/19 783/4 783/7 784/7 784/11 784/11 784/25 785/1 785/15 786/6 790/25 793/18 793/20 794/14 796/15 796/22 799/13 799/14 800/1 800/4 802/16 803/11 804/13 804/15 805/4 806/12 809/16 809/20 809/24 811/1 812/5 812/5 812/22 813/16 815/9 816/16 818/21 821/7 821/23 829/24 832/11 832/25 833/5 833/17 836/8 838/1 839/1 839/10 839/12 841/24 843/11 844/20 860/23 863/19 864/18 865/23 870/11 870/17 871/15
doctor [1] 735/21
document [8] 733/13 782/21 782/21 794/22 795/4 795/15 795/15 846/24
documenting [3] 818/9 827/15 827/19
documents [7] 739/1 743/17 823/24 830/17 846/15 848/16 851/11
does [25] 733/11 738/3 755/3 768/4 768/4 768/7 768/8 781/15 783/12 787/23 790/24 795/11 806/9 806/12 812/11 817/4 835/19

## D

does... [8] 836/2 836/3 836/4 848/21 848/25 849/10 859/4 860/12
doesn't [34] 733/1 746/21 757/13 757/14 757/15 768/9 768/11 777/8 778/3 780/24 793/22 795/15 796/7 800/1 802/16 803/24 803/25 805/23 807/2 811/25 813/1 817/3 817/7 819/25 825/23 826/5 827/1 829/20 829/25 830/12 830/13 830/15 847/23 851/21
doing [16] 729/11 739/22 750/11 751/12 775/1 775/4 783/6 783/11 783/17 795/23 800/4 803/5 825/19 825/19 837/4 866/12
dollar [3] 859/15 859/17 861/15
dollars [2] 836/16 836/17
don't [95] 733/17 734/1 737/8 740/18 742/11 742/11 742/12 752/25 753/1 753/4 761/17 761/24 763/4 763/15 763/16 763/17 763/18 763/19 763/20 765/12 765/13 774/19 775/19 776/8 777/1 777/8 777/9 778/14 781/14 781/16 782/3 782/14 783/14 784/6 784/11 786/4 786/5 791/20 793/1 793/17 793/18 794/4 795/16 797/4 797/4 799/3 799/18 801/6 802/11 802/20 802/22 803/22 803/23 808/2 808/5 808/7 808/18 809/4 810/2 810/12 810/13 811/18 812/22 813/12 814/13 814/16 814/17 815/8 815/15 815/17 815/23 816/7 816/8 816/15 817/12 822/21 823/14 823/15 825/8 825/24 825/24 828/17 830/6 830/22 832/1 833/10 835/8 841/14 854/3 865/5 866/11 867/6 869/10 870/12 871/5
done [14] 755/10 757/22 765/21 778/12 796/12 801/18 809/2 814/4 815/9 846/7 854/7 854/9 862/4 865/24
door [13] 737/9 737/12 737/15 737/19 747/24 747/25 784/14 794/5 796/21 810/12 825/17 834/19 837/14
doubt [3] 768/9 836/15 842/23
doubts [1] 827/7
down [16] 737/5 768/16 775/9 781/3 785/9 786/15 787/17 792/10 792/15 818/14 818/19 821/11 834/16 834/23 835/22 847/8
dozen [1] 755/3
drafted [1] 740/15
drank [7] 734/5 734/7 734/21 763/10 774/24 795/20 809/8
draw [7] 842/2 842/2 843/14 843/24 844/1 848/6 848/10
drawing [1] 860/11
drawn [1] 843/4
dressed [2] 834/1 834/2
drink [5] 775/10 776/5 778/1 779/11 819/8
drinking [2] 775/18 779/20
drinks [1] 735/25
dripping [4] 847/12 847/13 847/19 847/21
driven [1] 834/23
drops [1] 847/7
drug [1] 779/24
drugs [2] 771/16 811/20
dry [1] 847/15
due [12] 723/11 723/12 827/12 827/13 853/23 854/1 854/22 856/19 856/25 857/4 857/7 857/14
dummy [2] 775/1 795/22
Duran [20] 729/13 729/20 729/22 729/24 730/14 731/6 739/24 748/5 748/15 749/4 749/17 749/19 750/20 750/25 751/24 752/13 754/12 755/19 755/20 815/6
Duran's [4] 752/5 752/9 755/16 758/18
Durant [12] 766/17 766/17 766/18 796/14 813/13 819/23 823/8 823/12 824/23 825/6 827/1 830/17
during [22] 726/12 727/11 727/24 734/10 735/14 740/11 745/3 748/5 749/7 753/3 762/2 766/9 772/2 791/13 825/7 835/12 840/19 842/14 842/19 843/1 849/1 864/7
duties [1] 840/9
duty [9] 840/22 840/25 841/5 841/7 841/20 843/20 844/9 844/16 866/18

## E

e-mail [2] 798/23 799/1
each [17] 728/22 728/23 751/4 755/21 768/20 811/11 823/22 835/8 840/25 846/2 849/6 849/9 849/13 853/1 854/23 863/13 863/21
earlier [3] 749/11 795/18 856/8
earth [2] 815/9 837/11
easier [1] 800/1
easily [2] 755/19 819/3
East [1] 721/23
EASTERN [1] 720/1
easy [4] 730/8 755/22 806/12 865/14
eat [4] 744/20 815/14 815/22 838/24
eaten [2] 814/19 815/17
eating [2] 785/23 800/9
educated [1] 735/20
effect [4] 821/6 821/8 843/18 858/17
effectively [1] 734/14
effectuated [1] 756/9
effort [1] 741/16
efforts [3] 750/16 828/11 846/8
eggs [1] 744/18
eight [9] 739/10 739/13 746/16 771/21 781/8 786/23 786/25 787/4 792/7
either [13] 738/10 757/7 757/7 788/19 793/3 807/11 817/17 825/16 844/2 851/12 851/22 859/14 865/3
eldest [1] 771/11
electric [1] 744/10
electrical [2] 747/20 787/15
electricity [1] 816/7
electrocution [1] 762/17
electronic [3] 817/4 864/10 864/17
element [5] 811/14 853/3 853/13 853/14 858/4
elements [2] 840/11 852/2
Elizabeth [3] 730/18 781/5 792/22
Elmo [3] 730/10 734/8 750/12
else [21] 733/19 766/18 769/16 777/12 780/8 780/21 783/16 787/12 791/3 793/22 797/16 803/3 803/5 803/16 805/5 806/17 808/4 826/6 835/2 835/15 865/5
embarrassed [1] 830/5
embarrassing [2] 801/11 801/12
emergencies [2] 812/16 813/11
emergency [38] 740/5 744/2 748/10 758/16 766/20 786/2 787/14 787/20 788/23 789/13 797/20 797/22 798/1 805/22 807/2 807/3 807/6 812/3 812/4 812/4 812/6 812/7 812/9 812/19 813/2 813/4 813/8 816/13 817/11 820/3 824/14 826/11 855/20 855/23 856/12 857/5 857/8 857/22
eminent [8] 812/8 812/9 812/10 812/10 812/20 812/22 813/2 814/20
Emmanuel [2] 772/8 781/8
emotional [10] 774/10 802/4 802/6 802/8 802/8 802/11 826/12 861/3 861/5 861/7
emotionally [1] 809/11
employer [1] 773/15
empty [1] 762/11
encompasses [1] 853/8
encounter [2] 813/20 813/20
encourage [2] 826/8 827/6
end [4] 740/1 743/21 792/3 794/23
ended [1] 780/10
ends [2] 836/7 867/11
endures [1] 836/6
enduring [1] 836/17
enforcement [1] 775/3
engage [1] 860/9
engaged [1] 765/21
engaging [1] 811/21
engineer [1] 816/18
enjoyed [1] 783/4
enjoying [1] 783/10
enough [11] 723/3 737/4 737/5 766/23 772/14 779/3 806/21 814/16 815/14 826/18 839/10
enter [6] 730/19 810/3 840/22 844/7 868/23 869/15
entering [1] 839/24
enters [5] 725/11 805/12 805/19 869/12 870/20
entertain [1] 864/2
entire [5] 765/14 811/7 811/16 838/4 850/14
entirely [1] 732/5
entirety [1] 846/12
entitled [6] 732/6 746/12 845/6 859/21 860/16 863/13
entry [12] 729/18 730/5 734/3 738/18 739/23 740/8 741/11 765/2 782/13 827/25 828/1 855/3
envious [1] 772/16
environment [9] 748/10 773/12 774/4 779/2 796/9 799/15 801/22 826/14 826/17
environments [1] 801/25
envy [2] 776/8 836/2
equal [1] 791/15
equally [1] 845/3
equipment [9] 747/17 747/20 748/2 816/15 816/17 817/4 821/14 821/14 825/16
erroneous [1] 863/25
errors [1] 867/2
escorted [1] 753/20
especially [4] 799/19 817/8 837/4 871/2
ESQ [5] 720/16 720/21 721/5 721/6
essential [1] 814/5
essentially [1] 792/12
establish [3] 794/6 851/2 852/11
established [5] 750/7 843/4 847/19 847/20 848/4
establishes [1] 750/6
establishing [1] 866/13
ET [1] 720/2
evading [3] 775/3 775/3 775/3
evaluate [1] 849/16
evaluated [1] 856/21
evaluation [3] 734/24 796/5 849/12
even [36] 723/7 746/20 747/23 758/3 759/3 759/6 761/21 767/18 768/3 768/12 782/14 784/20 789/14 790/5 790/24 794/10 798/3 800/2 802/7 802/20 806/1 807/17 811/2 812/17 817/22 818/1 822/21 822/23 823/25 824/5 826/3 835/9 858/25 861/23 866/12 870/16
evening [6] 745/1 869/23 870/10 870/23 871/19 871/24
evenly [1] 851/21
event [5] 761/18 774/9 778/15 778/16 865/5
events [5] 755/12 785/4 802/7 822/15 830/21
eventually [3] 772/4 833/25 834/10
ever [21] 723/19 726/9 788/5 788/10 788/22 789/3 789/12 789/14 789/14 790/18 797/19 798/1 803/3 803/5 803/16 804/1 804/4 804/5 804/13 804/17 811/23
every [9] 767/23 773/1 785/3 785/5 786/12 786/14 792/17 793/5 821/9
everybody [7] 766/18 774/24 785/22 788/4

Case 1:99-cv-03329-BMC-LB Document 323 Filed 10/03/13 Page 163 of 181 PageID #: 2330

## E

everybody... [3] 791/25 816/3 821/24
everyday [2] 849/18 849/20
everyone [5] 764/16 765/11 791/15 840/1 871/12
everything [14] 725/22 732/5 757/22 768/4 768/4 783/16 793/14 797/16 798/5 807/21 814/4 815/9 834/8 850/16
everywhere [1] 782/2
evidence [123] 726/22 726/24 732/10 732/15 734/15 740/14 741/6 750/4 750/5 751/19 752/8 752/14 757/25 758/15 759/7 761/8 762/1 766/25 767/4 769/6 769/7 775/16 788/8 791/11 791/15 791/16 791/18 795/6 799/2 799/12 806/2 806/10 810/20 810/20 811/22 819/5 821/23 821/23 822/1 822/3 822/14 822/22 823/23 825/25 827/4 840/3 841/8 841/25 842/4 842/7 842/10 843/5 843/11 843/14 843/21 844/1 844/14 844/19 844/23 844/24 845/9 845/16 845/17 845/20 845/22 845/23 846/1 846/3 846/6 846/7 846/9 846/13 846/16 846/20 846/22 846/22 846/23 847/2 847/3 847/3 847/6 847/8 847/9 847/17 847/24 848/12 848/14 848/15 848/18 848/19 849/11 849/11 850/3 850/7 850/25 851/2 851/3 851/5 851/5 851/6 851/9 851/10 851/11 851/13 851/16 851/18 851/20 851/24 851/25 852/12 859/11 860/4 860/5 860/11 863/10 863/16 863/19 863/22 864/1 865/11 866/16 866/20 868/12
Ewing [5] 731/14 734/15 734/16 735/1 764/20
ex [1] 779/24
ex-con [1] 779/24
exact [2] 748/14 865/14
exactly [7] 731/6 732/12 746/13 775/4 775/8 778/14 790/12
examination [3] 766/11 823/4 845/25
example [3] 819/17 821/8 847/4
examples [2] 826/11 826/12
exceed [2] 859/15 861/15
except [2] 813/13 865/8
exception [1] 722/11
excessive [5] 728/11 762/7 765/9 765/21 767/2
excessively [1] 765/8
exchange [1] 863/14
exclusive [2] 841/23 843/8
excuse [5] 735/17 742/6 744/9 825/13 825/23
excused [1] 869/23
exhibit [14] 731/14 732/20 734/6 734/18 743/8 761/8 761/10 765/23 794/11 818/22 818/24 827/20 827/22 868/23
Exhibit 1 [1] 794/11
exhibits [9] 845/25 848/14 848/17 848/18 848/25 851/15 865/11 868/7 868/11
exist [2] 856/13 857/23
existed [1] 748/4
existence [2] 847/21 848/4
exists [3] 822/3 848/8 848/9
exit [1] 805/7
exits [4] 839/14 868/8 870/2 871/20
expect [8] 729/6 732/16 741/9 741/12 755/4 777/15 777/16 810/18
expectation [1] 731/24
expected [2] 737/23 738/14
expensive [1] 808/7
experience [5] 736/5 737/25 847/18 848/3 849/17
experienced [3] 754/22 800/7 802/6
explain [15] 730/2 732/2 733/18 744/3 744/13 746/10 748/12 759/7 762/1 767/1 767/5 846/2 853/1 854/23 859/14
explained [10] 734/12 736/25 737/14 738/25 739/24 744/7 750/10 755/25 856/22 859/19
explains [2] 750/25 761/11
explanation [1] 805/21
express [1] 832/5
expressed [4] 734/22 775/14 809/9 843/1
expressing [1] 832/16
expression [1] 843/5
extended [1] 802/8
extension [9] 744/10 815/25 816/2 816/3 816/8 816/12 821/16 824/19 825/18
extensive [2] 728/10 728/11
extent [7] 722/15 722/18 723/15 855/10 856/16 857/25 861/3
extreme [1] 862/16
eye [1] 838/2
eyes [1] 847/9

## F

fabricated [1] 749/13
face [3] 776/10 793/15 814/20
Facebook [1] 864/12
faced [4] 792/2 800/10 801/2 812/9
facility [1] 745/2
facing [3] 791/7 835/3 836/14
fact [41] 727/14 731/7 732/3 734/14 734/14 735/6 744/5 748/25 749/12 749/19 750/19 762/25 765/19 788/4 802/15 806/10 806/11 807/17 810/20 811/7 813/8 815/11 825/1 825/6 836/21 840/23 843/8 843/25 844/1 847/4 847/19 847/20 847/22 848/4 848/8 848/9 850/12 850/15 851/2 859/4 861/9
factor [8] 748/3 748/8 749/20 749/23 754/11 754/13 807/13 858/11
facts [31] 727/11 733/5 733/6 788/7 789/7 789/7 789/15 791/14 793/9 799/2 809/3 809/6 811/25 813/17 830/6 841/6 841/23 842/3 842/6 843/3 845/16 845/21 845/23 846/4 847/4 848/4 848/11 849/25 850/21 860/11 869/19
factual [2] 869/2 869/18
fail [1] 723/10
failed [2] 734/7 861/13
failing [1] 746/24
failure [3] 748/4 749/20 749/24
fair [6] 812/21 812/25 821/24 845/8 860/2 863/9
fairly [2] 844/17 859/12
faith [2] 740/16 769/7
faithfully [1] 840/24
fake [1] 726/20
fall [1] 820/11
fallacy [1] 821/19
falls [1] 728/3
false [10] 726/14 759/20 763/11 781/20 782/24 782/24 789/16 797/7 850/20 855/2
falsely [3] 850/12 850/15 850/16
falsity [1] 855/4
families [1] 827/14
family [53] 726/17 728/7 728/10 735/9 735/10 735/13 735/15 735/15 743/14 759/12 762/3 762/24 763/4 763/13 763/23 770/15 771/20 771/23 788/25 789/15 789/25 791/9 791/18 792/3 792/4 792/16 793/1 801/7 804/2 806/3 807/4 809/5 810/6 811/2 813/6 813/7 813/10 815/4 815/7 815/9 817/9 822/20 822/20 830/25 835/17 846/15 855/2 855/5 860/20 860/22 861/1 861/5 861/6
family's [1] 770/16
famous [1] 818/12
far [2] 722/23 838/8
fatal [1] 736/7
fate [1] 792/9
father [26] 726/1 727/18 733/1 734/7 744/24 759/10 763/9 763/11 767/25 768/14 770/18 772/12 774/11 775/4 776/23 778/2 791/22 809/13 809/14 809/15 809/22 809/25 818/10 834/3 860/21 861/2
father's [6] 774/13 776/7 776/22 776/23 778/6 833/23
fathered [1] 771/7
favor [4] 839/7 851/23 852/1 866/19
favorable [1] 844/5
favoring [1] 851/24
Fax [1] 721/24
FBI [1] 811/19
fear [3] 834/21 844/18 866/18
fears [1] 835/3
federal [2] 838/9 852/5
feel [3] 792/19 824/25 850/20
feeling [5] 772/23 773/24 775/16 776/2 795/25
feelings [2] 845/1 845/4
feels [1] 847/2
fellow [6] 823/15 863/14 863/16 863/23 863/24 864/1
felt [9] 772/14 772/15 773/1 779/2 790/3 790/3 790/6 791/5 832/6
female [2] 727/8 764/12
few [12] 728/15 737/9 742/4 745/18 746/1 756/7 758/19 765/25 778/22 799/22 863/7 871/14
field [6] 769/3 811/7 811/9 811/12 825/3 830/18
fighting [2] 786/11 787/2
figure [3] 795/8 799/3 829/11
file [5] 773/15 778/24 786/17 786/17 797/7
filed [9] 739/1 773/8 773/10 786/18 786/20 786/21 787/22 788/2 793/7
filing [1] 731/3
filling [1] 828/12
final [4] 840/22 856/18 863/6 864/4
finally [12] 747/10 753/18 756/5 771/25 777/9 779/23 783/21 786/16 787/9 793/6 801/17 862/22
find [64] 726/15 732/3 761/7 762/10 762/15 772/25 773/18 773/19 775/25 777/14 779/20 779/25 780/9 782/2 782/6 789/12 794/3 794/8 799/6 799/7 799/9 799/17 799/24 802/17 802/19 802/20 802/21 802/23 802/23 803/11 804/18 811/15 811/15 812/16 830/22 830/22 845/16 850/11 852/1 855/6 855/7 855/8 856/2 856/3 856/5 856/9 856/10 856/11 857/12 857/13 857/14 857/19 857/20 857/21 858/24 859/1 859/10 859/22 861/11 861/20 862/3 864/19 865/12 865/14
finding [8] 756/11 765/19 766/2 766/6 767/5 767/10 792/11 865/19
findings [1] 767/2
fine [3] 798/7 870/11 870/23
finish [2] 729/4 869/10
finished [1] 756/24
fire [4] 728/2 758/12 762/17 816/7
fires [1] 816/8
firm [2] 736/18 736/19
first [56] 724/1 724/5 724/9 725/14 726/11 729/4 729/15 730/6 734/20 737/8 737/15 738/19 738/23 739/20 741/3 752/16 761/25 762/3 770/22 771/11 772/20 772/22 777/6 779/17 786/11 786/11 786/12 793/7 794/12 794/20 803/12 803/18 804/13 806/1 806/8 807/5 812/11 814/13 815/1 815/8 822/5 827/9 827/10 827/24 827/24 828/18 833/21 840/8 845/24 846/2 853/3 853/12 853/17 866/3 870/17 870/25

## F

fit [1] 830/6
fitting [1] 850/8
five [11] 765/18 769/13 772/7 781/7 792/13 805/1 805/2 805/3 812/23 839/11 839/13
five-minute [3] 805/1 805/2 805/3
five-year-old [1] 792/13
fixes [1] 755/22
fixing [2] 752/6 860/10
flabbergasted [1] 822/4
flaw [1] 832/23
floated [2] 726/12 821/6
floor [9] 720/20 746/17 747/5 747/14 758/9 784/19 787/16 796/19 818/19
foam [4] 728/2 746/18 746/21 758/12
focus [2] 811/25 813/5
follow [6] 729/2 730/11 748/16 764/8 789/21 841/13
follow-up [1] 789/21
followed [1] 841/1
following [7] 741/17 745/16 745/17 765/4 789/22 800/6 854/1
follows [2] 733/17 819/19
food [17] 728/1 744/13 762/12 762/14 787/15 789/23 796/17 814/12 814/16 815/1 815/5 815/6 815/7 815/14 821/16 821/16 825/15
foot [4] 744/22 817/18 817/19 817/23
footnote [1] 761/10
forbid [1] 746/22
force [3] 810/4 833/3 851/7
forced [2] 797/9 797/10
foreperson [7] 864/24 865/22 866/4 866/5 866/8 866/8 866/10
foreseeable [1] 858/13
forget [1] 766/17
form [8] 743/24 758/19 865/24 865/25 866/6 866/8 868/7 868/14
formally [1] 870/12
formed [1] 844/4
former [1] 729/20
forms [1] 845/24
formula [1] 849/15
formulate [1] 820/22
formulating [1] 802/13
forth [3] 734/4 856/6 857/15
forward [4] 776/18 822/9 868/3 868/18
foster [6] 767/19 767/20 792/18 792/20 835/18 835/18
fought [2] 793/4 801/17
found [21] 733/7 739/11 740/1 744/8 744/9 750/4 756/22 757/19 761/14 765/25 766/13 772/22 788/4 788/22 789/3 789/13 798/1 808/24 812/12 836/11 860/1
four [9] 728/2 736/25 739/12 746/16 759/11 769/10 811/9 836/11 836/13
fourth [7] 734/20 743/21 810/8 853/17 854/20 854/25 855/12
free [7] 732/4 748/13 748/13 757/7 810/9 845/7 854/19
freezer [1] 785/15
Friday [11] 722/9 728/8 729/18 759/18 760/2 761/2 765/4 781/20 786/16 786/19 793/21
friend [7] 735/9 735/10 735/14 735/15 735/15 773/4 780/14
friends [1] 837/24
front [6] 761/12 765/14 765/24 786/11 793/8 794/5
frozen [1] 785/16
fulfilled [1] 827/17
full [4] 755/5 827/10 829/6 866/15
fully [1] 725/4
function [1] 863/9
functions [1] 842/5
furniture [3] 817/6 817/7 817/7
Furthermore [1] 846/10
future [3] 838/11 862/2 862/20

## G

game [4] 780/6 803/8 803/14 803/15
garbage [1] 817/6
Gaskin [13] 742/21 744/4 746/25 751/8 751/19 752/3 752/9 752/10 753/9 755/7 755/14 756/8 756/11
gave [16] 743/9 743/11 746/4 746/10 756/6 762/25 763/3 763/23 767/18 773/15 788/3 798/8 811/4 823/24 838/2 841/3
general [2] 840/8 863/7
gentlemen [22] 725/13 731/22 732/12 743/1 747/8 750/4 757/24 767/7 769/12 770/12 789/5 791/12 804/23 805/16 818/21 837/16 838/19 840/2 866/14 868/5 869/14 870/22
genuinely [1] 768/8
get [99] 727/16 728/18 728/20 728/23 729/3 731/15 733/12 734/7 734/16 736/12 736/13 736/15 736/21 737/6 738/11 740/5 740/6 742/15 748/4 748/25 751/3 751/3 752/19 753/16 754/3 754/4 754/14 754/25 756/15 757/3 758/14 761/4 761/10 761/25 767/7 768/22 771/21 771/23 771/23 772/11 773/10 773/25 774/13 775/23 776/6 776/22 776/23 777/13 777/21 785/6 785/25 786/18 786/24 787/19 787/20 787/21 787/23 788/19 789/19 790/11 790/13 801/16 801/17 801/24 802/11 802/12 803/11 803/22 803/23 807/6 808/1 808/16 813/23 814/22 814/23 816/4 817/11 818/12 820/8 820/14 820/24 824/7 824/12 824/21 825/1 825/8 826/8 827/1 828/11 834/1 834/1 834/1 836/23 838/7 838/23 859/7 865/13 865/19 866/11
gets [5] 730/12 776/19 776/20 807/23 823/21
getting [10] 725/3 736/7 756/13 772/14 772/15 779/2 790/5 798/10 809/11 824/9
Giakas [1] 764/25
gifts [2] 771/12 774/7
girl [2] 784/4 793/19
girls [2] 739/10 739/14
give [45] 726/20 727/10 729/23 729/25 745/16 752/25 758/20 763/11 766/14 768/17 774/18 782/13 783/7 783/20 790/7 799/25 801/6 807/10 810/11 818/8 824/9 826/10 832/11 833/5 837/16 838/6 838/7 838/15 838/20 838/21 838/24 839/3 840/13 840/18 841/2 841/6 841/11 841/21 845/18 849/14 850/4 850/23 866/15 868/12 869/17
given [11] 742/19 750/1 750/3 768/3 768/3 793/21 832/20 837/15 849/13 864/25 866/20
gives [1] 849/24
giving [3] 745/11 763/18 780/16
go [70] 724/14 724/18 724/20 725/14 729/9 730/11 749/9 753/11 754/9 757/16 762/13 763/12 768/16 774/3 774/15 774/16 774/18 775/23 777/16 777/17 777/17 778/6 779/8 779/8 779/13 779/14 779/19 779/19 781/19 783/1 783/1 784/20 785/15 788/17 790/2 790/25 791/2 791/6 796/3 796/6 796/11 796/17 799/12 799/14 799/14 799/15 799/16 800/4 801/15 803/12 804/7 804/10 804/24 804/24 807/14 814/11 814/23 820/25 828/3 828/5 833/1 833/14 837/23 839/3 845/20 852/2 863/7 866/7 869/8 871/1
God [2] 746/22 838/16
goes [9] 747/7 748/3 765/11 766/9 783/16 818/3 828/9 828/10 835/21
going [155]
gone [4] 780/23 784/12 798/16 809/5
good [25] 722/3 722/4 725/12 725/13 725/16 725/17 726/19 730/20 739/21 740/16 768/6 769/7 770/12 770/13 776/13 782/12 788/15 802/24 805/16 805/17 817/8 822/17 837/2 871/19 871/24
goods [1] 818/2
got [71] 726/19 727/12 727/19 727/23 728/7 728/13 737/12 743/6 745/2 767/11 772/18 777/4 778/2 778/22 780/11 783/3 783/5 783/8 783/11 783/18 783/21 784/11 784/11 784/13 785/9 785/9 786/8 786/14 786/19 786/20 787/24 787/25 789/18 790/8 791/7 791/21 793/4 793/25 794/23 794/24 795/16 795/24 797/6 797/6 799/3 801/14 801/15 804/13 805/24 812/20 814/17 815/14 815/20 818/7 820/4 820/6 820/7 820/9 820/9 820/10 821/3 821/18 825/21 826/5 826/18 828/14 829/6 829/17 829/18 832/12 836/25
gotten [5] 746/6 749/20 754/16 761/2 788/1
govern [2] 840/6 840/9
government [10] 805/19 829/17 829/24 836/18 837/1 837/3 837/15 837/18 837/20 838/10
grabbed [1] 791/25
Grandmother's [1] 772/4
granted [1] 791/24
gravely [1] 734/13
great [3] 744/8 785/21 785/22
greater [2] 851/9 859/17
grievances [1] 775/15
groggy [1] 833/21
ground [1] 765/6
growing [1] 781/17
grown [1] 829/17
guardian [10] 730/17 730/22 731/9 733/3 748/8 790/18 790/21 790/23 790/24 791/1
guardians [2] 792/5 792/15
guards [2] 752/25 764/24
guess [3] 735/19 797/25 848/7
guesswork [2] 843/17 860/9
guidance [3] 748/22 749/6 749/8
guided [1] 860/7
guy [8] 729/10 774/16 774/18 784/6 784/10 791/20 837/3 837/3
guy's [1] 783/18
Gwen [2] 734/19 735/2

## H

had [141] 722/6 722/8 725/13 728/14 729/18 731/18 731/19 734/7 734/22 735/19 736/23 739/2 739/16 739/21 740/2 742/3 743/12 744/3 744/17 744/20 744/24 745/2 745/6 746/5 746/6 746/12 747/4 747/9 747/10 747/24 748/21 748/21 749/9 749/15 751/15 751/18 752/11 752/24 754/23 755/6 755/16 757/10 757/19 757/22 758/8 758/11 758/12 761/2 761/11 761/12 762/4 762/6 762/7 763/5 763/7 764/17 764/18 764/19 765/7 765/8 765/8 765/8 765/20 765/21 765/22 772/7 772/7 772/24 773/4 773/7 773/8 773/9 773/13 773/19 773/19 774/4 774/9 774/11 775/2 775/12 775/14 776/15 777/4 778/12 778/19 778/24 778/24 779/14 780/22 781/3 781/22 781/25 782/9 783/23 783/23 785/23 786/3 786/15 787/24 788/1 788/2 788/6 789/16 789/18 790/4 790/7 791/15 791/21 792/8 792/14 793/7 793/16 794/25 796/22 796/23 797/7 798/19 798/23 800/9 801/7 801/14 801/15 801/16 801/17 808/12 808/13 809/4 811/1 813/16 814/19 818/10 822/10 822/24 828/21 829/2 839/3 843/18 849/5 849/25 854/3 858/17

H

hadn't [1] 732/14
half [5] 755/2 806/18 828/15 832/19 838/23
half-hour [1] 832/19
halfway [1] 723/2
hall [2] 751/11 834/2
hallway [1] 834/18
hand [7] 754/25 797/9 797/10 839/8 847/14 860/12 866/9
hands [4] 750/19 751/1 755/6 799/10
handwritten [7] 732/17 732/21 733/1 733/5 749/10 749/13 828/19
haphazardly [1] 816/15
happen [16] 731/1 775/6 795/24 810/1 812/13 812/13 812/16 812/17 812/18 812/24 813/25 814/12 814/18 820/23 821/21 825/5
happened [14] 727/1 737/18 758/11 771/2 772/11 773/3 774/9 775/17 798/6 799/25 813/18 825/23 833/15 842/16
happened -- the [1] 775/17
happening [2] 785/18 835/9
happens [7] 736/8 757/12 789/17 793/3 803/20 824/7 830/6
happy [3] 751/22 759/2 791/22
hard [4] 725/3 773/8 799/23 871/18
hardly [1] 819/11
harm [14] 738/7 812/8 812/10 812/20 812/22 813/2 814/20 821/21 826/24 827/8 836/12 837/5 855/25 857/11
harmed [3] 756/13 758/24 826/15
has [52] 724/4 728/21 730/22 731/1 731/10 736/16 739/25 743/13 748/7 748/18 748/23 748/24 758/19 758/21 771/7 772/9 786/22 788/5 788/10 788/25 789/3 789/14 795/15 809/3 809/13 809/14 809/22 810/14 812/1 814/4 820/4 821/5 826/18 829/8 829/15 830/19 836/25 840/3 841/7 841/11 843/5 844/23 845/15 850/11 851/3 851/7 851/12 861/9 863/10 863/21 864/24 864/24
hasn't [3] 728/13 786/9 801/18
hate [1] 742/23
have [286]
haven't [2] 752/8 769/2
having [12] 727/9 735/5 754/9 755/8 772/13 785/21 785/22 816/2 822/9 829/6 833/23 839/7
he [455]
he'd [2] 753/11 811/1
he'll [7] 730/2 732/20 732/22 732/23 732/25 784/12 806/2
he's [28] 747/12 758/21 777/7 778/2 782/17 783/3 783/5 784/6 784/7 784/7 784/11 784/11 792/1 801/3 801/17 801/18 807/16 810/22 814/9 825/13 826/5 829/14 829/18 829/22 834/20 835/22 835/22 836/25
head [4] 802/15 869/4 869/5 869/6
health [5] 727/16 731/20 735/7 737/7 767/14
heap [1] 817/6
hear [34] 732/16 735/13 736/2 736/17 741/8 748/13 748/13 748/16 749/12 753/13 756/1 756/15 756/19 756/21 758/3 758/25 761/4 766/24 767/4 768/19 769/1 769/6 802/22 812/19 815/11 815/12 815/15 816/1 816/6 819/23 822/6 832/8 832/9 832/15
heard [73] 727/3 729/20 729/24 734/12 737/9 737/23 738/24 739/1 741/17 744/3 744/13 744/16 744/22 744/25 745/14 745/21 746/18 746/23 747/3 747/19 748/5 749/6 751/9 751/19 751/21 751/24 752/8 753/14 753/15 753/15 754/19 755/16 755/20 759/9 762/23 764/16 767/24 772/8 772/14 772/17 778/12 779/6 783/14 789/14 789/17 790/19 791/8 792/17 796/14 797/9 801/6 801/14 811/4 811/8 813/5 818/7 818/13 819/21 822/2 824/13 830/4 832/4 832/5 832/18 832/19 835/6 836/1 846/7 846/24 848/1 848/15 850/24 858/3
hearing [16] 723/13 723/13 734/1 740/10 743/13 759/16 761/12 765/7 765/15 765/16 766/12 790/15 843/12 843/19 844/11 844/15
hears [3] 728/10 728/11 847/2
heart [8] 746/7 790/1 817/14 817/15 817/21 818/1 833/8 834/6
heartbreaking [2] 832/13 832/14
heaven [1] 815/9
heavy [1] 826/25
heels [1] 810/21
heinous [3] 803/14 803/15 804/19
held [2] 761/12 783/21
help [34] 727/13 727/14 729/23 731/16 734/8 734/17 736/15 736/21 741/2 748/5 748/25 749/20 754/6 754/7 754/14 797/15 803/1 819/22 820/2 820/2 823/4 824/11 825/10 825/10 825/11 825/13 825/16 832/8 832/12 832/17 834/17 836/24 837/1 864/18
helped [1] 753/16
helping [1] 824/9
helps [1] 845/19
her [127] 726/1 726/10 727/15 727/16 729/22 731/19 733/3 733/7 733/23 734/7 734/7 735/10 735/24 744/24 744/25 745/12 746/8 746/12 749/5 753/15 755/18 756/1 759/10 763/7 763/9 763/9 763/10 763/11 763/25 765/14 766/15 767/11 771/12 771/15 771/15 771/23 771/23 771/24 771/24 772/2 772/3 772/12 772/14 772/17 772/22 772/22 772/23 772/24 772/25 772/25 772/25 773/8 773/22 773/25 774/2 774/4 774/6 774/9 774/10 774/11 774/12 774/12 774/13 774/14 774/17 774/19 774/23 774/25 775/3 775/6 775/12 775/13 775/14 775/23 775/25 776/4 776/6 776/7 776/25 777/8 778/4 778/5 778/5 778/6 778/7 778/11 778/11 779/1 779/4 779/6 779/14 779/21 780/11 781/22 781/24 782/6 782/7 786/23 786/24 786/25 787/7 787/9 790/1 790/4 790/4 791/9 791/22 791/24 795/11 796/6 799/14 800/8 805/20 809/12 809/14 809/16 813/17 813/18 817/16 817/18 818/10 818/10 819/6 823/8 824/24 825/24 835/19
here [80] 722/25 727/1 727/10 728/17 731/9 731/17 736/9 738/11 745/15 757/17 758/13 759/17 759/20 761/7 763/2 766/23 769/13 772/8 779/15 779/16 779/19 779/19 783/17 783/25 784/4 784/5 784/11 785/4 785/16 786/10 790/11 791/2 792/7 792/21 793/7 793/17 796/12 797/15 797/23 797/24 798/22 801/18 805/4 805/24 806/18 807/21 807/23 808/4 808/14 811/12 812/3 812/8 813/7 816/4 818/2 819/10 819/11 819/11 820/7 820/16 821/24 823/24 824/9 824/11 824/12 824/22 825/18 826/16 828/5 828/21 829/6 830/11 833/17 837/7 838/15 860/19 865/9 868/19 870/12 870/24
here's [9] 742/19 745/7 753/24 754/11 763/14 764/10 768/1 819/1 836/9
herring [6] 811/24 821/5 821/7 824/22 825/23 830/2
herself [12] 727/13 734/19 734/23 735/25 748/21 748/23 763/8 776/4 776/12 779/12 783/1 796/3
hesitate [1] 863/23
hey [20] 774/19 776/9 777/25 778/25 779/24 783/22 784/5 784/10 785/13 787/19 788/3 789/22 791/1 791/8 793/16 794/1 798/20 816/13 824/8 825/14
hide [1] 819/22
high [2] 734/23 827/12
higher [1] 804/10
highest [1] 798/3
Highlighting [1] 733/9
him [71] 727/3 731/23 737/15 737/16 737/17 737/17 737/24 741/16 743/6 746/25 747/13 753/7 753/8 753/10 753/11 754/3 755/1 756/10 771/21 772/10 773/15 773/23 774/21 779/24 780/16 780/16 782/13 783/7 783/10 783/22 783/24 784/2 784/12 785/11 785/19 786/8 786/16 791/25 791/25 792/1 793/15 793/16 794/14 797/25 798/21 799/13 801/4 801/5 801/6 801/8 804/4 806/14 808/4 808/10 810/13 810/22 810/25 814/15 815/19 817/14 817/24 822/10 823/20 823/20 826/22 828/9 828/19 828/24 829/4 835/23 835/24
himself [2] 736/11 797/24
hinting [1] 726/12
hire [2] 791/10 801/8
his [120] 726/25 727/4 732/4 732/9 736/10 739/22 740/15 741/18 747/9 749/9 749/10 750/2 751/16 752/22 754/9 756/23 756/24 756/24 757/15 759/22 759/23 760/1 762/19 764/3 765/20 765/22 766/2 766/6 767/23 771/8 777/21 777/22 778/20 778/21 779/8 780/5 780/14 780/16 781/2 782/19 783/4 783/9 783/10 785/17 785/18 787/2 787/3 787/6 792/13 792/13 792/13 792/14 793/15 793/16 794/1 794/11 794/13 794/13 794/21 794/25 796/24 796/25 797/5 797/9 797/10 798/4 798/5 798/14 799/9 800/11 801/2 801/4 801/7 801/14 801/16 801/17 801/24 805/20 805/24 807/10 807/18 807/19 808/3 808/5 808/14 809/4 809/19 810/3 810/17 810/21 810/24 811/1 811/22 816/17 817/2 817/4 817/5 817/6 818/15 820/2 823/17 823/21 824/15 825/13 825/18 828/1 828/16 828/19 828/25 829/4 829/7 829/13 829/22 835/19 835/21 836/19 837/4 838/11 862/5 862/15
history [2] 766/12 827/15
hit [2] 792/22 820/12
hold [3] 832/14 833/10 866/5
home [92] 727/18 727/23 728/17 730/16 731/4 731/13 731/22 732/14 733/7 738/2 738/6 738/7 738/8 738/9 739/11 739/25 740/2 744/7 745/3 745/6 746/14 748/4 748/6 749/2 749/21 749/23 750/15 750/18 751/14 751/16 751/17 752/10 752/20 754/1 754/7 756/13 759/2 759/3 759/12 759/13 762/9 766/20 769/9 770/16 772/23 772/25 773/4 773/6 773/11 778/5 779/9 779/13 785/12 790/2 790/5 793/5 795/3 796/10 796/14 797/6 799/14 800/8 805/19 805/20 806/6 806/20 807/14 808/23 809/13 809/15 809/15 809/18 809/20 809/23 809/25 811/22 813/24 815/13 820/4 820/14 820/18 820/21 821/1 825/8 827/3 828/6 833/2 834/14 837/19 856/1 856/20 857/11
homes [2] 813/12 837/21
Honor [22] 722/4 722/7 723/4 723/6 723/23 724/18 724/21 725/8 725/15 742/1 742/23 743/4 770/11 788/7 789/4 791/11 795/5 805/15 867/4 867/9 871/25 872/1
honorable [2] 720/11 765/18
honoring [1] 827/16
hook [2] 826/4 829/16
hope [4] 725/13 804/5 822/17 871/19
hopes [1] 836/6
Hoping [1] 830/9
horrible [2] 729/11 813/6

**H**

hospital [1] 796/3
hospitalization [1] 734/25
hotdogs [1] 744/19
hour [3] 806/17 832/19 838/23
hours [2] 742/4 814/21
house [19] 728/1 741/19 748/19 753/7 772/4 774/8 778/6 778/12 779/9 780/23 783/16 784/6 789/22 792/19 792/20 808/2 833/20 833/24 837/15
households [1] 739/14
how [64] 729/5 731/21 732/17 734/12 734/12 736/2 736/3 736/6 737/14 744/7 744/23 746/2 747/3 747/4 748/1 750/9 750/11 750/24 753/15 753/16 757/17 759/1 759/7 761/16 763/9 763/10 764/10 764/13 769/3 781/8 787/21 792/22 793/18 793/20 795/11 795/14 799/24 800/1 800/4 801/16 803/9 803/18 804/2 804/3 804/3 815/17 816/7 816/10 824/9 825/4 828/25 829/3 833/15 835/6 835/9 836/9 843/24 849/6 849/13 850/4 863/7 864/5 864/10 865/5
however [16] 750/4 761/15 809/25 840/17 850/16 855/8 855/19 856/5 856/11 857/4 857/14 857/21 859/23 861/2 863/14 863/25
huge [1] 754/11
humiliating [2] 801/12 822/19
humiliation [5] 800/6 800/10 801/2 801/9 802/2
hundred [2] 793/17 820/18
hundred percent [1] 820/18
hungry [2] 762/14 839/5
hurling [1] 729/10
hurt [3] 748/21 774/21 798/20
hurts [3] 801/4 801/4 845/19
hypothesis [1] 820/23
hypothetical [2] 813/20 819/24
hysteria [1] 775/1

**I**

I'd [9] 724/11 724/18 727/16 733/11 738/10 804/7 818/21 818/21 833/16
I'll [18] 723/8 726/1 726/3 738/8 749/9 756/21 807/6 808/16 837/13 838/24 839/13 854/23 863/6 865/1 869/24 870/1 870/13 870/14
I'm [80] 722/23 726/22 727/10 728/8 728/19 729/1 729/5 729/7 730/10 732/24 734/8 738/6 750/12 757/5 757/6 758/22 759/6 759/17 761/25 767/8 768/16 768/16 768/24 769/1 774/17 775/11 777/18 779/7 779/8 779/24 779/24 781/8 781/14 781/16 784/22 785/3 785/4 789/11 790/12 793/16 796/11 796/12 802/14 802/15 803/7 803/7 803/24 807/7 808/8 808/25 814/15 817/16 822/15 822/16 824/9 825/18 826/9 828/10 829/9 829/15 829/24 830/4 830/5 834/16 834/17 835/21 838/20 840/17 840/24 841/6 841/21 859/3 859/4 859/8 859/14 864/25 866/10 866/11 868/10 869/8
I've [16] 723/2 758/15 764/5 768/15 809/2 809/3 809/18 838/13 842/13 850/20 857/9 864/9 864/15 865/13 865/24 865/24
icee [2] 785/16 834/16
idea [3] 740/12 776/13 821/18
ideas [1] 809/9
ideations [1] 736/4
identification [1] 848/19
identified [2] 750/19 766/19
identifying [1] 865/16
ignore [1] 793/2
ill [13] 763/5 771/5 776/13 780/2 780/3 781/11 824/16 829/24 840/8 840/11 840/13 846/2 862/6
illegal [7] 729/17 743/21 743/23 806/21 807/5 807/7 811/21
illegally [1] 836/20
illogical [1] 821/20
illustrate [1] 847/5
imagination [1] 746/21
imagine [6] 801/21 815/4 823/24 833/18 834/21 835/9
immediate [3] 734/24 812/5 827/3
immediately [1] 772/13
immensely [1] 838/14
imminent [4] 821/21 855/25 855/25 857/10
immunities [1] 852/16
impact [1] 750/22
impacted [1] 767/23
impaired [2] 801/9 802/3
impartial [1] 845/8
impartially [1] 844/17
implying [1] 792/12
importance [1] 849/9
important [12] 732/1 749/23 767/17 806/10 809/2 813/14 813/21 829/12 835/14 840/13 840/15 850/13
impose [1] 804/3
impossible [2] 809/20 819/16
improbability [1] 850/1
improper [4] 795/3 796/9 844/25 845/3
improperly [1] 796/20
inadequate [3] 820/15 820/19 862/17
incident [2] 775/18 776/17
include [2] 773/14 853/20
includes [2] 848/14 853/6
including [3] 803/3 810/8 860/25
incomplete [1] 723/10
inconsistency [1] 828/25
inconvenience [1] 802/3
incorporated [1] 722/15
incorrect [2] 738/21 783/25
incorrectly [1] 742/15
incredible [1] 822/13
incredibly [1] 814/14
incriminate [1] 791/22
incurred [1] 861/3
indeed [4] 725/5 750/6 820/21 845/14
independent [2] 842/16 842/18
indicate [3] 733/24 843/6 865/23
indicated [3] 734/20 752/24 757/10
indicates [1] 824/16
indifference [2] 802/18 862/8
individual [2] 863/17 863/20
individuals [1] 852/7
infer [5] 737/20 847/13 847/15 847/18 848/2
inference [6] 798/20 843/4 843/25 844/1 848/1 848/7
inferences [5] 842/2 843/4 843/14 848/5 860/11
influence [1] 845/5
information [15] 729/19 748/18 759/21 780/17 795/17 797/1 800/1 807/22 811/11 855/2 855/4 864/8 864/14 864/18 864/19
informative [1] 752/22
infractions [1] 791/4
initial [1] 811/12
initials [3] 794/14 794/15 794/17
injured [2] 746/6 820/14
injuries [4] 852/19 858/6 859/22 859/25
injury [23] 744/12 745/9 747/22 762/17 826/12 858/9 858/10 858/12 858/12 858/14 858/18 858/19 858/21 858/22 858/23 858/25 859/2 859/23 860/24 861/3 861/6 861/7 861/10
innocent [3] 830/11 830/20 854/8
inquiry [5] 855/6 856/3 856/10 857/13 857/20
inserted [1] 739/19
inside [2] 751/17 783/1
insidious [1] 837/4
insist [1] 836/3
inspect [1] 779/12
inspection [4] 781/19 809/23 825/7 825/8
instant [1] 864/11
Instead [1] 753/5
instruct [13] 723/10 730/3 806/2 826/3 840/5 840/8 840/11 841/4 843/7 844/21 859/3 859/7 860/23
instructed [6] 806/2 830/3 846/12 856/8 857/9 857/17
instructing [3] 859/4 859/8 864/9
instruction [3] 800/3 838/20 841/14
instructions [17] 722/16 723/9 758/20 799/25 802/4 802/22 807/10 840/6 840/10 840/16 840/18 841/5 841/13 841/13 841/15 868/6 868/13
insufferable [1] 821/10
insufficient [2] 740/6 744/13
insulated [1] 816/1
insult [1] 796/9
insulted [1] 782/20
intelligence [1] 776/5
intended [2] 797/6 843/2
intent [2] 734/22 854/4
intention [1] 793/22
intentional [5] 854/6 854/7 854/15 856/14 857/24
intentionally [6] 730/4 738/24 807/11 855/1 856/8 857/17
intentioned [1] 767/21
intentions [3] 739/21 781/17 797/5
interest [2] 849/21 849/22
interested [2] 803/24 808/25
interesting [6] 731/13 731/16 757/2 773/3 798/18 815/11
interests [2] 853/25 854/22
interfered [1] 853/22
internet [2] 864/12 871/4
intervened [1] 742/10
intimate [1] 843/2
introduce [3] 728/20 743/16 827/11
introduced [5] 734/15 781/4 796/24 806/1 830/17
introduction [2] 781/6 781/10
invade [1] 842/5
invalid [1] 738/18
inventions [2] 751/25 752/2
investigate [2] 799/13 799/18
investigated [2] 778/13 778/17
investigating [2] 731/8 811/20
investigation [4] 741/5 778/11 793/19 798/13
invite [1] 737/17
involved [5] 764/19 792/6 795/24 823/9 848/23
iPads [1] 864/11
irresponsible [1] 771/17
irritable [1] 836/4
is [355]
isn't [4] 806/10 811/19 811/19 836/18
isnt [3] 799/8 822/22 825/6
issuance [1] 855/5
issue [21] 732/15 736/10 740/11 743/1 747/7 752/6 807/8 812/2 812/3 813/4 813/7 815/2 824/24 830/9 844/4 846/17 848/24 853/16 859/9 865/6 869/18
issued [7] 727/24 740/19 761/16 761/22 765/1 788/13 807/13

Case 1:99-cv-03329-BMC-LB Document 323 Filed 10/03/13 Page 167 of 181 PageID #: 2334

## I

issues [7] 725/1 754/7 840/23 842/4 864/5 866/16 866/19
issuing [2] 730/4 739/23
it [289]
it's [61] 723/1 723/18 726/6 728/18 728/20 729/6 734/17 741/13 749/14 749/14 750/14 750/14 752/18 752/22 757/23 777/3 785/16 801/12 801/12 804/4 804/18 806/12 806/13 806/13 806/14 806/14 806/21 807/25 808/14 808/15 808/23 809/16 811/21 813/21 814/7 814/8 814/13 815/12 821/19 824/1 832/12 832/24 833/3 833/6 833/10 833/11 834/16 834/25 835/10 835/10 836/21 836/21 837/13 837/14 837/15 854/7 854/9 865/14 866/3 866/12 866/12
item [1] 815/25
items [2] 849/1 850/3
its [50] 763/24 767/20 777/2 781/24 782/5 782/22 792/23 792/24 819/5 820/9 821/3 821/3 821/7 821/20 821/24 825/2 825/4 825/4 825/5 825/5 825/20 825/20 825/20 827/9 828/17 828/18 829/22 830/5 836/3 840/15 840/23 841/1 841/5 841/13 843/20 843/22 845/21 846/12 847/8 847/13 847/16 847/22 848/4 848/7 848/9 849/6 851/24 853/6 854/10
itself [1] 767/15

## J

jail [3] 763/12 791/6 833/4
JANICE [2] 721/6 748/17
jealous [1] 772/16
jeopardy [1] 783/10
Joan [1] 734/15
job [16] 726/19 726/25 729/12 739/22 778/20 778/21 801/6 801/7 801/15 804/18 832/12 838/15 840/5 841/24 843/22 849/6
Jones [8] 734/19 735/2 753/7 753/12 753/13 753/17 764/20 796/4
Jr [1] 781/7
judge [88] 720/12 727/20 727/24 728/8 728/10 728/13 728/14 728/15 729/18 730/2 730/4 732/2 738/16 739/15 739/23 740/17 740/19 740/21 740/24 741/6 741/7 742/10 746/9 748/12 758/20 759/12 759/15 759/17 759/19 759/24 761/2 761/5 761/9 761/10 761/12 761/16 762/5 763/1 763/13 765/1 765/4 765/6 765/12 765/16 765/24 765/25 766/1 766/5 766/5 766/13 767/1 767/5 782/12 782/25 787/19 788/3 788/3 789/15 789/15 790/22 791/9 791/19 792/3 792/4 792/9 792/9 792/11 792/14 793/1 793/8 793/8 798/2 798/2 799/8 801/7 806/2 806/19 807/9 809/6 810/7 810/7 810/14 810/14 815/4 822/22 826/3 830/2 835/17
judge Ambrosio [9] 761/12 763/1 765/6 765/25 766/13 767/1 767/5 798/2 799/8
Judge Ambrosio's [2] 766/1 766/5
Judge Cogan [2] 822/22 826/3
Judge Knipps [7] 761/9 761/10 765/12 765/16 765/24 766/5 798/2
Judge Turbow [4] 761/5 761/16 765/1 765/4
judges [6] 726/17 789/1 841/23 843/8 849/8 850/21
judgment [2] 844/17 863/20
judicial [2] 832/24 845/7
July [3] 761/9 766/1 766/5
July 1 [1] 766/1
July 1st [1] 766/5
July 2002 [1] 761/9
June [40] 720/7 728/8 733/8 736/10 737/1 737/1 737/2 739/11 742/21 743/18 743/20 744/1 759/5 759/11 759/15 759/21 761/17 761/22 761/23 762/5 765/2 767/12 768/13 769/9 783/2 783/3 786/13 786/21 787/18 787/22 787/24 787/24 788/19 788/21 789/16 793/21 810/24 828/6 828/6 872/2
June -- well [1] 783/2
June 13th [8] 728/8 759/11 759/21 761/17 761/23 786/21 787/18 787/24
June 17th [1] 793/21
June 27th [5] 787/22 787/24 788/19 788/21 789/16
June 2nd [1] 828/6
June 4th [2] 810/24 828/6
June 6th [3] 736/10 765/2 783/3
June 9th [9] 739/11 742/21 743/18 743/20 744/1 762/5 768/13 769/9 786/13
juror [3] 842/17 842/18 863/13
jurors [15] 736/5 737/25 774/19 805/7 839/6 839/9 840/9 842/5 845/10 849/7 863/14 863/17 863/23 863/24 864/1
jury [65] 720/10 722/1 722/8 723/2 723/9 723/9 723/10 724/22 724/24 725/11 725/16 732/12 733/18 741/18 741/24 747/8 750/5 757/25 770/6 786/11 788/12 789/14 791/12 792/3 792/24 793/8 793/9 794/3 795/8 799/8 799/25 800/3 802/4 804/13 805/11 805/12 812/14 838/8 838/22 839/14 839/23 839/24 840/2 841/16 841/22 843/16 863/15 864/21 865/1 865/6 865/8 865/11 865/25 866/11 868/8 868/13 869/3 869/7 869/8 869/12 870/2 870/5 870/9 870/20 871/20
jury's [3] 799/3 804/15 871/23
just [84] 722/7 722/13 723/6 723/8 728/3 730/10 731/10 735/1 735/2 737/19 738/8 740/19 741/25 742/11 745/13 745/21 750/20 754/4 754/11 754/21 755/11 755/12 757/16 757/21 757/23 767/8 768/22 769/17 771/5 774/11 775/12 775/20 779/7 791/9 795/12 796/11 799/7 799/18 799/22 801/14 801/21 802/11 802/23 808/1 808/16 811/21 814/3 814/14 815/25 816/12 816/12 817/5 818/18 819/7 820/24 821/19 822/12 822/17 825/5 825/20 826/6 828/11 830/7 833/14 834/1 834/21 835/10 837/4 837/7 837/13 838/3 838/3 838/23 838/23 841/7 844/20 850/20 856/22 859/19 863/7 866/4 866/12 866/22 871/15
justified [6] 723/14 788/23 855/20 855/23 857/6 857/8
justifying [2] 758/17 789/13
justly [1] 859/12

## K

keep [19] 727/17 730/13 743/8 758/5 767/9 773/8 799/4 799/18 803/22 815/9 818/18 821/9 825/9 825/10 837/15 848/21 858/20 869/25 871/6
keeping [3] 815/7 827/15 827/19
keeps [2] 727/13 823/13
kept [9] 747/10 747/25 758/9 758/10 759/12 813/6 822/6 823/18 863/2
key [1] 822/15
KFIRM [1] 720/19
Khaddari [1] 774/10
Kiam [2] 781/6 819/1
kid [3] 777/11 815/23 820/14
kidnapped [1] 836/11
kidnapper [3] 836/11 836/14 836/23
kidnapping [5] 836/17 836/18 836/20 836/22 837/2
kids [68] 725/19 727/22 728/5 728/9 728/16 737/20 738/9 739/6 747/9 753/16 753/25 754/4 757/23 758/1 758/10 759/1 759/11 759/12 762/11 767/18 768/7 774/5 777/19 778/3 779/16 779/17 779/25 781/2 781/12 783/19 783/24 783/25 784/1 784/4 784/22 785/12 786/4 786/7 787/14 788/20 788/24 790/22 801/4 801/4 801/16 801/17 803/7 808/11 811/22 814/18 815/5 815/8 815/13 815/19 815/20 815/22 817/22 820/3 820/15 820/21 821/3 825/14 832/10 832/12 832/17 833/1 834/7 834/25
kill [14] 727/13 734/19 734/23 735/24 748/23 749/9 763/8 776/4 776/6 776/12 779/12 783/1 791/3 826/24
kind [9] 723/2 747/19 779/7 781/15 822/16 825/2 828/24 836/2 844/5
kinds [2] 846/20 854/18
KING [18] 720/21 723/5 723/22 724/8 724/12 724/16 732/21 740/11 756/7 757/3 759/1 762/18 770/10 788/12 789/9 791/17 804/22 822/8
Kings [1] 855/2
kitchen [2] 744/9 820/7
knew [26] 732/17 735/18 745/1 772/24 775/1 775/4 775/5 776/5 778/4 778/23 782/18 785/10 790/1 790/6 790/7 791/6 792/1 792/20 795/13 795/22 796/8 808/21 808/22 808/24 810/24 823/9
knife [1] 820/9
Knipps [8] 728/14 761/9 761/10 765/12 765/16 765/24 766/5 798/2
knives [1] 820/6
knock [1] 820/11
knocked [5] 746/19 747/4 747/6 747/9 758/11
knocking [1] 758/10
know [94] 724/1 725/3 725/21 727/1 729/7 730/7 731/11 734/3 734/21 737/8 737/18 740/3 740/25 741/25 742/10 743/18 746/24 748/20 750/15 751/23 752/9 754/9 754/17 755/13 755/15 758/9 759/2 759/14 759/25 761/17 762/3 762/25 763/23 765/12 771/1 771/1 771/2 771/3 773/19 774/14 777/1 777/17 778/14 780/20 780/22 781/16 781/18 783/14 786/5 787/21 787/21 789/12 791/10 791/20 791/22 794/2 794/2 795/16 795/21 795/21 795/21 797/4 798/7 799/19 809/6 811/18 812/4 812/19 812/23 813/1 814/13 814/14 815/6 815/17 815/23 816/7 816/7 819/25 820/4 824/14 826/1 828/17 829/9 833/17 834/5 834/7 835/8 837/2 838/8 844/19 848/9 869/9 869/24 871/13
knowing [4] 778/9 854/6 856/14 857/24
knowingly [4] 854/12 855/1 856/7 857/17
knowledge [2] 807/21 848/24
known [2] 846/25 854/10
knows [5] 736/2 780/23 810/17 815/16 815/18

## L

lack [7] 751/7 814/12 824/23 844/23 847/20 847/20 849/21
lacked [1] 773/2
ladies [22] 725/12 731/22 732/11 743/1 747/7 750/4 757/24 767/7 769/12 770/12 789/5 791/12 804/23 805/16 818/21 837/16 838/19 840/2 866/14 868/5 869/14 870/22
lady [1] 737/14
lamp [28] 728/2 746/19 746/24 747/1 747/4 747/9 747/11 747/14 747/15 757/20 757/21 758/8 758/12 784/19 787/18 796/18 818/12 818/12 818/13 818/15 818/19 819/4 819/10 819/15 821/15 821/15 824/19 825/15
land [1] 798/3

Case 1:99-cv-03329-BMC-LB Document 323 Filed 10/03/13 Page 168 of 181 PageID #: 2335

## L

language [1] 784/1
largely [1] 812/1
last [19] 724/14 724/18 724/20 725/23 735/14 739/18 741/8 742/19 743/24 752/23 753/14 753/19 762/14 767/16 782/6 801/19 815/17 825/13 835/7
latch [1] 784/14
late [5] 734/17 738/13 741/23 869/9 871/14
later [13] 726/2 728/9 728/15 757/18 758/7 758/11 765/6 765/25 780/9 786/10 824/5 828/21 832/19
law [50] 723/21 730/2 738/1 775/3 790/18 790/21 790/23 790/24 791/1 792/5 792/15 805/3 810/15 810/15 836/25 840/5 841/4 841/5 841/9 841/10 841/15 841/19 841/21 843/15 844/10 844/11 844/15 844/19 845/17 847/23 848/21 848/25 849/10 850/13 852/4 852/5 852/14 853/4 853/5 853/12 853/23 854/1 854/22 856/19 857/1 859/3 859/4 859/8 860/12 863/10
lawful [1] 768/2
laws [2] 852/17 866/21
lawsuit [6] 746/7 793/7 817/14 817/15 817/21 818/1
lawyer [19] 727/3 738/25 739/19 741/15 741/18 741/24 742/13 742/14 742/14 788/10 794/14 794/18 795/12 801/16 807/25 808/13 823/21 828/25 829/4
lawyers [13] 733/12 740/15 746/23 749/12 782/16 782/20 791/13 797/14 803/23 842/8 844/5 846/6 871/22
lawyers' [1] 848/2
lead [4] 751/20 752/4 754/20 860/9
learn [3] 747/11 753/18 801/16
learned [14] 725/22 725/23 725/23 725/25 744/24 745/2 746/16 747/15 752/3 753/2 771/6 771/7 771/8 771/14
least [8] 728/5 749/7 751/5 770/22 778/11 810/14 822/20 837/2
leave [9] 728/5 771/17 773/23 774/3 775/24 794/25 795/1 795/2 809/1
leaves [1] 761/23
leaving [1] 758/7
leery [1] 781/17
left [10] 732/10 739/20 751/5 756/13 758/1 769/3 808/25 823/6 827/3 835/6
legal [26] 730/9 730/16 730/22 730/25 731/9 733/7 733/23 777/13 781/24 782/1 782/4 782/5 782/7 782/21 797/14 798/16 798/16 799/18 809/13 836/14 840/11 841/10 841/11 852/2 854/1 861/20
legally [1] 740/3
length [1] 811/10
less [3] 778/15 801/5 860/2
let [22] 722/13 783/20 783/22 784/2 784/6 784/10 784/12 808/1 811/18 833/2 844/21 845/20 846/2 849/3 852/2 853/1 860/8 861/8 866/22 869/9 869/24 869/25
let's [13] 724/22 730/6 738/5 754/17 758/8 804/24 805/3 805/11 814/11 868/2 869/7 870/19 871/22
lets [12] 766/17 770/6 794/8 794/10 798/4 817/13 818/12 826/4 827/20 839/23 847/7 847/9
letter [11] 731/14 734/15 775/15 775/17 775/19 776/1 776/13 776/18 778/17 790/13 795/18
letters [2] 722/14 723/8
letting [1] 829/16
lettuce [1] 744/18
liability [2] 776/11 859/19
liable [2] 768/10 860/1
liberty [3] 853/22 853/25 854/21
lie [5] 732/9 794/21 794/22 807/10 837/19
lied [4] 732/3 786/21 787/11 793/14
lies [2] 785/7 807/12
life [4] 736/5 783/10 837/16 837/16
light [6] 728/2 728/7 787/16 815/6 821/9 850/2
lighted [1] 746/19
like [45] 724/11 725/2 727/6 727/6 727/25 729/8 733/11 738/10 743/17 754/2 764/11 778/8 784/24 785/22 786/6 792/3 793/2 794/20 796/18 797/8 799/8 799/9 801/10 804/4 804/6 810/6 810/7 817/6 817/17 818/4 818/21 818/21 822/8 826/6 829/9 829/9 829/25 833/6 833/16 833/22 835/16 838/23 862/1 869/23 870/9
likelihood [1] 826/14
likely [6] 850/16 851/4 851/8 862/19 862/23 865/3
limb [1] 783/10
limit [2] 723/20 820/13
limited [4] 767/19 809/14 846/13 846/16
limits [2] 723/16 741/11
limping [7] 745/3 745/8 745/19 746/2 746/4 746/5 817/19
line [13] 731/2 734/20 741/17 742/20 745/8 745/15 750/20 753/5 753/24 754/21 803/12 803/18 803/20
lines [1] 789/24
lingering [1] 827/7
LinkedIn [1] 864/13
Lisa [2] 721/22 742/21
list [1] 765/11
listed [2] 739/8 740/7
listen [8] 779/7 780/2 792/5 793/1 794/3 840/15 840/25 863/16
listing [1] 730/9
lists [1] 730/12
lit [1] 744/11
literally [1] 766/22
litigation [1] 757/13
little [22] 725/20 726/2 729/6 740/6 741/13 741/19 742/3 745/4 749/10 750/9 752/22 756/18 781/18 814/11 815/6 819/5 821/22 825/18 828/14 833/21 834/6 853/2
live [3] 737/25 832/7 833/2
lived [3] 732/14 732/16 744/15
livelihood [2] 816/17 817/5
lives [3] 790/25 837/24 849/18
living [14] 732/18 732/25 733/3 733/14 733/25 744/9 745/6 780/13 796/7 808/20 808/22 809/13 811/24 832/8
LLP [1] 720/19
Lo [1] 790/15
locating [1] 761/11
lock [2] 796/21 825/17
locked [4] 747/18 747/19 747/24 748/1
logical [1] 848/8
long [7] 740/2 768/7 768/15 771/21 797/7 801/24 869/25
longer [2] 729/8 733/25
longest [1] 840/10
look [30] 728/14 734/9 740/19 750/13 754/16 764/24 775/20 775/20 776/10 778/20 778/21 779/14 782/2 783/19 784/17 785/25 796/4 799/11 803/22 807/18 812/10 820/16 825/3 826/9 827/6 827/20 829/18 829/20 834/2 838/2
looked [8] 778/23 778/24 783/22 784/16 784/21 785/22 794/19 814/13
looking [19] 774/2 777/3 777/7 777/11 782/1 783/3 783/5 783/7 784/6 784/7 786/4 793/16 799/20 810/22 822/9 829/12 829/21 833/17 865/15
looks [2] 798/16 819/10
lose [2] 806/12 835/8
loss [1] 854/16
lost [5] 774/12 784/24 798/23 801/14 835/11
lot [12] 729/8 729/9 735/4 763/6 763/12 768/21 773/20 781/13 788/1 799/22 826/10 832/11
love [12] 835/12 835/13 835/14 835/15 835/18 835/20 835/23 835/25 836/2 836/2 836/5 836/7
loved [1] 772/24
loves [3] 773/25 835/13 835/16
lower [1] 804/10
lunch [8] 814/24 814/25 838/21 838/23 839/4 839/7 839/13 839/16
lurid [1] 822/19

## M

mad [2] 775/11 778/1
made [42] 722/9 736/25 737/16 737/17 747/8 750/15 753/21 754/12 754/16 754/20 756/2 756/8 759/4 759/9 759/16 766/1 766/6 766/18 767/2 767/23 773/1 781/10 785/7 786/3 788/1 788/16 788/17 788/19 791/23 792/1 792/2 792/11 792/24 795/3 809/5 811/8 818/17 825/20 825/20 832/21 843/24 860/22
magical [2] 815/16 849/15
maiden [2] 812/21 812/25
mail [3] 798/23 799/1 846/7
make [48] 722/7 722/11 723/6 729/23 732/4 735/23 736/1 737/24 738/3 738/8 738/19 745/13 745/21 767/1 768/22 772/1 774/1 781/13 782/12 791/13 797/8 797/17 800/1 801/5 803/19 804/17 809/24 810/12 811/17 814/8 817/3 817/7 820/3 820/18 821/14 821/14 821/15 821/16 823/11 824/10 828/7 833/12 838/6 842/21 844/10 844/15 847/23 849/12
makes [9] 736/7 738/9 759/23 804/12 823/12 828/11 829/7 837/10 837/11
making [4] 748/9 796/2 799/4 862/11
malicious [1] 770/17
maliciously [6] 738/24 739/23 802/18 862/4 862/5 862/10
Maltreatment [1] 827/2
man [6] 729/11 747/12 754/8 818/18 832/6 835/21
man's [1] 810/12
managed [2] 726/16 726/21
Manhattan [1] 818/4
manner [2] 744/11 849/23
Manning [20] 726/2 730/13 739/2 739/4 739/8 741/4 771/9 771/10 781/21 794/16 794/17 808/11 808/19 809/8 814/10 822/19 830/2 830/13 830/23 846/18
Manning's [4] 725/25 761/18 805/25 807/4
manual [10] 799/11 811/7 811/9 811/16 811/16 820/16 825/3 826/10 827/9 830/18
many [5] 725/2 740/10 747/4 747/9 828/25
mark [4] 733/17 733/18 866/10 866/11
marked [1] 868/22
market [1] 848/18
marshals [1] 864/25
MARTIN [1] 721/5
material [4] 738/22 796/21 850/12 850/15
materials [1] 864/17
mathematical [1] 860/13
matter [8] 745/12 749/1 766/9 802/15 811/7 845/19 850/13 869/2
matters [7] 732/4 732/9 743/1 746/11 841/10

# M

matters... [2] 843/6 848/24
may [74] 725/5 727/15 732/18 735/20 737/1 737/10 740/9 743/3 756/6 761/4 767/12 768/24 770/10 774/22 775/18 775/18 776/14 776/17 776/18 776/18 777/5 777/5 785/8 786/20 788/14 789/7 791/5 795/2 795/19 795/19 795/20 803/1 805/14 808/4 809/9 809/9 810/23 828/2 828/4 839/1 839/12 841/19 841/19 842/1 842/10 842/22 844/22 845/1 845/12 846/6 848/17 848/19 848/22 848/23 851/15 851/16 855/16 855/19 857/1 857/4 858/20 859/18 860/8 860/24 861/7 861/17 861/19 861/21 861/22 861/23 862/2 862/14 862/24 868/5
May 12 [1] 774/22
May 12th [4] 775/18 776/17 795/20 809/9
May 15th [2] 775/18 776/18
May 16th [2] 795/19 795/19
May 29th [3] 737/1 776/18 777/5
May 30th [6] 735/20 737/10 777/5 810/23 828/2 828/4
maybe [15] 725/20 733/20 733/21 778/7 779/18 779/19 791/23 793/22 793/23 802/24 811/8 813/18 815/15 824/5 827/9
mayonnaise [1] 744/17
me [66] 722/13 722/24 725/3 727/5 727/6 729/6 735/17 736/14 736/17 742/6 752/25 753/1 753/5 754/6 754/7 754/23 759/18 764/11 765/14 768/25 773/25 773/25 778/3 780/18 783/20 784/7 792/18 803/22 803/25 808/1 809/23 810/2 810/10 818/11 822/17 824/9 824/9 824/11 826/22 829/24 829/25 833/6 833/10 838/21 840/24 841/2 844/9 844/12 844/15 844/21 845/20 846/1 846/3 848/1 848/15 849/3 850/24 852/2 853/1 858/3 861/8 864/22 865/5 866/9 866/22 869/9
meals [1] 762/13
mean [18] 722/24 727/8 733/11 768/9 781/16 790/24 796/7 812/11 815/22 815/25 816/6 817/19 821/23 825/7 826/22 826/25 851/2 859/5
meaningless [1] 820/24
means [12] 733/18 817/9 821/22 851/3 851/5 851/9 851/17 854/1 857/9 858/7 864/8 864/22
measure [1] 782/12
mechanical [1] 721/24
media [2] 864/12 871/5
medical [9] 734/24 744/22 746/6 748/7 776/3 818/6 818/7 818/8 827/4
medication [1] 727/15
meet [8] 774/18 779/8 781/11 781/18 793/18 809/22 810/14 870/14
meeting [3] 737/16 828/4 828/16
mein [1] 744/9
member [2] 864/21 865/7
members [2] 725/16 841/22
memo [1] 743/17
Memorial [1] 774/15
memory [4] 808/8 815/12 828/21 842/15
mens [1] 722/24
mental [9] 727/16 731/19 735/7 737/7 752/19 754/16 767/14 801/20 802/2
mention [4] 781/22 795/2 802/5 817/23
mentioned [4] 728/14 780/18 849/1 849/14
mere [1] 861/8
merely [1] 842/14
merits [1] 865/8
message [3] 837/8 837/8 837/9
messaging [2] 864/11 864/11
met [16] 723/2 725/21 726/10 734/19 747/13 777/6 777/8 777/23 781/22 810/23 828/7 829/24 853/13 855/9 856/6 857/15
MICHAEL [4] 720/16 721/3 759/17 765/18
middle [1] 820/5
might [23] 731/4 735/17 740/25 743/17 750/24 754/8 755/9 755/9 755/21 756/13 756/18 768/22 780/24 782/2 796/1 798/10 798/12 813/8 813/10 823/22 830/14 836/17 845/4
milk [2] 744/18 744/18
million [12] 803/20 803/21 803/21 803/21 803/21 803/21 804/8 804/9 804/9 804/9 836/16 836/16
mind [16] 727/17 767/9 768/1 784/24 786/6 803/22 806/15 810/10 819/22 820/2 827/3 836/15 848/21 851/7 858/20 863/2
mine [1] 843/5
minimum [1] 826/23
Minor [1] 867/6
minute [7] 794/18 805/1 805/2 805/3 826/7 854/17 857/18
minutes [13] 729/7 737/17 756/7 767/8 768/23 769/12 769/17 780/11 784/13 799/22 805/4 838/21 871/14
Mischaracterizing [2] 795/6 799/1
mislead [4] 736/9 738/16 739/15 821/19
misleading [6] 729/19 730/8 736/22 736/22 736/24 738/21
misled [1] 730/4
misrepresentations [1] 807/12
missed [1] 815/15
missing [5] 739/12 756/24 761/16 761/17 771/18
misstatements [1] 807/12
mistake [6] 736/7 738/25 754/16 759/4 834/16 854/8
mistaken [1] 727/21
mistreated [1] 802/1
modest [1] 817/9
modicum [1] 824/17
moment [3] 754/6 772/10 866/23
Monday [6] 725/23 738/8 739/18 742/20 783/11 786/14
money [13] 740/12 740/13 774/18 774/20 803/23 803/24 832/25 833/5 833/9 836/16 859/12 863/3 866/11
monster [1] 726/13
months [3] 745/18 746/1 772/18
more [37] 740/25 752/22 757/2 767/18 768/17 771/1 772/7 772/19 781/17 781/17 788/19 796/2 808/25 809/2 821/14 821/15 821/16 821/17 828/11 828/14 834/25 835/15 835/24 837/5 846/2 848/3 851/4 851/7 851/8 851/19 853/2 858/20 860/2 865/3 866/11 866/12 871/10
morning [13] 722/3 722/4 725/12 725/16 725/17 730/20 753/17 770/12 770/13 814/22 869/10 869/24 870/13
most [11] 776/15 806/10 811/12 812/11 812/12 813/14 817/9 829/12 829/13 835/11 835/14
mother [5] 771/15 771/16 771/24 774/12 819/6
mother's [1] 772/2
motivation [2] 726/22 726/24
motive [2] 786/5 797/4
mouth [1] 808/14
move [8] 776/18 784/20 815/8 818/15 823/2 825/15 825/17 863/6
moved [9] 761/7 770/21 772/5 772/6 772/12 816/16 819/3 824/4 835/1
movie [1] 812/23
movies [1] 812/20
moving [1] 819/15
Mr [28] 722/6 724/9 726/13 735/19 736/1 736/22 736/23 737/3 739/20 740/11 740/11 743/12 744/3 744/19 746/25 750/9 750/13 751/10 751/16 751/21 752/24 757/22 764/22 781/19 784/3 794/19 803/18 838/18
Mr. [417]
Mr. Balan [20] 753/21 756/9 756/14 756/17 756/20 756/22 756/22 757/4 757/8 757/11 757/12 757/17 764/25 797/12 822/5 822/6 822/7 822/7 822/9 823/15
Mr. Balan's [1] 757/1
Mr. Bowe [5] 740/10 769/3 769/11 798/21 803/10
Mr. Gaskin [1] 742/21
Mr. King [16] 723/5 723/22 724/8 724/12 724/16 732/21 756/7 757/3 759/1 762/18 770/10 788/12 789/9 791/17 804/22 822/8
Mr. O'Neill [12] 723/25 724/20 732/16 741/16 741/17 742/16 756/7 757/3 758/25 804/25 805/2 805/14
Mr. Southerland [148] 725/21 726/17 731/15 731/15 731/17 731/18 732/3 732/9 732/24 734/16 735/6 735/18 735/20 735/22 736/3 736/12 736/15 736/21 737/5 737/11 737/15 737/18 737/19 737/23 738/13 738/13 739/17 743/9 743/10 743/12 747/3 747/8 747/13 747/16 747/17 747/25 749/16 750/1 750/11 750/16 751/16 751/22 752/4 752/12 752/15 752/23 753/6 753/22 754/23 755/3 755/9 755/12 755/16 757/18 758/9 759/15 759/22 761/8 762/4 762/20 762/23 764/2 764/10 764/23 764/25 765/7 765/20 766/3 766/22 766/24 767/11 767/13 767/22 767/23 770/25 771/10 771/19 772/5 772/6 772/20 773/6 773/7 773/13 774/6 775/22 778/16 779/10 779/11 779/13 779/15 780/2 780/4 780/13 780/15 780/15 780/18 780/20 780/24 780/25 781/2 781/3 781/10 781/25 782/9 782/15 783/17 783/19 783/21 783/22 783/24 784/5 784/22 784/23 784/24 786/8 787/2 787/5 788/2 790/16 791/19 796/7 796/8 796/22 796/23 797/2 798/19 800/10 801/2 801/12 809/19 810/21 810/22 816/17 818/18 823/19 825/12 826/20 828/2 828/5 828/8 829/7 829/8 829/15 829/16 829/19 829/23 846/18 868/24
Mr. Southerland's [22] 727/3 732/11 749/24 750/6 753/2 753/19 754/13 758/2 758/4 759/25 762/21 764/6 771/12 772/2 783/13 810/2 819/6 819/21 820/1 824/22 828/12 829/19
Mr. Woo [178]
Mr. Woo's [14] 726/22 732/17 773/14 778/19 781/17 806/17 806/25 814/9 817/13 819/22 823/5 826/8 827/11 827/20
Ms [50] 726/2 729/13 729/21 730/14 731/6 731/14 734/16 735/1 739/24 744/4 744/4 746/25 748/5 748/15 749/4 749/17 749/19 750/20 750/25 751/8 751/8 751/19 751/20 751/24 752/3 752/3 752/5 752/9 752/9 752/10 752/11 752/12 753/9 753/10 753/12 753/17 754/12 755/7 755/7 755/16 755/19 755/20 756/8 758/18 766/17 813/13 815/6 866/7 866/10 866/11
Ms. [26] 729/20 729/24 746/25 753/7 756/8 756/11 756/11 759/14 764/20 764/25 766/17 766/18 776/25 789/20 795/1 796/4 796/14 819/23 823/8 823/12 824/23 825/6 827/1 830/17 846/18 868/12
Ms. Canty [1] 776/25
Ms. Canty's [1] 795/1

Case 1:99-cv-03329-BMC-LB Document 323 Filed 10/03/13 Page 170 of 181 PageID #: 2337

## M

Ms. Ciara [1] 846/18
Ms. Clark [4] 746/25 756/8 756/11 868/12
Ms. Duran [2] 729/20 729/24
Ms. Durant [10] 766/17 766/18 796/14 819/23 823/8 823/12 824/23 825/6 827/1 830/17
Ms. Ewing [1] 764/20
Ms. Gaskin [1] 756/11
Ms. Giakas [1] 764/25
Ms. Jones [2] 753/7 796/4
Ms. Shakeema [1] 789/20
Ms. Southerland's [1] 759/14
Ms.Durant [1] 811/3
much [28] 728/14 736/16 736/16 752/16 754/24 803/9 803/18 804/2 804/3 804/3 806/9 813/5 818/13 823/19 823/20 826/9 830/8 832/23 837/5 843/12 849/13 850/4 850/18 860/14 867/10 868/15 870/1 871/18
multiple [1] 750/10
music [1] 748/2
must [33] 730/3 777/9 777/10 814/8 839/1 841/17 843/12 846/4 846/11 846/13 846/18 851/19 854/11 854/14 854/25 855/22 855/24 856/6 857/7 857/10 857/15 858/7 858/23 859/1 859/11 860/2 860/4 860/8 860/10 863/11 864/4 864/7 871/12
mustard [1] 744/19
my [73] 722/8 723/7 725/18 725/23 726/5 727/7 734/1 736/11 738/6 738/6 738/7 740/18 742/2 742/19 744/7 745/5 745/7 745/11 745/12 748/17 756/18 759/22 764/11 767/16 773/24 775/11 778/2 779/17 779/25 779/25 782/16 782/20 784/1 784/6 790/19 793/24 793/25 798/12 799/5 804/21 806/6 806/22 807/21 808/8 811/4 822/7 822/8 822/8 825/12 830/10 830/10 830/12 830/15 830/15 830/18 830/19 832/1 832/2 832/18 833/5 833/11 833/11 835/22 837/13 838/15 839/3 840/5 840/6 841/7 841/13 843/15 843/22 869/1
myself [2] 724/13 749/9
MySpace [1] 864/12

## N

nail [2] 728/1 744/24
name [12] 727/22 773/4 783/23 793/24 795/1 795/11 795/12 795/14 797/24 807/18 807/19 822/24
named [2] 730/7 770/16
names [16] 727/19 727/22 738/15 738/21 739/19 739/20 780/11 782/14 782/18 782/25 792/10 798/8 798/8 807/24 808/2 808/12
Nathaniel [1] 781/7
national [1] 845/2
naturally [1] 851/1
nature [4] 754/3 822/13 843/18 845/4
nearly [3] 737/6 767/8 851/19
necessary [5] 750/14 752/11 810/4 840/20 862/21
need [49] 726/5 726/9 727/5 727/6 733/18 734/24 735/21 736/15 738/18 750/2 752/24 756/1 764/11 764/15 773/9 774/16 779/12 779/15 789/6 791/2 791/14 797/4 803/12 803/16 803/20 804/23 806/23 808/16 808/16 809/14 810/2 819/13 820/15 820/19 827/3 832/12 832/14 832/15 835/14 835/15 854/3 854/5 860/17 860/23 863/5 865/12 870/16 870/25 871/6
needed [10] 736/13 736/21 740/4 748/7 774/11 780/17 788/18 810/19 832/8 832/17
needs [6] 751/2 758/21 805/2 805/21 809/12
817/5
negatively [3] 869/4 869/5 869/6
neglect [8] 730/15 731/9 738/2 738/7 748/6 778/10 778/13 778/17
neglected [5] 729/14 740/23 765/22 799/16 811/23
neglectful [1] 768/14
neglecting [1] 771/24
negligence [2] 796/9 854/8
never [31] 746/12 746/24 755/14 763/8 779/6 780/18 786/20 787/6 789/18 790/8 790/9 790/9 790/20 792/1 793/23 793/25 794/2 794/2 798/11 798/14 803/19 812/17 814/13 820/1 820/17 825/19 826/1 832/4 832/5 835/5 836/7
nevertheless [1] 766/13
new [23] 720/1 720/6 720/17 720/17 720/21 720/21 721/4 721/5 721/5 721/23 733/3 761/14 801/15 801/22 814/23 814/25 835/3 835/3 835/3 835/3 835/4 838/4 850/4
newspaper [1] 838/8
newspapers [1] 871/5
next [31] 738/8 743/23 744/10 744/22 746/18 747/5 760/3 762/15 773/3 774/22 779/10 786/8 789/17 793/4 800/12 803/20 813/1 814/21 815/3 815/25 816/19 819/6 831/1 833/19 835/1 839/17 847/9 852/21 855/12 866/24 871/23
nice [1] 839/13
night [33] 726/8 729/17 731/25 733/8 741/10 742/18 744/1 744/5 745/3 745/7 746/6 747/16 748/4 748/20 749/22 749/23 751/8 751/11 751/21 752/10 754/9 754/15 758/2 758/17 758/25 759/3 761/22 771/2 771/3 783/2 783/12 785/20 814/22
nine [19] 727/25 739/13 739/14 741/19 741/24 742/3 742/4 742/9 744/15 744/15 746/16 781/7 781/7 792/6 815/20 818/8 820/8 820/10 833/18
nine-year-old [1] 727/25
nine-year-olds [2] 820/8 820/10
no [138] 722/25 723/18 726/21 726/24 727/5 727/6 727/7 727/13 727/14 728/1 728/23 728/23 728/23 728/24 728/25 728/25 730/8 731/5 732/10 733/25 735/16 735/19 738/9 738/16 738/20 738/24 740/12 740/14 740/18 741/6 743/24 744/17 744/17 744/17 744/18 744/18 744/18 744/19 744/19 744/19 745/10 746/4 747/15 747/24 751/1 752/14 752/17 753/23 754/3 754/7 754/18 755/11 757/12 759/7 759/18 761/5 761/5 761/6 762/1 762/15 763/5 763/23 764/11 764/12 767/5 768/9 775/1 784/4 786/1 786/2 787/5 787/15 787/19 788/4 788/10 788/21 788/22 789/3 789/12 789/14 789/16 790/18 793/14 795/22 796/15 796/15 796/16 797/9 797/10 797/10 797/12 797/19 797/25 798/12 800/2 804/14 804/17 805/3 807/25 810/14 810/14 811/22 817/11 817/17 818/6 820/13 820/15 820/19 822/18 822/24 826/19 828/11 832/19 835/17 835/17 835/17 835/18 835/18 836/12 842/4 843/12 845/19 847/10 849/15 855/22 857/8 859/6 860/2 860/2 864/21 867/4 867/5 867/9 871/2 871/3 871/4 871/4 871/5
nobody [11] 791/24 791/24 792/1 797/18 797/24 797/25 818/5 830/19 830/19 833/22 835/16
Nobody's [1] 811/20
noise [2] 813/5 833/20
nominal [6] 859/17 861/8 861/14 861/16 862/15 862/19
none [7] 779/17 790/16 795/1 797/21 810/20 813/10 813/16
nonemergency [1] 837/21
nonexistence [1] 847/22
nontoxic [3] 734/22 795/22 809/8
noon [1] 812/25
Nope [2] 743/21 753/17
norm [2] 825/2 825/4
not [270]
notation [1] 732/22
note [17] 732/17 732/21 733/1 733/5 749/13 798/6 864/23 865/22 865/23 866/4 866/6 868/22 869/1 869/14 870/9 870/18 870/22
noted [4] 722/11 739/19 766/14 870/6
notes [43] 733/24 743/15 749/10 749/10 750/13 750/13 761/13 776/21 776/21 780/11 780/14 781/3 782/19 793/21 793/23 793/23 794/1 794/2 794/25 798/4 798/5 798/10 798/12 798/14 823/7 823/10 823/10 823/13 823/14 826/8 827/11 827/21 828/15 828/19 829/13 829/22 830/17 840/20 842/13 842/14 842/17 842/18 842/22
notes -- he's [1] 829/22
nothing [19] 729/24 744/19 744/20 754/25 786/15 786/15 794/17 811/15 811/17 813/16 814/18 814/19 818/16 819/16 828/15 828/15 828/16 867/9 871/4
notice [6] 743/8 743/12 743/15 761/9 827/12 838/7
noticed [1] 828/17
notion [1] 738/5
notwithstanding [1] 799/6
now [138] 723/8 725/21 726/6 728/18 729/1 729/4 729/20 730/2 730/6 730/10 730/14 732/1 732/15 733/4 733/16 735/6 735/13 735/17 737/3 737/23 738/15 739/24 740/14 741/8 742/19 742/20 743/5 743/10 743/16 743/23 745/4 745/25 746/14 747/17 748/3 749/6 749/23 752/14 754/11 755/2 755/19 755/25 756/15 756/21 757/10 757/18 758/6 758/14 758/24 761/4 761/21 762/23 763/3 763/21 764/2 764/8 764/16 765/12 766/3 766/17 766/22 768/15 768/16 768/19 770/19 770/24 771/25 772/6 773/17 774/20 775/17 781/4 781/11 784/24 785/2 785/5 786/7 790/3 795/18 796/7 798/25 802/14 804/7 806/17 807/5 807/15 808/11 812/2 814/3 815/4 815/19 817/11 817/13 818/12 818/17 819/1 819/21 821/5 822/2 823/14 826/7 826/9 832/22 833/17 834/20 836/14 838/13 838/14 838/22 839/3 839/8 840/2 840/15 841/2 842/13 843/1 843/10 843/20 845/10 845/18 848/1 848/13 849/3 849/6 850/11 850/24 852/2 853/1 854/16 854/23 858/3 859/3 861/8 863/6 864/21 865/10 866/10 871/6
nowhere [1] 818/20
number [20] 776/21 786/22 800/2 800/5 802/15 802/25 803/1 803/4 803/6 803/13 803/16 804/7 819/12 820/13 824/3 829/2 829/2 851/11 858/4 868/23
numbers [2] 800/2 848/16
nurse [2] 735/10 735/11
nutrition [1] 762/13
NYPD [1] 755/4

## O

o'clock [7] 741/19 741/25 742/3 742/9 783/15 815/17 870/16
O'NEILL [17] 720/16 722/6 723/25 724/9 724/20 732/16 740/11 741/16 741/17 742/16 756/7 757/3 758/25 804/25 805/2 805/14 838/18
oath [12] 763/22 763/25 782/17 782/22 807/16 807/23 819/18 824/18 844/17 845/10

## O

oath... [2] 866/17 866/17
object [3] 723/15 742/24 843/20
objected [2] 843/25 844/13
objecting [1] 867/8
objection [10] 742/1 749/3 788/7 789/4 791/11 795/5 799/1 843/23 844/2 846/10
objections [6] 723/7 799/4 799/6 842/9 843/23 846/5
objective [1] 815/8
obligation [3] 794/4 799/5 833/11
obligations [1] 789/12
observe [3] 840/25 849/5 849/25
observed [2] 755/20 846/24
obtain [2] 855/3 864/17
obtained [1] 729/19
obvious [2] 727/2 840/23
obviously [7] 722/10 725/1 790/12 795/15 801/3 811/14 818/9
occasion [1] 737/4
occasions [1] 749/7
occurred [7] 830/21 830/22 855/14 856/23 858/23 858/25 860/24
odd [1] 761/13
off [8] 781/15 784/14 785/10 803/10 806/15 826/4 829/16 830/10
offer [3] 743/19 751/25 825/8
offered [3] 776/2 784/3 843/14
offers [1] 843/21
office [6] 780/16 789/21 796/24 798/8 809/22 810/23
officer [5] 743/10 743/11 743/14 868/2 868/4
officers [11] 742/22 743/20 751/11 783/17 783/18 783/25 791/24 834/3 834/4 834/5 834/5
official [12] 748/18 805/19 805/21 808/23 809/16 827/21 829/18 837/1 837/3 838/10 842/25 865/12
officials [2] 837/18 837/20
often [2] 736/6 827/2
oh [21] 735/8 735/9 735/13 736/19 779/4 781/13 781/21 784/22 786/22 787/12 788/20 790/22 794/15 794/18 797/22 801/8 807/24 808/12 810/19 820/6 829/9
okay [27] 722/23 724/10 727/9 733/20 738/8 745/15 753/8 755/12 775/25 777/2 779/13 780/18 784/12 785/16 798/7 799/21 799/23 804/24 814/12 817/20 818/2 819/4 834/15 839/10 869/7 870/18 871/11
old [28] 727/25 735/24 736/6 747/22 765/21 771/20 771/22 772/1 774/19 781/8 784/4 786/23 787/4 791/6 792/6 792/7 792/7 792/13 792/13 792/14 792/23 792/23 812/20 815/20 818/8 830/4 830/5 833/18
older [2] 774/9 774/10
oldest [1] 771/8
olds [2] 820/8 820/10
omission [6] 858/8 858/10 858/13 858/15 858/16 858/19
omissions [2] 858/17 861/4
once [13] 737/5 739/25 744/7 745/1 773/23 784/13 785/3 792/19 794/6 801/7 860/23 866/6 871/15
one [62] 726/21 731/3 732/1 737/4 739/10 740/24 741/8 744/10 748/18 749/7 753/24 758/11 768/2 768/19 772/8 774/14 774/17 778/15 778/16 781/25 782/17 785/6 785/9 788/5 790/18 792/9 792/14 792/21 793/8 804/12 812/3 812/11 812/12 813/21 814/9 816/1 819/2 819/5 819/9 820/18 823/2 824/12 824/15 826/2 829/18 835/7 841/14 842/5 842/17 846/22 848/3 850/15 852/13 858/20 859/7 859/15 859/17 861/15 863/10 863/17 864/25 871/10
one's [1] 730/8
ones [3] 722/10 781/2 835/2
only [32] 726/7 737/4 737/5 751/7 756/11 757/19 765/10 772/7 777/20 789/15 791/14 792/18 792/19 809/19 812/3 823/2 826/21 833/4 837/18 837/19 845/16 846/14 848/17 851/24 854/5 859/7 859/18 859/24 860/5 860/14 862/2 862/15
open [11] 722/1 751/16 753/25 770/4 791/4 817/1 818/24 827/22 865/9 868/1 870/5
opened [2] 737/19 774/23
opening [12] 725/18 725/23 726/5 739/17 741/18 742/2 742/19 756/19 762/19 770/14 770/20 842/8
openings [2] 724/12 724/20
operating [1] 811/6
opinion [9] 765/14 765/15 813/18 843/2 843/6 859/5 859/7 863/13 863/23
opportunity [6] 789/19 791/15 828/5 849/5 849/24 859/7
opposed [3] 851/6 851/20 851/25
opposite [1] 750/5
option [1] 820/25
oral [2] 766/1 766/5
orally [1] 865/9
order [91] 723/16 723/18 724/20 727/24 729/18 730/4 734/3 738/18 738/19 738/19 739/23 740/6 740/8 740/19 740/20 740/21 741/6 741/11 751/13 752/21 754/22 755/6 756/4 756/14 761/9 761/16 761/22 765/1 765/19 770/24 783/1 783/3 783/6 783/7 784/9 784/11 786/19 786/20 787/19 787/20 787/21 787/23 787/24 788/2 788/4 788/5 788/11 788/13 788/17 788/18 788/19 788/22 789/16 798/10 801/15 802/9 802/9 802/10 803/19 806/7 806/20 806/24 807/13 808/1 808/17 809/7 810/2 810/11 810/16 813/12 813/22 813/23 814/2 815/4 820/22 820/24 824/20 836/19 837/22 842/6 851/18 855/3 855/5 855/15 856/21 856/24 856/24 858/22 860/22 861/5 861/6
ordered [7] 723/17 727/23 759/22 761/14 826/1 826/4 846/11
orders [1] 741/2
ordinance [1] 853/7
origin [1] 845/2
original [3] 722/18 761/13 761/15
other [65] 723/21 726/18 727/22 731/3 738/15 739/2 739/3 740/12 741/4 744/6 744/23 746/14 749/2 752/5 763/6 764/4 765/9 766/24 766/25 772/12 774/5 778/3 779/16 782/14 784/4 784/16 785/3 788/16 792/14 798/2 801/25 804/15 809/20 811/21 811/23 821/13 823/20 823/22 830/7 834/3 834/20 834/25 835/8 841/20 843/21 846/19 846/25 847/4 847/14 847/22 848/4 849/1 850/2 851/4 851/6 853/12 854/8 854/10 855/24 858/16 860/12 862/23 864/17 864/23 871/12
others [4] 771/3 771/4 862/1 864/3
Otherwise [1] 869/24
ought [1] 806/8
our [13] 722/11 722/11 722/17 722/21 735/2 792/19 792/20 815/8 827/13 832/23 832/23 845/7 865/19
out [78] 724/4 732/22 732/25 733/4 737/15 737/19 739/16 739/21 745/23 754/25 755/7 759/1 759/12 764/3 765/24 769/3 772/10 773/13 774/15 774/17 774/18 776/11 778/21 779/20 779/25 780/9 781/2 785/12 788/4 794/8 794/25 795/1 795/2 795/2 795/8 796/14 797/4 797/6 799/3 799/5 799/17 799/24 800/8 805/20 808/13 808/25 809/1 809/13 810/10 810/24 815/8 815/21 820/12 821/3 824/9 824/11 824/13 824/25 825/14 827/13 828/12 829/11 829/18 829/20 834/1 834/2 834/14 834/17 834/18 834/20 837/15 837/21 841/14 843/12 844/11 844/14 844/16 866/3
outcome [1] 849/22
outfit [1] 774/16
outnumbered [1] 864/4
outpatient [1] 796/2
outrageous [1] 862/16
outside [14] 722/1 751/11 843/16 843/19 845/14 846/8 847/7 847/11 847/14 847/16 847/22 864/19 865/1 870/5
outweighs [1] 851/25
over [46] 722/14 724/25 725/21 728/3 729/9 730/13 741/14 746/19 747/4 747/6 747/9 752/18 752/18 758/10 758/12 772/19 773/6 777/19 777/22 778/3 784/20 789/20 793/16 793/17 798/21 805/25 805/25 806/1 809/14 817/6 818/3 819/2 820/11 822/25 822/25 822/25 837/23 838/15 841/7 842/15 842/18 845/20 852/2 860/17 866/7 871/1
overcome [1] 769/6
overruled [4] 722/16 749/4 788/9 844/2
overview [1] 727/11
owe [1] 729/9
own [14] 750/6 759/25 764/6 764/14 766/14 808/3 836/3 842/7 842/22 845/22 847/1 847/9 849/12 863/19

## P

P.I.N.S [6] 773/8 773/16 773/20 773/22 778/21 791/3
p.m [15] 738/8 741/10 741/12 741/22 742/17 743/5 743/18 743/20 744/21 762/14 765/3 813/1 839/25 868/8 870/6
Pacific [9] 732/22 733/16 733/17 733/20 773/5 776/24 777/19 779/13 787/9
pad [2] 746/18 758/12
page [25] 729/4 745/15 749/19 750/20 760/3 761/25 765/15 765/24 794/18 800/12 811/10 816/19 826/10 826/10 827/10 827/24 828/1 828/3 828/14 828/14 829/6 831/1 839/17 852/21 866/24
Page 1 [1] 826/10
Page 2 [1] 826/10
pages [6] 729/1 729/4 756/1 758/19 765/25 827/9
pain [9] 767/25 768/1 768/3 768/5 768/9 768/10 768/10 832/20 834/22
paint [16] 734/5 734/7 734/21 735/25 763/10 774/23 775/5 775/10 775/18 776/17 778/1 779/11 779/20 795/20 808/20 809/8
paper [2] 794/19 837/13
papers [1] 849/1
paperwork [1] 828/13
paragraph [4] 731/17 734/21 796/4 827/21
Pardon [1] 759/18
parens [2] 740/23 743/13
parent [25] 730/25 736/6 748/23 748/24 750/17 750/21 751/3 752/1 752/6 755/23 771/16 799/16 805/20 821/2 826/13 826/15 826/18 826/24 835/12 835/16 835/16 835/19 836/13 836/19 853/23
parent's [3] 801/21 835/20 835/25
parents [7] 768/6 799/15 827/4 834/7 834/9 853/21 853/25
part [4] 776/13 798/9 840/10 850/19
participated [4] 826/5 854/11 856/7 857/16
participation [2] 856/14 857/23

**P**

particular [1] 865/18
parties [11] 722/14 725/3 725/7 821/24 845/6 845/12 848/16 860/19 866/14 866/19 868/10
parties' [1] 845/1
parts [1] 840/7
party [6] 757/23 785/21 845/11 848/21 848/25 851/12
partying [1] 785/23
pass [2] 841/24 843/10
past [2] 761/25 778/9
path [1] 835/22
patience [2] 729/7 840/17
patient [1] 836/2
pattern [2] 752/15 773/1
Pause [1] 724/23
pay [5] 739/18 778/3 808/6 815/22 815/23
paying [1] 735/4
peace [1] 743/8
penalize [1] 832/1
penalty [1] 807/24
penny [1] 803/23
people [27] 725/19 731/4 735/4 752/17 763/10 765/10 771/17 771/18 773/20 776/14 788/1 792/16 801/6 801/10 806/13 813/12 817/3 823/20 823/23 823/25 824/7 824/24 833/25 838/2 838/6 838/8 849/20
per [1] 803/24
percent [1] 820/18
perfectly [1] 847/15
performing [1] 862/24
perhaps [11] 728/7 729/8 729/8 732/21 734/1 748/20 748/21 761/16 771/25 782/1 804/14
period [6] 761/21 772/3 786/2 793/11 835/12 860/18
perjury [2] 782/23 807/24
permanent [1] 827/2
permission [1] 810/3
permit [2] 809/23 860/15
permits [2] 821/4 850/13
permitted [5] 736/23 787/10 789/11 838/1 848/10
permitting [1] 752/20
persisted [1] 779/23
person [15] 775/2 776/4 776/25 797/17 797/18 817/9 820/6 822/16 835/18 836/24 858/18 861/9 861/10 861/10 865/4
person's [1] 786/6
personal [6] 800/6 800/10 801/1 801/9 802/2 845/1
personalities [1] 844/3
personality [1] 829/15
personally [1] 743/15
personnel [2] 755/3 864/22
persons [5] 773/9 848/22 852/8 852/14 862/23
persuasiveness [1] 851/10
petition [24] 727/20 730/7 730/8 730/12 731/3 734/3 736/10 738/16 739/3 739/8 740/8 740/15 761/2 782/12 786/21 786/21 787/8 787/9 787/10 787/11 787/18 788/16 788/21 789/15
petitioned [1] 771/20
petitions [4] 773/10 773/16 787/22 797/8
phone [3] 721/24 828/16 829/1
phrase [1] 853/4
physical [2] 826/12 836/12
pick [1] 793/15
picked [1] 763/9
picture [1] 833/18
pictures [1] 818/22
piece [3] 730/6 794/19 837/13
pile [3] 747/17 747/20 817/5
place [15] 733/2 733/2 733/19 745/18 755/17 757/19 762/12 762/13 777/22 782/6 802/24 806/4 819/2 827/12 848/23
placed [1] 758/8
places [1] 773/18
plain [1] 829/8
plaintiff [20] 728/24 730/3 734/14 749/25 756/23 757/14 761/20 772/9 855/12 855/22 855/24 856/2 856/4 856/5 856/9 856/12 856/16 860/20 861/1 861/14
plaintiff's [7] 731/14 749/24 764/17 840/12 851/24 852/4 853/3
plaintiffs [75] 720/3 720/16 724/4 726/12 728/24 728/25 729/10 729/21 731/7 734/2 735/14 738/17 740/17 741/12 743/16 746/11 756/15 759/8 762/6 762/7 764/4 766/25 767/21 768/11 799/24 800/7 840/4 850/24 851/17 851/18 852/1 852/11 852/15 852/20 853/11 854/3 854/4 854/5 854/11 854/14 854/16 854/17 854/25 855/6 855/9 855/11 855/16 857/1 857/7 857/10 857/12 857/15 857/19 857/22 858/1 858/5 858/6 858/9 858/22 859/6 859/10 859/18 859/21 859/23 860/1 860/12 860/16 860/24 861/3 861/12 861/17 861/18 861/23 862/6 862/9
plaintiffs' [18] 729/15 729/25 738/11 746/23 749/12 757/14 768/20 852/2 853/13 853/14 855/7 856/19 856/25 857/4 857/14 858/24 859/2 862/8
plan [1] 734/22
planned [1] 775/12
plausible [1] 763/21
play [3] 780/6 780/6 803/8
played [4] 799/8 803/8 803/14 822/14
playing [1] 748/2
Plaza [1] 721/23
pleaded [2] 784/5 785/13
please [34] 722/5 724/22 725/12 730/21 754/6 769/13 769/15 770/6 770/9 775/20 789/9 791/17 805/4 805/11 805/13 810/1 832/1 833/10 839/11 839/11 839/23 844/16 845/13 865/14 865/15 865/21 868/9 868/15 868/18 868/21 869/13 870/8 870/21 871/3
plug [1] 816/4
plugged [2] 816/11 816/11
pocket [1] 833/8
point [17] 722/25 732/22 732/25 733/4 736/9 748/7 751/3 754/12 757/7 772/18 788/2 795/24 828/17 844/15 860/19 866/13 869/22
police [33] 741/2 741/10 742/17 742/22 743/7 743/9 743/10 743/11 743/16 743/17 743/18 743/20 751/11 751/15 752/21 755/3 755/6 755/10 765/2 783/16 783/18 785/12 791/23 810/4 810/11 811/19 834/2 834/4 834/5 834/5 836/22 836/22 836/24
policeman [1] 837/1
policy [1] 729/21
political [1] 853/9
popular [1] 845/13
portable [1] 819/11
portion [2] 850/22 865/13
portions [2] 842/24 865/17
pose [1] 806/8
posed [1] 747/22
position [8] 722/11 722/21 776/9 776/9 776/16 810/6 837/18 837/20
positions [1] 722/14
possible [14] 733/9 733/9 733/9 733/10 733/11 733/15 734/24 751/25 752/1 777/1 777/2 814/4 850/9 865/2
possibly [2] 746/20 865/16
postings [1] 871/4
potentially [1] 820/4
power [11] 792/15 792/25 793/10 794/6 804/15 804/16 816/4 835/20 837/4 838/11 866/12
practically [1] 734/16
practice [2] 751/24 827/17
practices [1] 752/12
precedence [2] 842/15 842/17
precision [1] 860/13
prefer [1] 724/18
preference [1] 839/4
prejudice [4] 844/12 844/18 845/7 849/23
prepared [1] 865/24
prepares [1] 738/25
preponderance [9] 850/25 851/1 851/2 851/5 851/9 851/13 851/22 852/11 859/11
preposterous [2] 738/5 815/23
presence [2] 722/1 870/5
present [7] 741/4 766/25 791/15 842/20 848/22 863/17 870/15
presentation [1] 734/1
presented [6] 740/18 794/21 811/12 840/3 845/15 860/5
preserved [2] 722/21 723/7
preside [1] 841/7
pressing [1] 741/13
presumption [9] 806/21 806/21 807/1 855/15 855/16 855/18 856/25 857/1 857/3
pretend [1] 797/8
pretended [1] 794/19
pretty [4] 739/7 752/16 754/24 802/15
prevail [4] 851/18 854/24 855/21 857/6
prevent [6] 779/1 788/18 804/1 804/5 862/20 862/23
prevented [1] 750/11
prevents [1] 750/25
previous [1] 778/13
previously [1] 781/23
primarily [1] 766/6
prime [1] 820/17
principal [2] 735/3 764/18
principle [2] 841/12 850/14
principles [1] 840/13
prior [9] 731/3 737/21 741/11 742/20 754/23 756/13 762/4 778/15 861/4
private [2] 805/19 837/19
privileges [1] 852/16
probability [1] 850/1
probable [4] 739/25 740/22 854/10 858/14
probably [13] 754/2 756/17 777/21 781/6 782/6 783/15 791/21 793/17 817/17 823/5 824/5 832/24 836/1
problem [7] 724/16 735/4 751/2 752/7 790/6 816/14 829/14
problems [8] 727/7 750/18 751/4 754/6 763/5 764/12 772/13 779/14
procedure [3] 723/11 723/12 811/6
procedures [1] 854/1
proceed [7] 725/14 741/5 770/10 805/14 855/9 856/15 857/25
proceeding [1] 787/5
proceedings [10] 721/24 724/23 770/3 789/10 806/3 819/19 824/25 830/25 842/21 846/15
process [14] 723/11 723/12 827/12 827/13 850/20 853/23 854/1 854/22 856/19 857/1 857/4 857/7 857/14 866/18
produce [1] 848/25
produced [3] 721/25 851/12 851/16
produces [1] 851/7
producing [1] 858/18

## P

professional [1] 767/14
Programs [1] 735/3
promise [5] 727/14 727/16 758/3 758/3 758/4
promised [1] 822/5
promotion [1] 801/15
prompted [1] 862/6
promptly [1] 865/2
proof [10] 722/9 740/18 761/5 761/5 761/6 806/22 820/18 851/17 855/17 857/2
proper [1] 854/1
properly [3] 769/8 843/22 846/20
proportionate [1] 863/5
proposal [1] 869/1
propose [1] 870/11
prosecution [1] 792/2
protect [5] 729/14 810/7 826/13 826/16 826/19
protected [1] 853/25
protecting [2] 738/1 827/14
protection [1] 741/5
protested [1] 753/22
proud [1] 838/14
prove [31] 728/24 728/24 728/25 733/6 738/18 757/14 757/15 768/11 780/25 794/13 806/23 847/4 850/25 851/3 852/10 854/2 854/3 854/5 854/11 854/14 854/25 855/22 855/24 857/7 857/10 858/5 858/22 858/23 860/12 861/11 861/13
proved [2] 734/14 851/8
proven [15] 730/3 848/11 851/13 855/6 856/3 856/10 856/12 857/12 857/19 857/22 859/6 859/10 859/18 859/22 861/24
proves [5] 732/17 732/23 733/13 758/16 759/7
provide [6] 723/11 774/6 804/18 810/1 862/21 864/8
provided [2] 748/7 855/2
provides [1] 852/6
province [4] 842/5 843/15 843/16 869/19
proving [2] 756/23 862/9
provoke [1] 778/10
proximate [9] 762/18 762/20 852/18 858/3 858/6 858/7 858/10 858/20 858/21
proximately [5] 856/16 858/1 858/16 859/1 861/4
psychiatric [5] 734/24 735/7 736/13 809/12 827/4
psychological [1] 809/12
public [2] 789/11 845/12
published [3] 732/20 818/24 827/22
puncture [1] 728/1
punish [7] 803/2 803/13 804/19 837/7 861/25 862/17 863/5
punished [1] 862/14
punishment [5] 728/12 762/8 765/9 765/22 767/3
punitive [24] 802/17 802/19 802/20 802/24 803/1 803/2 803/10 803/25 837/6 861/17 861/19 861/19 861/21 861/22 861/23 861/25 862/2 862/12 862/13 862/21 862/22 863/1 863/3 863/4
purely [1] 843/15
purpose [7] 803/25 837/7 846/13 846/14 846/19 862/19 863/15
purposes [1] 863/2
put [49] 723/2 723/7 723/8 726/22 726/24 730/10 734/8 746/24 750/12 757/21 758/8 759/20 776/21 782/9 782/11 782/16 782/20 782/24 787/8 787/9 787/12 787/18 788/21 792/15 796/21 797/17 801/21 803/12 803/20 804/8 809/2 810/6 818/11 818/16 818/20 819/3 819/4 819/9 819/10 819/12 819/16 824/25 825/17 829/4 833/1 833/4 834/24 837/13 868/11
puts [1] 802/14
putting [3] 738/6 758/9 818/19

## Q

qualified [1] 735/23
quality [3] 821/22 821/23 851/10
question [38] 727/17 728/23 731/2 733/17 733/18 742/5 742/7 742/9 743/6 745/13 745/16 745/17 745/19 748/16 748/17 750/24 752/14 757/20 764/9 764/14 767/9 767/12 767/14 777/24 785/9 798/19 806/8 806/12 807/9 814/3 814/5 817/18 842/11 843/15 851/1 851/23 869/2 869/20
questioned [1] 817/24
questioning [1] 822/19
questions [13] 740/10 791/10 822/10 822/25 829/4 830/24 842/9 843/8 844/11 846/5 865/2 866/1 866/1
quick [1] 727/10
quit [2] 801/7 801/15
quite [6] 725/1 750/5 773/3 778/22 780/8 781/8
quote [4] 727/5 727/8 753/25 754/1

## R

R-E-N [1] 740/23
Rabbi [2] 835/21 835/23
race [1] 845/1
railroad [2] 812/21 812/25
rain [1] 847/7
raincoat [4] 847/12 847/15 847/19 847/21
raining [4] 847/8 847/14 847/16 847/22
raise [2] 839/8 853/23
raised [1] 853/24
ran [3] 772/21 772/21 779/1
random [1] 771/17
rare [1] 827/1
rather [4] 762/10 813/13 813/22 860/4
RAUCHBERG [1] 721/6
rea [1] 722/24
reach [8] 726/4 844/20 845/8 845/19 859/9 863/9 863/11 863/18
reached [5] 767/5 865/7 865/21 865/22 866/5
reaching [1] 847/24
reaction [1] 845/12
reactions [2] 844/5 844/7
read [15] 743/7 745/12 748/17 749/18 755/18 756/1 756/18 775/21 802/22 808/9 810/9 811/16 827/10 836/1 842/25
reading [1] 867/2
ready [5] 725/13 728/2 746/19 753/16 754/4
real [5] 767/12 787/9 794/7 832/23 837/2
realize [3] 795/23 833/21 834/10
really [35] 724/25 727/1 740/12 746/21 747/12 754/3 755/4 758/24 768/12 774/19 776/11 777/12 781/13 797/3 806/15 808/25 810/19 812/2 813/19 814/6 815/20 819/13 822/1 823/19 824/12 826/25 829/6 829/16 829/20 832/2 832/6 832/10 832/10 836/18 866/12
rearrange [1] 825/16
reason [14] 729/25 735/19 756/16 767/12 784/17 817/25 822/11 823/2 823/7 825/19 847/18 848/3 854/9 871/10
reasonable [7] 731/24 751/22 818/11 842/2 858/18 859/15 860/11
reasonably [2] 858/12 858/14
reasoned [1] 848/8
reasons [8] 723/14 723/19 802/10 817/22 817/25 837/21 843/13 870/24
rebut [1] 785/6
recall [20] 730/14 739/6 744/16 745/11 745/23 755/19 763/4 777/8 777/9 785/20 786/24 791/4 793/17 793/18 793/18 793/20 794/13 794/16 808/4 815/15
received [7] 730/15 846/1 846/13 848/15 848/15 848/19 851/16
recess [7] 770/2 770/3 805/9 839/15 839/16 868/17 870/4
reckless [9] 804/20 807/12 854/6 854/9 854/15 855/1 856/15 857/24 862/7
recklessly [4] 807/11 854/13 856/8 857/17
recklessness [1] 808/3
recognizes [1] 833/22
recollection [5] 842/7 842/16 842/18 842/23 845/22
recommend [1] 795/25
reconciled [1] 850/8
reconvene [1] 871/8
record [6] 722/8 723/8 789/7 789/8 824/5 842/12
recorded [1] 721/24
records [4] 778/20 818/8 827/16 827/19
recover [1] 860/24
recovered [2] 828/21 836/12
recreated [1] 772/23
red [6] 811/24 821/5 821/7 824/22 825/22 830/2
redress [1] 836/14
reduce [1] 754/22
refer [2] 729/16 842/22
reference [2] 853/5 864/16
referred [2] 818/24 827/22
refers [3] 723/16 798/5 851/10
reflect [2] 798/15 864/4
reflecting [1] 765/19
reflects [2] 804/2 804/3
refrain [1] 843/17
refresh [1] 842/22
refrigerator [7] 744/14 744/17 762/11 784/17 814/17 814/21 815/6
refusal [3] 754/14 819/22 820/1
refuse [2] 782/21 826/19
refused [7] 735/6 736/21 750/7 751/10 751/17 776/3 796/6
refuses [4] 750/21 750/21 826/13 826/15
refusing [3] 751/13 752/15 767/13
regard [1] 858/18
regarding [3] 732/8 752/6 819/19
regardless [3] 841/18 851/14 851/16
regulation [1] 853/7
rejoice [1] 836/4
rejoices [1] 836/5
related [1] 739/3
relates [1] 846/14
relating [1] 843/6
relevant [9] 806/3 806/4 806/10 814/8 822/23 830/3 841/8 851/14 851/15
reliability [1] 849/19
relied [2] 758/2 758/4
relief [1] 787/25
religion [1] 845/2
reluctantly [1] 791/8
rely [5] 791/14 808/8 842/7 855/16 857/1
relying [2] 808/8 866/15
remain [1] 773/12
remainder [1] 753/4
remanded [3] 759/23 761/3 765/5
remarkable [3] 824/1 832/10 832/18
remarkably [1] 807/16
remarks [2] 741/18 863/7
remediate [1] 826/20
remedies [1] 752/2

## R

remedy [4] 754/7 755/22 833/4 852/6
remedying [1] 750/3
remember [38] 729/21 739/24 742/11 742/11 742/12 745/5 745/17 745/19 754/13 757/20 762/24 763/4 763/10 763/15 763/16 763/17 763/18 763/19 763/20 763/22 766/3 766/18 773/24 777/5 777/6 777/8 783/3 785/8 802/9 813/15 817/14 818/1 818/15 828/20 844/16 865/10 865/14 866/14
remembered [4] 763/6 763/9 763/12 828/22
remembering [1] 763/5
remind [7] 749/18 754/11 756/5 761/18 763/5 785/2 870/25
reminds [1] 731/17
removal [52] 723/12 723/14 723/19 743/9 743/25 748/11 754/9 756/4 756/9 756/14 758/17 758/25 762/2 762/5 766/21 767/25 768/2 768/2 768/6 768/11 789/13 802/10 806/4 806/23 807/6 812/2 824/20 826/1 826/4 826/11 832/20 853/20 854/12 855/13 855/14 855/15 855/18 855/20 855/23 856/7 856/13 856/14 856/20 856/23 856/24 856/25 857/3 857/6 857/8 857/16 857/23 857/24
remove [7] 753/21 796/19 803/7 813/12 813/22 815/5 820/21
removed [18] 740/7 747/15 759/11 769/8 777/10 789/22 790/4 798/19 806/6 806/20 817/22 817/25 835/2 856/1 856/20 857/11 868/25 869/16
removes [1] 836/19
removing [6] 759/5 762/8 770/17 788/23 814/15 820/2
render [1] 844/17
repeat [3] 822/21 830/5 843/7
repeated [1] 749/4
repeatedly [2] 737/21 749/15
report [12] 730/15 734/5 738/2 748/6 776/19 776/20 776/20 794/23 794/24 795/6 795/10 795/11
reported [3] 721/22 734/10 838/7
reporter [1] 842/20
reports [1] 731/16
represent [3] 833/11 838/12 838/14
representing [3] 720/16 721/3 851/20
Reptg [2] 720/16 720/19
reputation [2] 801/9 802/3
request [6] 748/13 748/13 781/1 842/24 844/10 865/2
require [8] 811/13 824/20 830/12 830/13 848/21 848/25 849/10 860/12
required [9] 723/13 730/16 739/25 796/13 796/15 809/16 818/9 848/10 850/17
requirement [1] 820/23
requirements [2] 827/16 861/21
requires [1] 812/5
rescued [5] 725/19 726/6 762/11 762/16 815/13
rescuer [2] 726/6 729/9
rescuing [3] 726/7 726/8 726/9
research [2] 864/14 871/4
resented [1] 790/5
resentful [1] 836/4
resided [1] 740/3
residence [5] 737/1 740/1 740/4 748/19 809/17
residing [1] 733/2
resolve [1] 842/1
resolved [1] 779/21
resourceful [2] 773/19 801/5
resourcefulness [1] 776/5
respect [5] 759/4 772/10 810/15 814/9 824/17
respond [4] 742/15 768/23 769/4 865/1
respondent [2] 765/20 766/11
respondent's [1] 766/14
response [1] 754/3
responsibilities [1] 827/13
responsibility [3] 797/11 797/19 799/9
rest [1] 828/1
restore [1] 804/16
restrictions [1] 870/25
rests [1] 851/17
result [6] 736/9 745/8 758/13 807/13 858/14 859/25
resulted [1] 855/5
retire [2] 841/16 868/5
return [5] 743/14 768/17 768/23 778/11 861/18
returned [3] 723/18 860/21 861/2
reunited [1] 836/13
reverse [3] 724/2 724/11 724/19
review [3] 813/24 865/17 866/9
reviewed [2] 739/5 750/9
ridiculous [1] 826/17
right [60] 722/6 723/22 723/24 724/19 724/22 729/12 730/12 731/20 735/8 743/13 743/14 746/18 750/14 765/23 765/24 768/4 770/9 774/20 777/19 781/11 782/23 785/9 785/10 786/13 795/24 805/8 805/11 805/13 808/1 810/8 814/1 817/7 826/9 829/22 839/3 839/7 839/15 839/23 844/9 853/18 853/22 853/23 853/24 854/19 854/21 856/25 861/9 861/12 867/10 868/9 868/15 869/13 869/21 870/3 870/8 870/19 870/21 871/6 871/13 871/21
rights [18] 770/25 802/19 804/2 804/17 827/14 829/19 852/5 852/8 852/16 853/15 854/2 854/5 854/16 854/18 856/19 857/4 859/13 862/8
ripped [2] 759/1 801/21
rise [8] 722/2 725/10 770/5 770/7 805/10 839/22 868/20 870/7
risk [5] 734/23 735/11 749/16 751/6 768/8
risks [1] 762/16
RMR [1] 721/22
robes [1] 841/24
role [1] 822/15
roll [1] 832/25
rolls [1] 776/18
room [17] 744/9 744/11 744/11 747/18 747/19 748/2 812/14 816/15 833/25 834/24 838/22 841/16 865/1 865/11 865/25 868/13 871/12
rooms [2] 784/14 784/16
rub [1] 830/10
rude [1] 836/3
Ruin [1] 790/25
rule [3] 810/15 841/18 843/23
ruled [1] 843/24
rules [2] 768/18 840/8
ruling [1] 844/15
rulings [2] 843/13 844/10
run [8] 731/10 731/19 731/20 731/21 748/21 758/22 768/7 773/1
runaway [7] 733/21 773/18 779/15 782/5 782/8 796/6 796/10
running [7] 727/13 731/12 744/10 772/20 773/7 773/13 775/2

## S

S-1 [2] 731/15 734/18
S-4 [1] 761/8
sad [1] 814/6
sadly [1] 736/8
safe [6] 759/2 776/16 784/20 792/7 792/19 871/22
safety [2] 749/1 787/3
said [104] 729/3 732/5 732/7 737/17 741/16 742/2 742/14 746/1 749/9 752/24 753/4 753/25 754/2 754/2 754/16 755/12 763/8 763/17 764/6 766/4 766/16 774/14 775/10 775/13 777/5 777/6 777/8 777/9 778/1 778/2 778/2 778/7 779/5 779/6 779/7 779/11 779/13 780/2 780/17 781/11 781/12 781/13 781/23 782/25 783/19 783/24 784/4 784/18 785/7 786/19 786/22 786/22 786/22 787/12 788/3 788/20 789/18 790/2 790/21 790/23 791/8 792/10 793/3 793/15 793/17 794/15 794/17 794/18 795/13 795/18 796/5 796/12 796/13 796/15 796/16 797/22 798/5 799/12 801/23 802/14 803/10 807/20 809/7 815/7 816/12 817/24 818/6 818/20 818/20 819/23 822/7 822/7 823/22 825/6 827/1 829/2 830/13 830/14 842/8 845/21 846/5 846/7 854/17 871/21
same [18] 722/17 728/16 731/6 732/21 741/13 772/3 772/22 774/6 785/4 787/25 791/9 804/8 807/23 812/25 841/3 849/20 863/1 863/11
sat [5] 780/11 785/8 785/8 796/24 817/24
satisfied [1] 861/21
satisfy [2] 855/17 857/2
save [1] 832/10
saw [14] 727/2 746/16 773/23 784/18 785/20 785/21 790/7 793/10 793/15 823/18 823/24 824/13 830/7 846/24
say [47] 722/13 724/25 728/15 731/10 737/23 738/8 742/11 742/14 755/20 758/8 779/6 785/15 785/25 787/19 789/11 790/11 791/2 791/13 791/20 803/6 804/7 808/16 808/16 810/10 811/5 814/15 815/19 816/13 816/16 819/17 819/18 820/5 821/1 821/7 821/24 824/18 825/12 825/21 832/6 836/17 837/18 837/20 838/2 848/15 850/24 851/22 871/22
saying [13] 778/17 782/17 782/20 789/19 795/10 798/23 800/8 808/12 822/7 823/18 825/14 869/2 870/9
says [45] 728/8 728/16 731/9 731/23 732/22 733/1 733/8 733/16 734/18 743/5 765/16 766/5 774/17 775/11 775/15 775/21 776/1 777/1 780/14 781/21 783/17 783/18 784/16 784/23 789/21 790/13 793/24 794/21 794/23 795/20 795/20 801/8 802/10 807/24 811/10 811/17 812/23 828/19 828/20 829/8 835/21 835/23 837/1 866/4 868/23
scandalous [1] 806/13
scared [2] 801/25 834/4
scenario [1] 820/22
scenarios [1] 820/13
scene [1] 727/9
scheduling [2] 738/4 738/12
Schmid [1] 721/22
school [54] 727/19 731/18 732/23 733/14 733/21 733/22 733/22 734/5 734/10 734/12 735/24 736/13 748/22 749/15 752/17 752/17 753/16 764/17 764/20 773/12 774/22 775/7 775/12 775/16 776/1 776/2 776/8 776/9 776/19 776/20 777/17 777/18 777/18 779/20 779/21 781/9 781/9 781/12 782/8 794/24 795/13 795/13 795/17 796/8 801/10 809/8 809/10 809/20 814/22 814/23 814/24 828/16 828/22 829/1
scope [1] 853/6
screen [1] 798/12
se [2] 727/17 803/25
search [10] 729/16 743/21 759/20 807/5 807/7 810/9 853/19 854/19 854/24 855/8

## S

searching [1] 753/6
seat [2] 760/1 868/19
seated [11] 722/5 725/12 770/9 805/13 840/1 868/9 868/21 869/13 870/3 870/8 870/21
second [17] 728/7 730/8 731/17 735/19 737/16 762/10 788/16 789/1 827/25 828/3 828/11 832/21 840/11 845/25 853/14 853/21 871/7
Second Circuit [1] 789/1
second-guess [1] 735/19
seconds [2] 812/23 812/24
section [8] 743/13 803/10 807/20 852/5 852/6 852/10 853/6 863/6
Section 1983 [2] 852/5 852/10
secured [1] 852/16
see [56] 730/11 731/17 731/20 733/8 733/16 733/19 734/9 734/18 735/9 735/10 735/21 738/6 740/21 749/9 753/5 756/6 764/22 764/24 769/16 773/22 775/19 776/3 776/20 776/21 778/21 783/20 783/22 784/25 794/1 794/10 794/14 795/24 798/11 802/4 802/21 803/6 805/5 810/25 816/9 819/2 819/5 819/7 819/11 829/3 833/15 834/2 834/3 834/3 834/9 834/19 839/13 847/7 847/9 847/11 866/22 871/19
seemed [3] 725/20 754/22 843/5
seems [3] 795/25 818/11 819/18
seen [5] 734/10 788/5 788/10 808/12 842/13
sees [1] 847/1
seisure [1] 743/23
seizure [9] 853/19 853/19 854/20 855/13 855/14 855/21 856/4 856/22 856/23
self [3] 767/1 767/6 824/17
self-respect [1] 824/17
self-serving [2] 767/1 767/6
sell [2] 818/2 818/3
send [5] 837/8 865/21 866/3 869/21 870/17
sending [1] 728/8
senior [2] 729/20 846/18
sense [15] 737/25 738/3 738/9 781/13 794/4 794/5 817/3 817/3 817/7 824/17 825/5 832/13 847/18 848/3 860/7
senses [1] 847/1
sent [7] 774/10 774/25 774/25 778/16 779/5 795/13 798/22
separate [2] 755/21 807/20
separated [1] 768/6
separation [5] 762/18 762/22 764/7 835/12 860/25
series [3] 785/4 787/22 791/10
serious [3] 747/22 791/7 826/12
seriously [1] 826/24
serve [3] 756/3 766/20 842/14
served [1] 743/15
service [1] 819/12
services [5] 750/21 764/19 776/3 825/8 830/18
serving [2] 767/1 767/6
SESSION [1] 839/21
set [8] 726/13 746/21 747/4 758/12 793/23 809/23 856/6 857/15
sets [3] 734/4 739/7 765/24
setting [1] 796/2
settled [1] 773/4
seven [7] 739/13 744/14 746/17 762/18 765/22 770/22 805/4
seven-year [1] 762/18
several [8] 770/21 771/18 772/18 775/2 788/25 796/16 809/18 811/13
sex [4] 726/14 726/21 807/4 845/2
sexual [14] 726/1 728/6 728/11 759/10 759/16 761/19 762/21 763/1 763/14 764/5 778/25 789/25 805/25 826/12
sexually [10] 726/18 727/4 762/4 764/14 765/8 765/20 767/11 778/8 792/12 801/11
shade [4] 746/19 747/6 747/10 824/19
Shakeema [9] 773/5 774/8 777/23 779/5 779/6 779/18 779/18 789/20 790/8
Shakes [3] 869/4 869/5 869/6
shames [1] 808/2
shared [1] 746/17
sharp [1] 820/6
she [200]
she'd [2] 773/22 773/23
she's [17] 731/9 731/21 733/2 735/24 774/8 775/1 777/7 779/13 779/14 779/15 781/23 782/3 782/7 782/7 782/8 811/23 812/21
sheet [5] 728/18 728/21 729/2 758/22 761/25
shelter [4] 786/8 834/24 835/6 835/17
shock [3] 774/25 779/5 787/16
short [2] 807/7 838/23
shorten [1] 865/19
shorter [1] 729/8
shorthand [1] 853/5
shortly [2] 805/6 868/7
shot [2] 745/2 818/7
should [40] 731/10 732/12 738/3 746/13 748/16 752/7 754/16 758/1 762/10 762/15 763/24 763/25 779/19 822/1 832/7 836/15 841/19 842/12 842/15 842/17 843/4 844/1 844/7 844/12 845/15 860/20 861/2 861/14 862/11 862/13 862/18 862/22 863/2 863/4 863/14 863/23 864/5 864/21 869/9 870/14
shouldn't [2] 747/14 840/19
show [13] 728/19 743/17 775/19 785/24 787/10 793/24 797/13 810/1 818/22 829/23 829/24 832/3 844/12
showed [6] 741/18 742/5 742/7 749/10 802/18 828/19
showered [1] 771/12
showing [2] 798/13 807/1
shows [2] 750/5 752/14
shy [1] 747/12
sibling [1] 727/21
siblings [3] 739/2 834/12 835/7
sic [1] 742/21
sick [1] 786/5
side [7] 830/7 832/2 834/20 844/10 844/14 851/22 871/22
sidebar [3] 866/22 867/1 867/11
sides [1] 808/14
sight [1] 843/19
sign [2] 782/21 810/16
signature [2] 793/24 793/25
signed [17] 729/18 759/19 759/20 765/18 782/17 793/25 807/16 807/17 807/18 807/19 807/19 864/23 864/23 864/24 865/22 866/4 866/5
signing [1] 782/22
signs [1] 738/2
silly [1] 799/8
SILVERBERG [1] 721/6
similar [4] 739/7 739/14 862/20 862/24
similarly [1] 856/21
simple [4] 807/8 814/4 829/23 847/4
simply [4] 755/13 828/12 859/23 864/3
since [7] 744/20 758/21 758/22 768/23 772/9 786/23 801/18
single [1] 841/14
sisters [1] 790/4
sit [2] 768/16 838/6
sitting [8] 780/16 793/10 819/1 819/6 819/8 836/10 838/9 847/10
situation [3] 812/7 813/2 832/7
situations [1] 826/11
six [14] 726/7 739/6 739/13 744/15 744/15 746/17 759/22 772/7 772/12 774/5 781/5 812/23 815/5 825/14
Sixteen [1] 803/15
skips [1] 828/6
slandered [1] 792/10
slanderous [1] 792/23
sleep [2] 728/2 746/17
sleeping [4] 746/15 783/13 783/14 833/19
slept [1] 746/22
sliding [1] 730/13
sloppy [1] 739/18
slumber [1] 815/21
SM [1] 795/13
small [2] 725/19 726/7
smart [3] 773/17 773/17 776/4
smarter [1] 792/24
smartphones [1] 864/10
smelling [1] 787/14
snack [1] 785/16
so [164]
social [9] 770/16 773/14 777/11 777/15 777/16 777/25 778/19 797/21 864/12
sold [2] 798/14 816/3
sole [3] 841/22 849/7 850/21
solely [3] 844/18 844/23 863/18
some [64] 722/9 725/24 726/14 733/4 739/2 739/19 767/19 772/3 774/5 774/18 776/11 776/15 776/19 776/20 782/13 782/14 783/9 783/19 784/17 784/18 786/8 786/16 787/5 788/2 790/21 791/7 791/23 792/15 796/17 798/18 798/19 799/25 801/22 801/22 807/25 809/8 809/9 811/21 814/11 815/7 816/6 818/22 820/6 820/9 820/22 820/22 822/10 822/13 824/19 827/16 828/8 833/20 835/1 835/6 840/13 842/13 842/24 843/25 844/21 846/15 847/22 848/4 848/24 860/19
somebody [13] 780/5 796/10 801/3 811/19 817/4 818/3 822/14 825/6 833/23 847/12 847/14 850/15 851/3
somebody's [2] 818/2 829/17
somehow [7] 726/19 729/23 735/23 759/4 766/4 798/19 815/16
someone [5] 790/17 795/16 800/7 804/4 871/14
something [54] 722/6 725/5 726/23 731/16 733/19 742/14 753/18 754/2 754/2 757/2 757/5 761/7 761/13 767/16 768/1 768/24 768/25 769/1 769/2 769/2 776/6 777/12 778/8 780/8 780/20 781/12 784/8 785/2 786/6 786/17 786/17 786/18 786/20 789/23 790/2 794/20 804/5 804/14 806/17 808/4 810/22 811/9 812/4 812/22 812/24 813/25 815/14 816/8 817/17 820/23 827/7 838/24 851/3 865/15
something's [1] 722/18
sometime [1] 742/20
sometimes [1] 809/1
somewhere [7] 774/12 774/16 783/9 793/22 834/24 835/2 835/3
son [2] 792/13 835/22
SONNY [18] 720/2 720/19 726/1 730/18 768/14 771/6 779/23 781/7 781/15 781/17 784/10 788/20 792/12 798/7 830/2 830/14 830/23 835/7
sons [1] 792/14
soon [1] 783/8
sorry [4] 732/24 759/17 777/18 785/3
sort [4] 735/7 812/6 812/7 817/8
sorts [2] 726/20 822/2
sought [1] 851/8
soul [1] 833/8

**S**

sound [1] 860/10
sounded [1] 810/6
sounds [3] 729/8 833/20 833/22
source [1] 864/19
SOUTHERLAND [184]
Southerland's [23] 727/3 732/11 749/24 750/6 753/2 753/19 754/13 758/2 758/4 759/14 759/25 762/21 764/6 771/12 772/2 783/13 810/2 819/6 819/21 820/1 824/22 828/12 829/19
Southerland/Ciara [1] 830/2
Southerlands [1] 838/4
space [1] 746/17
spanned [1] 765/18
speak [2] 780/4 865/4
speaker [2] 819/7 819/8
speakers [2] 784/15 819/9
specific [4] 763/14 854/4 865/16 865/18
specifically [3] 742/12 802/5 839/2
specifics [1] 755/15
speculate [2] 823/21 823/22
speculation [2] 843/17 860/3
spell [1] 795/14
spelled [1] 795/12
spend [6] 756/18 772/3 806/9 817/12 826/9 829/12
spent [7] 768/21 783/6 783/11 784/13 799/22 807/7 830/8
spite [2] 755/5 862/6
spoke [4] 735/15 749/6 754/25 764/23
spot [4] 752/7 784/20 814/1 825/20
SR [5] 720/2 720/19 730/18 771/7 803/19
stable [1] 773/11
stacked [1] 796/20
stage [1] 871/2
stand [15] 732/6 732/13 746/3 746/13 748/1 767/24 782/16 785/10 791/21 794/8 807/23 822/5 823/4 828/18 849/24
standard [4] 753/10 802/25 803/2 811/6
standards [2] 826/6 859/19
standby [1] 868/16
standing [3] 791/24 795/2 862/19
stands [2] 742/16 865/6
start [9] 769/15 771/5 802/24 803/10 833/21 871/9 871/11 871/13 871/16
started [8] 772/1 772/13 772/20 786/10 793/6 824/2 849/15 866/17
starting [1] 794/21
starts [2] 795/14 828/12
state [15] 795/7 795/11 795/11 795/13 841/12 841/18 852/8 852/14 853/4 853/5 853/8 853/8 853/9 853/10 853/12
stated [3] 795/9 796/1 841/11
statement [5] 726/5 742/19 822/13 832/18 832/21
statements [7] 766/15 770/14 770/20 789/16 807/19 842/8 846/6
states [15] 720/1 720/12 765/25 805/18 806/5 810/8 813/11 826/24 837/9 837/10 837/11 838/5 852/6 852/17 866/21
stating [1] 841/15
stationed [1] 865/1
statute [1] 853/7
stay [4] 785/14 801/24 814/24 846/8
staying [2] 733/2 776/24
stenography [1] 721/24
step [1] 767/23
stepped [1] 744/24
stepping [1] 728/1
still [11] 774/2 779/15 780/14 782/9 788/21 789/16 796/25 800/2 818/22 824/2 864/2
stipulation [1] 722/25
Stoer [1] 794/8
stood [3] 755/11 794/16 806/18
stool [3] 820/7 820/7 820/8
stop [2] 837/14 856/10
stopped [2] 786/9 809/18
stops [4] 855/7 856/3 857/13 857/20
stories [2] 850/8 850/10
story [4] 743/21 746/8 771/1 835/20
strange [1] 801/22
strangers [6] 833/24 834/3 834/11 834/21 834/25 835/3
straw [2] 821/8 821/9
street [18] 720/17 720/20 721/4 726/8 730/9 730/12 730/25 732/18 732/22 732/25 733/7 733/14 733/23 733/25 736/24 742/22 748/20 773/13
stress [1] 827/18
stricken [1] 846/11
strived [1] 774/13
striving [1] 773/25
struck [1] 842/12
struggling [1] 776/23
stubborn [2] 818/18 821/2
stuck [1] 782/13
students [1] 774/25
stuff [8] 725/24 763/6 778/24 798/13 799/22 820/11 826/25 829/9
subdivision [1] 853/9
subject [8] 748/6 766/7 766/10 766/10 794/15 827/11 836/22 865/8
subjected [1] 853/18
submissions [2] 725/7 768/20
submit [20] 726/23 729/3 731/22 732/9 732/11 746/9 746/13 747/23 752/4 757/24 758/14 759/5 761/15 764/4 767/6 767/7 767/14 781/20 782/24 803/9
submitted [5] 722/18 727/21 740/15 740/17 843/8
submitting [1] 729/19
subpoenaed [2] 811/3 823/8
substantial [4] 761/19 826/14 836/16 858/11
substitute [1] 833/9
succeeded [1] 771/25
such [19] 732/8 755/22 758/3 805/3 810/16 815/16 842/1 843/13 847/19 847/20 850/17 851/5 853/9 858/17 858/23 859/7 859/14 862/2 864/12
sued [3] 725/19 824/7 824/9
suffer [2] 854/16 859/24
suffered [2] 832/19 833/7
suffering [4] 736/4 801/20 802/3 834/22
sufficient [8] 740/2 762/12 762/12 762/13 803/13 803/16 804/10 858/7
sufficiently [1] 748/10
suggest [2] 748/14 768/12
suggested [2] 778/4 778/25
suggesting [1] 740/10
suggestion [1] 810/20
suggests [1] 827/4
suicidal [13] 736/4 777/3 777/7 777/11 779/22 782/2 782/11 783/4 783/5 783/8 793/19 798/14 799/13
suicide [9] 734/4 734/13 735/12 736/6 749/16 808/19 809/10 828/23 828/23
suing [2] 726/6 806/14
sum [4] 836/16 859/12 861/15 863/3
summarize [1] 869/15
summation [1] 756/17
summonsed [1] 773/21
sums [1] 866/18
sunk [1] 790/1
supervise [2] 773/11 820/19
supervision [7] 773/9 820/15 820/16 820/17 820/20 821/2 826/23
supervisor [22] 728/4 780/3 780/4 797/9 797/9 797/10 797/10 822/8 822/8 822/8 823/1 823/2 823/3 823/9 823/11 823/12 823/15 824/4 825/22 825/25 826/1 826/3
supervisor's [2] 823/7 823/10
supervisors [3] 735/3 764/19 797/12
support [1] 732/10
supported [1] 823/16
supports [2] 825/25 851/19
suppose [3] 815/19 847/7 847/10
supposed [4] 782/7 796/17 796/19 796/21
supposedly [8] 726/20 787/25 790/17 794/24 822/3 822/14 823/16 824/13
Supreme [3] 789/2 789/3 789/10
sure [22] 722/8 722/11 723/7 726/22 738/9 745/13 745/21 774/2 774/6 780/9 781/8 782/12 792/20 802/14 802/15 803/19 804/10 813/3 824/10 826/2 830/4 840/24
surface [1] 746/24
surprise [7] 737/12 810/19 811/5 811/14 811/17 811/24 824/12
surprises [1] 769/2
surrounded [2] 785/13 801/22
survival [1] 834/8
suspected [1] 730/15
suspicion [1] 848/7
sustain [3] 855/11 856/17 858/1
sustained [5] 844/2 846/10 852/19 858/6 858/9
swayed [1] 845/11
swear [2] 807/20 819/18
swore [1] 746/3
sworn [5] 810/7 841/20 845/24 848/13 868/4
sympathy [3] 844/18 845/11 860/4
system [7] 779/18 779/18 832/23 832/23 832/24 833/13 845/7

**T**

table [4] 757/19 757/21 758/8 819/10
tactical [1] 823/1
tactics [1] 797/14
tailspin [1] 774/11
take [50] 729/6 730/6 731/19 732/20 735/6 735/10 740/18 745/4 746/21 751/20 754/19 755/17 767/13 767/24 769/12 772/10 772/19 776/9 778/5 779/14 779/24 781/12 781/14 786/4 792/5 796/5 796/6 796/13 797/19 799/11 799/22 805/4 806/15 812/14 813/2 815/8 817/8 821/3 824/18 825/14 834/11 834/17 837/20 838/7 838/20 840/20 841/10 842/15 842/17 866/8
taken [14] 744/25 746/12 770/3 776/15 785/19 804/20 819/9 833/2 834/14 834/23 834/24 836/8 842/13 853/6
takes [2] 805/19 828/1
taking [7] 752/4 784/22 800/8 807/23 809/19 834/15 836/25
talk [43] 724/7 726/2 752/25 753/1 753/5 753/11 779/14 780/2 780/3 780/5 780/10 797/12 797/14 798/4 799/21 799/23 805/23 805/24 807/2 807/3 808/21 814/11 816/6 823/19 823/19 824/8 826/7 826/11 826/21 828/10 829/25 830/1 832/15 832/22 833/6 833/9 833/14 833/15 835/21 837/25 839/2 849/3 871/5
talked [9] 775/13 777/18 779/20 779/21 780/19 806/18 814/5 821/22 828/18
talking [13] 752/4 753/25 768/15 769/15 781/16 791/20 808/13 808/18 823/20 828/4 828/22 837/24 871/13
talks [4] 825/3 826/23 827/25 828/5

## T

tangible [1] 835/13
teacher [3] 774/25 775/8 775/9
teenagers [1] 736/3
tell [59] 722/24 726/3 726/11 726/23 729/1 729/5 732/16 736/22 741/18 742/11 742/13 744/23 746/3 747/3 752/6 753/22 754/5 754/15 756/21 757/5 757/5 757/10 757/12 763/13 776/13 782/19 782/20 783/21 791/1 793/16 796/22 797/5 798/22 804/9 806/18 806/19 806/25 807/20 807/23 810/13 815/21 816/5 817/24 823/17 824/16 833/23 833/25 838/2 846/3 849/20 861/8 865/5 865/17 869/8 870/11 870/13 870/14 871/2 871/7
telling [11] 752/18 753/18 755/4 785/5 790/12 790/14 793/11 793/13 817/14 828/18 830/25
tells [11] 734/6 735/24 747/18 747/18 763/3 765/15 786/16 794/7 794/10 823/11 832/13
tempting [2] 839/1 839/12
ten [9] 739/10 769/12 769/17 771/7 792/6 814/21 870/16 870/16 870/16
tend [1] 736/12
tends [1] 847/3
tension [1] 754/22
term [4] 812/8 848/1 853/8 858/3
terms [1] 811/12
testified [27] 735/9 738/14 751/15 763/22 766/7 766/10 771/9 771/10 772/19 772/20 773/21 775/5 779/5 782/16 785/2 785/4 785/5 790/1 790/6 790/16 790/18 791/19 808/10 820/1 822/17 841/1 850/12
testifies [3] 846/25 850/1 850/15
testify [25] 751/24 753/14 762/23 767/25 772/14 772/17 785/3 789/17 789/25 790/3 790/19 792/4 792/17 797/24 811/6 816/9 816/10 816/10 822/12 823/3 823/9 823/25 824/21 826/2 850/16
testifying [1] 794/13
testimony [98] 726/20 728/10 728/11 729/23 736/2 743/2 743/19 745/13 746/1 746/11 746/12 747/9 750/6 752/5 752/9 752/23 753/3 753/17 753/19 755/16 755/18 756/5 757/1 758/18 760/1 762/25 763/11 763/18 763/23 764/1 764/5 764/17 765/7 765/16 765/17 766/7 766/12 766/13 767/19 771/6 778/12 783/14 791/8 792/5 793/21 797/15 800/9 808/3 808/8 809/4 811/4 813/17 813/17 815/12 815/13 815/16 817/16 818/6 818/10 818/13 822/20 822/21 823/23 823/24 824/15 825/21 825/22 826/19 826/21 829/3 830/16 830/16 830/18 833/16 841/2 841/8 842/1 842/23 842/24 843/21 845/24 846/14 846/23 848/13 849/7 849/9 849/13 849/14 849/16 849/24 850/2 850/5 850/14 850/19 850/22 851/14 865/13 865/17
tests [1] 849/20
tetanus [2] 745/2 818/7
text [1] 864/11
than [22] 731/11 740/12 752/5 752/22 754/10 766/25 776/5 778/16 792/24 799/12 809/2 811/23 828/14 835/15 837/5 841/21 851/4 851/8 851/20 858/20 859/17 864/23
thank [24] 723/4 723/22 723/23 724/21 725/6 725/8 725/9 725/15 731/10 743/4 769/10 769/11 770/11 775/21 804/21 804/22 805/15 838/16 838/18 867/10 868/15 870/1 871/18 871/25
Thankfully [2] 736/8 758/12
that [1059]
that's [89] 723/3 724/10 730/13 731/1 734/6 736/20 741/6 742/1 746/5 746/7 746/13 749/10 749/13 749/19 751/7 757/11 759/18 761/16 763/1 764/3 771/18 777/14 778/9 781/23 782/7 782/22 786/18 787/19 788/2 793/24 793/25 794/3 794/5 794/18 795/14 798/21 799/11 799/20 801/11 802/2 802/24 803/6 803/13 803/16 806/22 808/3 810/5 810/17 811/6 812/6 812/7 812/22 813/13 813/14 815/7 815/22 816/5 816/13 816/13 817/8 818/9 819/8 820/14 820/18 821/21 823/1 823/3 825/13 825/18 826/18 826/25 828/6 830/7 830/8 833/12 836/8 839/10 840/10 845/7 846/9 847/2 847/9 847/17 850/9 858/4 863/15 869/1 870/11 871/15
their [86] 722/14 725/7 727/21 729/23 736/7 738/19 739/17 755/6 756/17 762/14 766/25 767/19 767/20 767/25 768/6 768/14 769/8 770/18 776/8 776/12 776/13 779/17 790/17 790/18 790/24 790/25 792/10 793/4 800/9 801/23 802/19 804/16 806/6 806/22 813/12 814/21 815/21 821/25 825/8 830/15 832/11 833/19 833/23 835/16 837/19 837/21 840/4 842/8 842/8 842/9 842/9 843/21 844/6 844/13 849/7 849/9 850/22 850/25 851/19 851/20 852/7 853/15 853/21 853/22 853/24 854/2 854/4 854/18 854/21 854/21 855/9 855/17 856/6 857/2 857/7 857/15 859/6 859/10 859/13 860/13 860/21 860/25 861/2 861/14 861/18 863/13
them [96] 729/23 740/14 741/11 742/14 742/15 744/15 744/15 747/1 750/14 751/4 751/5 753/21 755/8 757/7 757/7 758/5 762/8 762/11 772/8 772/8 772/16 772/17 774/5 776/3 776/15 778/22 782/3 784/19 785/15 787/16 788/3 788/18 788/21 790/5 790/22 791/24 792/9 792/10 792/13 793/2 793/5 797/17 798/11 798/23 798/24 800/8 801/10 801/23 801/23 804/16 804/17 807/14 807/25 811/18 815/2 815/7 815/14 816/4 816/9 816/13 820/12 820/19 824/8 829/2 829/2 832/6 832/17 833/2 833/3 833/5 833/12 833/18 833/19 833/25 834/8 838/2 838/13 838/14 838/15 840/19 841/6 841/7 842/3 843/14 851/15 851/16 851/25 859/11 859/13 861/23 868/13 870/11 870/13 870/14 870/19 871/1
themselves [3] 724/5 854/6 868/11
then [70] 722/21 724/13 728/6 728/7 728/9 728/13 728/15 733/19 737/14 737/16 737/18 738/19 739/5 739/8 739/9 739/11 740/23 742/14 743/13 745/12 750/19 751/12 752/18 752/19 752/20 759/23 765/20 774/2 775/15 777/9 777/18 779/4 784/15 784/21 785/3 785/9 790/10 792/11 793/11 793/13 807/19 807/22 809/21 814/1 823/21 828/3 828/6 828/9 828/11 828/21 828/24 838/24 839/4 851/23 855/6 855/9 856/3 856/10 856/15 857/13 857/20 857/24 858/15 858/19 859/11 860/17 861/21 866/9 870/12 871/16
theories [1] 769/5
theory [2] 726/11 726/15
there [188]
there's [30] 722/25 740/14 740/22 740/24 752/14 756/16 768/5 785/25 786/18 793/14 794/17 805/3 806/20 808/4 811/8 811/22 812/3 812/5 816/6 816/8 820/13 820/15 821/5 835/20 838/21 842/20 846/20 847/4 847/10 855/15
thereafter [1] 741/5
therefore [9] 723/1 723/20 810/1 840/19 843/23 844/25 855/21 857/6 861/11
these [66] 728/22 729/10 729/10 733/5 738/4 741/4 754/7 756/12 770/18 773/20 779/14 783/16 783/25 784/1 784/4 784/22 785/13 786/4 788/20 788/20 789/14 790/10 790/16 790/19 793/13 802/6 806/1 808/12 809/6 812/15 813/24 814/6 814/11 814/15 815/13 817/2 821/1 821/3 821/6 822/25 823/20 824/14 825/17 826/20 827/6 827/8 830/21 832/5 832/8 832/16 833/1 834/10 834/21 840/10 840/16 840/18 841/10 841/12 841/15 842/4 843/6 846/2 850/3 853/1 863/1 866/19
they [149] 722/16 723/10 725/19 726/22 726/24 729/22 729/22 729/24 734/1 734/13 735/17 735/22 736/1 737/12 738/18 740/3 740/7 741/4 741/9 743/5 743/19 743/19 743/20 744/9 745/24 746/22 749/14 749/16 751/3 754/24 754/25 755/15 756/13 756/18 757/5 757/6 757/8 757/11 757/12 757/16 759/2 762/12 762/13 762/16 765/2 768/22 770/21 773/15 775/14 776/10 776/11 776/12 776/15 777/25 778/18 780/22 781/10 782/18 784/9 784/10 785/13 785/20 785/22 785/23 785/23 785/23 786/7 786/7 786/15 787/15 787/17 789/23 790/22 792/8 792/8 792/21 793/6 794/1 795/12 795/16 797/7 798/11 798/23 798/23 801/23 801/24 801/25 802/6 802/10 803/6 804/16 806/3 806/23 807/13 812/16 814/19 814/22 815/3 815/17 815/21 815/22 816/2 816/3 816/11 816/11 820/8 820/10 823/17 823/18 823/22 824/1 824/11 824/16 824/25 826/10 826/11 828/3 832/7 832/7 833/8 833/21 833/22 834/14 835/8 835/15 848/2 852/7 853/15 855/25 856/1 857/10 857/11 859/18 859/22 859/23 860/4 861/13 861/24 869/8 869/9 869/9 869/10 869/10 870/14 870/14 870/17 870/17
they'd [1] 870/9
they'll [6] 735/18 737/3 756/17 757/10 759/1 803/6
they're [30] 738/7 741/3 758/22 770/19 793/4 795/10 797/23 798/21 800/8 800/9 801/10 808/6 814/23 814/24 815/21 816/1 816/5 816/10 824/11 825/1 832/6 833/19 833/19 834/23 834/24 835/2 835/3 836/23 870/15 871/15
they've [1] 790/23
thief [1] 824/13
thin [1] 746/17
thing [20] 728/16 731/6 741/8 775/21 785/7 794/12 794/20 804/12 805/3 812/7 813/14 813/21 817/8 826/2 835/11 835/13 835/14 865/14 870/17 871/7
things [22] 741/3 772/7 776/22 784/15 786/22 791/8 791/13 796/11 796/20 798/6 800/6 808/20 812/15 820/9 829/9 836/6 836/6 836/6 836/7 844/21 846/3 849/19
think [55] 722/21 723/1 731/13 733/12 736/5 738/5 738/10 742/15 750/14 754/17 756/17 757/3 757/6 757/16 761/24 764/13 768/21 769/3 772/10 781/21 781/23 782/6 799/15 801/1 802/11 803/11 807/8 812/13 812/20 813/10 817/12 817/16 817/17 818/6 819/16 821/24 822/12 822/17 823/14 824/4 825/22 825/24 825/24 826/16 826/17 827/9 829/11 829/22 830/14 832/7 832/24 835/25 835/25 836/9 871/21
thinking [2] 768/21 788/1
thinks [2] 794/2 801/3
third [5] 734/3 762/10 840/13 856/18 858/4
this [262]
this point [1] 795/24
those [92] 726/7 728/9 728/16 729/3 733/12 733/12 733/24 738/21 739/1 739/3 739/6 739/7 740/6 744/5 744/20 746/20 749/8 750/16 751/4 751/5 752/1 754/7 754/20

## T

those... [69] 756/3 756/9 757/23 758/1 758/5 758/7 758/11 758/17 758/24 759/1 759/5 761/15 762/2 762/11 762/16 762/19 765/10 768/7 768/17 769/8 770/18 770/21 773/10 778/3 778/14 778/20 781/4 782/18 783/13 784/9 788/17 788/23 789/13 789/23 790/22 794/1 797/3 797/21 798/10 799/4 801/25 807/12 808/6 808/11 808/20 812/20 813/10 819/2 819/9 823/14 827/12 833/2 839/7 842/14 843/23 844/7 844/11 854/14 854/20 854/23 859/15 859/17 859/22 859/24 860/18 862/16 862/24 866/1 868/12
though [8] 723/7 738/13 767/18 790/5 800/2 802/7 806/1 807/17
thought [18] 725/1 729/22 733/21 767/16 775/8 782/10 782/11 782/18 784/19 793/19 796/8 798/18 808/11 811/8 814/14 828/22 832/4 832/9
thoughts [1] 767/18
threat [1] 828/23
threaten [1] 791/3
threatened [6] 731/19 731/20 763/10 796/6 834/9 834/9
threatening [1] 731/21
threatens [2] 736/6 828/8
three [29] 726/17 728/4 728/19 728/21 729/3 729/15 739/9 739/9 739/14 743/25 744/7 746/15 747/22 749/7 751/9 755/2 761/23 771/19 771/22 781/5 788/4 792/13 792/22 815/17 815/20 833/18 840/6 852/18 854/18
three-year-old [2] 747/22 792/13
thriving [1] 780/12
through [17] 730/11 732/20 734/9 750/14 753/7 753/7 754/9 756/1 758/23 767/8 784/14 788/25 796/11 798/17 822/6 833/15 845/8
throughout [2] 842/21 864/9
throw [1] 817/4
thrown [1] 816/15
Thus [1] 862/12
tied [3] 750/19 812/21 812/25
ties [1] 750/25
time [84] 725/20 727/9 728/7 729/8 730/6 731/8 734/2 734/21 736/8 737/9 737/15 737/16 740/6 753/19 756/18 756/25 757/1 757/13 761/21 768/15 768/21 769/10 771/19 771/22 772/4 772/6 772/21 772/22 773/1 778/22 780/9 781/1 781/6 783/15 784/25 785/21 785/22 786/11 786/12 792/18 793/8 795/3 795/23 797/7 797/16 797/16 799/22 801/25 804/13 806/9 807/7 808/18 809/19 809/24 811/10 813/23 815/1 815/3 815/17 815/24 817/12 822/12 822/16 822/18 826/9 828/10 829/13 830/8 833/1 836/23 843/10 843/10 848/23 856/1 856/13 857/11 857/23 860/18 860/19 865/19 868/23 869/15 869/22 870/6
timely [1] 723/13
times [9] 747/4 747/10 769/8 780/23 793/17 796/16 809/18 848/16 858/4
timing [1] 756/25
TIMOTHY [4] 720/5 753/6 768/12 770/16
Title [1] 852/5
today [14] 735/17 767/16 786/9 789/11 791/3 792/25 793/7 793/9 793/10 794/6 801/18 814/10 818/1 818/17
toddler [1] 747/22
together [6] 758/18 815/7 815/10 821/19 850/9 868/11
told [81] 725/18 725/22 729/13 730/14 730/24 731/3 731/6 732/13 732/23 732/24 733/13 735/8 736/11 736/20 737/15 739/17 741/24 743/6 743/12 744/20 745/7 746/25 747/14 748/1 748/15 748/22 748/23 748/24 749/8 749/17 750/20 751/13 751/17 752/13 752/23 753/6 753/11 753/24 756/19 758/15 758/19 760/1 761/1 762/24 763/7 763/8 763/14 766/3 770/14 770/20 774/19 775/23 777/5 777/6 779/4 779/23 784/22 790/9 790/9 792/21 794/7 796/25 798/22 809/6 810/17 812/17 813/14 813/14 813/21 815/2 815/19 817/13 817/25 822/11 822/22 823/12 825/23 842/19 846/16 865/13 869/18
tolerated [1] 838/11
tomorrow [6] 869/23 870/10 870/13 871/8 871/19 871/23
tonight [3] 728/5 869/9 869/11
too [8] 726/10 734/17 738/13 765/12 801/5 826/9 827/1 872/1
took [20] 735/9 745/18 745/24 746/3 762/11 771/3 771/21 775/9 779/1 784/14 786/7 786/7 787/3 797/11 801/23 803/14 806/4 820/21 844/17 866/17
tool [1] 864/17
tools [2] 817/2 817/4
top [1] 819/8
topic [2] 779/7 865/18
torn [1] 770/15
Torres [1] 768/13
torture [1] 772/17
torturing [1] 827/5
total [1] 756/2
totally [1] 850/17
touch [3] 747/1 787/17 792/18
touched [2] 787/6 792/1
touches [1] 847/2
touching [1] 865/8
tough [3] 727/9 819/5 832/6
towards [2] 845/11 862/6
town [3] 774/15 774/17 774/18
toxic [2] 735/25 795/21
tracks [3] 811/1 812/21 812/25
trade [1] 817/2
tragedy [1] 814/7
tragic [1] 814/6
train [2] 812/21 813/1
trained [1] 736/3
transcribed [1] 865/12
transcript [4] 720/10 721/24 842/21 842/25
transcription [1] 721/25
transcripts [9] 761/11 761/13 761/14 761/15 798/20 798/20 808/6 808/7 808/9
transition [2] 772/1 772/3
traumatic [1] 774/9
treat [2] 736/3 793/2
treatment [5] 736/7 746/6 775/23 775/24 818/6
trial [32] 720/10 725/22 726/13 727/11 734/11 735/14 740/11 743/11 748/14 757/8 765/17 766/9 808/7 814/9 822/6 837/23 841/3 841/8 842/14 842/16 842/20 842/25 843/1 844/24 845/6 848/24 849/2 849/15 860/5 864/9 868/18 872/2
trick [2] 741/15 742/13
tricked [2] 741/6 790/7
trickling [1] 793/6
tried [17] 725/2 731/19 736/11 736/16 737/1 737/1 737/9 737/21 748/21 764/22 773/14 775/23 779/11 779/12 796/6 808/19 843/11
tries [3] 804/4 834/15 838/10
trouble [2] 761/11 834/6
true [20] 722/17 732/14 741/22 780/24 782/22 789/18 790/2 790/12 792/17 793/3 794/9 807/21 807/22 814/7 814/13 838/2 844/20 850/19 851/4 851/4
truly [1] 866/19
trust [2] 753/8 784/7
truth [19] 746/3 789/12 792/25 793/11 793/13 794/3 794/7 794/10 799/5 799/6 799/7 799/9 804/18 807/21 807/24 830/25 836/5 851/20 855/2
truthful [2] 809/5 810/5
try [12] 737/4 761/24 768/21 776/4 776/12 784/20 794/13 802/25 825/8 864/19 865/16 866/19
trying [28] 727/12 729/14 739/22 767/21 771/23 773/7 773/10 776/22 777/12 777/12 777/13 777/13 780/8 780/20 784/7 784/25 785/1 786/24 803/3 803/17 804/1 804/5 818/2 818/3 825/9 825/10 832/10 834/13
Tuesday [2] 786/13 786/14
Turbow [20] 727/20 727/24 729/18 730/4 738/16 739/15 739/23 740/19 740/21 740/24 741/7 759/16 759/17 759/19 759/24 761/5 761/16 765/1 765/4 798/1
Turbow's [1] 741/6
turn [7] 731/10 771/18 776/11 812/2 817/13 820/24 834/19
turning [1] 737/21
twice [4] 737/14 746/1 785/2 807/18
twisted [1] 786/5
Twitter [1] 864/13
two [29] 731/3 733/12 739/7 739/13 741/3 743/23 743/24 744/4 744/6 744/8 767/18 768/19 771/19 777/20 777/20 777/22 778/14 789/20 792/14 798/23 826/7 836/16 839/11 839/13 845/24 846/20 850/8 852/15 853/16
type [3] 778/10 802/18 846/22
types [1] 845/20

## U

U.S [2] 720/6 789/10
U.S. [2] 789/2 789/3
U.S. Supreme [2] 789/2 789/3
ugly [2] 806/13 814/6
UL [1] 816/4
ultimately [2] 784/10 863/11
umbrella [4] 847/13 847/15 847/20 847/21
unable [2] 826/13 851/22
unanimous [4] 863/11 865/6 865/21 866/5
unbelievable [1] 850/18
unconcerned [1] 807/17
under [25] 723/20 738/1 744/15 744/16 763/22 763/25 782/17 782/22 807/16 807/19 807/24 841/9 845/10 852/8 852/14 853/4 853/4 853/7 853/12 853/17 853/21 854/20 854/22 854/24 866/20
underlying [1] 862/12
underscore [1] 754/12
understand [3] 723/3 766/23 775/22
understood [2] 776/1 780/7
undisputed [4] 735/8 744/6 749/14 756/6
unequivocal [1] 746/4
unfavorable [1] 844/6
unfortunate [1] 814/7
unfortunately [1] 771/14
unfounded [1] 778/18
unhappy [1] 737/11
unique [1] 837/12
UNITED [13] 720/1 720/12 805/18 806/5 810/8 813/11 837/9 837/10 837/11 838/5 852/6 852/17 866/21
United States [1] 852/17
unless [4] 741/9 816/8 837/15 845/8
unloved [1] 779/2
unnamed [1] 735/15
unnecessary [1] 832/2

## U

unplug [1] 816/13
unpopular [1] 845/14
unrealistic [1] 810/18
unreasonable [13] 810/9 853/19 853/19 854/19 854/20 854/24 855/8 855/13 855/16 855/18 855/21 856/4 856/21
unreliability [1] 849/19
unreliable [1] 771/16
unsure [1] 748/15
unthinkable [1] 835/10
until [9] 771/22 786/25 815/8 839/2 839/11 864/15 865/6 870/15 870/16
untreated [1] 727/25
untrue [3] 759/21 790/11 814/7
untruthful [1] 746/10
unusual [2] 824/24 825/1
unwilling [1] 826/20
up [79] 723/8 726/13 733/12 738/11 741/18 742/5 742/7 743/6 748/7 756/16 757/3 761/4 763/9 764/9 767/8 768/22 771/18 773/8 774/14 774/15 775/6 775/12 777/4 780/2 780/3 780/10 783/11 783/20 785/7 785/25 786/3 786/8 786/14 787/5 788/17 788/19 789/18 789/19 789/21 790/8 790/11 791/7 791/23 792/1 792/2 792/24 793/4 793/10 793/15 794/16 797/8 797/13 797/17 797/23 798/11 800/2 802/25 803/1 803/4 804/7 805/24 807/23 809/23 810/1 812/10 814/22 815/20 817/23 820/14 823/4 823/21 824/4 825/20 825/20 828/1 829/17 835/7 838/7 866/18
upheld [1] 838/3
uphold [1] 838/9
upon [8] 766/6 841/20 843/10 843/11 844/18 844/23 850/14 866/15
upset [2] 754/23 825/1
upstairs [1] 777/24
us [11] 742/11 745/24 790/20 803/24 812/17 817/24 834/15 865/15 865/17 869/24 870/17
usage [1] 853/8
use [13] 794/5 805/1 810/4 817/5 840/14 846/21 847/4 848/1 849/20 858/3 860/10 864/10 864/17
used [8] 748/1 748/14 765/9 772/17 774/7 816/10 816/17 846/19
useful [2] 811/4 824/23
user [1] 779/24
uses [1] 816/3
using [2] 809/3 848/16
usual [2] 870/13 870/25
usually [2] 812/5 812/6

## V

vague [1] 725/20
vain [1] 736/12
valuable [1] 835/11
value [3] 804/2 827/12 827/17
varies [1] 811/11
Vendetta [1] 753/13
Venus [11] 727/25 744/24 745/1 745/2 745/5 745/6 746/8 746/10 753/16 781/7 817/16
Venus' [3] 744/22 745/25 817/23
Venus's [1] 817/15
verbatim [1] 842/21
verdict [35] 725/5 725/6 728/18 728/21 729/2 743/24 758/19 758/22 761/25 838/3 838/6 838/7 841/20 844/20 844/23 845/8 845/12 845/18 845/19 847/25 861/18 863/10 864/15 865/6 865/21 865/23 865/23 865/24 865/25 866/2 866/5 866/6 866/8 868/7 868/14
version [1] 755/12
versus [1] 720/4
very [50] 725/3 731/16 733/17 734/14 737/11 744/16 747/8 749/19 752/15 752/23 753/18 754/20 754/20 754/21 755/22 756/10 761/13 764/8 765/24 767/17 774/5 774/9 780/16 788/15 794/7 794/20 796/14 805/6 805/21 807/7 808/6 813/13 813/21 815/11 817/9 819/11 821/2 821/9 827/1 829/7 829/23 830/1 835/13 840/15 840/23 863/15 867/10 868/15 870/1 871/18
Vesey [1] 720/17
victimized [1] 762/7
video [5] 785/20 785/22 785/24 786/1 818/23
view [5] 834/20 841/21 864/2 865/12 869/3
views [2] 863/14 863/17
vile [1] 787/14
violate [1] 841/20
violated [6] 783/15 806/5 854/18 856/19 856/25 857/3
violation [2] 770/25 854/2
violence [1] 863/19
virtue [1] 847/1
visit [8] 774/16 779/9 809/15 810/1 810/19 810/19 811/12 811/24
visitation [1] 809/21
visits [4] 738/4 811/5 811/13 811/17
vital [1] 863/10
voice [1] 837/17
voices [2] 737/9 833/22
voluntarily [2] 854/7 854/12
vote [1] 864/4

## W

wages [1] 801/14
wait [11] 737/16 737/17 782/3 785/13 794/17 794/18 801/23 803/6 814/1 871/14 871/23
waiting [4] 724/24 773/23 776/14 838/21
walk [4] 731/11 753/7 787/15 834/18
walked [4] 737/19 755/7 777/21 789/20
walking [2] 745/23 801/3
Wall [1] 720/20
want [74] 722/7 722/10 724/14 726/11 727/14 741/25 745/13 745/21 754/11 756/5 757/2 764/4 764/8 774/3 774/15 774/16 778/6 780/6 780/19 785/13 786/5 788/17 791/6 797/3 797/15 797/18 799/11 799/21 801/6 801/23 802/16 803/12 803/22 804/10 804/24 805/23 806/9 806/12 807/2 808/17 808/18 809/24 809/25 810/10 810/12 810/13 811/25 812/2 812/13 813/4 815/5 821/20 822/3 822/21 824/10 825/12 826/7 827/10 827/18 830/1 832/22 833/14 835/23 836/1 838/1 838/6 838/22 840/21 865/17 869/9 869/10 869/25 870/12 871/7
wanted [15] 723/6 749/4 773/24 775/6 775/6 776/6 780/5 780/6 783/7 787/10 797/1 797/1 797/2 797/3 797/12
wantonly [2] 862/4 862/10
wants [10] 738/6 747/13 753/9 754/8 764/2 805/24 807/3 812/15 816/12 821/25
warn [1] 767/11
warrant [10] 748/10 759/20 773/22 782/13 783/18 783/20 783/22 783/23 783/25 784/2
warrants [4] 773/9 773/20 778/21 791/3
was [395]
wasn't [14] 732/14 733/14 736/8 736/24 737/4 737/5 739/22 746/4 751/22 757/17 799/20 808/22 808/24 813/19
wasnt [19] 772/14 779/2 780/7 780/8 780/15 780/24 780/25 781/6 786/3 787/10 790/2 792/17 793/3 794/20 795/17 797/2 797/14 819/24 826/21
waste [5] 734/2 756/25 797/16 808/18 822/15
wasted [1] 797/16
wasting [3] 822/12 822/18 822/24
watched [2] 741/15 751/10
watching [1] 774/24
water [1] 775/5
wax [1] 759/1
way [38] 728/3 735/13 738/22 739/16 747/24 753/13 754/21 758/5 767/23 771/23 774/14 779/4 784/2 785/10 786/25 789/2 789/24 792/22 793/14 796/20 808/5 815/11 817/18 821/2 825/15 825/17 825/24 829/22 832/7 835/19 835/23 836/4 837/19 844/4 845/5 866/3 870/16 871/7
ways [1] 827/17
we [123] 722/8 722/10 722/18 724/1 724/6 727/10 727/18 728/17 729/16 730/11 734/23 737/18 740/10 740/25 742/4 745/4 748/20 750/15 751/23 755/20 756/16 756/22 756/22 756/25 757/10 757/10 758/9 759/17 761/17 763/23 765/7 765/14 770/21 772/11 775/22 776/10 776/18 776/19 776/21 778/13 778/17 779/15 779/21 780/9 781/21 781/23 785/13 786/4 787/21 790/22 792/19 792/19 792/20 792/20 793/7 795/16 795/21 795/25 797/4 797/4 797/4 797/12 797/23 798/7 799/7 800/4 801/23 803/4 804/2 804/5 804/7 808/7 809/23 812/3 812/5 812/6 813/5 813/11 813/24 814/13 815/8 815/8 815/9 815/23 817/11 818/12 819/21 819/22 821/2 822/2 823/14 823/14 825/11 825/15 825/15 825/15 825/16 825/17 827/12 832/22 833/1 833/3 833/4 833/14 833/16 835/4 836/8 838/22 839/11 847/4 849/15 866/4 867/6 868/6 868/22 868/22 869/14 870/9 870/22 871/6 871/7 871/18 871/18
we'd [1] 724/12
we'll [7] 740/5 756/6 838/24 865/13 869/21 871/19 871/23
we're [12] 724/2 724/19 724/24 725/13 728/14 755/14 786/17 786/17 804/3 815/2 829/21 871/8
We've [1] 727/19
wearing [2] 841/23 847/12
websites [1] 864/12
week [12] 735/14 752/23 753/14 753/19 758/6 758/11 770/14 774/22 786/12 811/1 825/7 825/13
weekend [8] 722/14 724/25 725/13 774/15 783/5 783/6 783/9 783/10
weeks [4] 771/18 782/3 788/4 798/23
weighs [1] 851/21
weight [5] 842/4 849/14 850/4 850/23 851/9
well [62] 724/7 726/9 731/21 733/11 738/23 739/12 741/24 742/25 746/5 747/12 751/8 759/9 761/6 761/14 762/6 767/21 769/12 769/16 772/10 774/13 774/17 774/21 775/8 776/17 777/9 777/17 778/2 778/4 778/7 779/4 779/15 779/17 781/11 781/13 781/25 782/16 782/17 782/21 783/2 783/18 783/20 783/24 786/23 789/17 791/5 794/2 795/21 800/4 803/9 808/3 810/18 812/10 818/15 821/7 823/18 825/11 825/12 826/1 828/25 832/20 836/17 836/18
went [23] 745/11 753/12 761/15 761/17 771/20 774/22 774/23 775/24 777/19 777/19 777/22 783/8 784/14 784/15 784/16 786/12 786/14 787/13 789/2 789/22 810/23 811/2 816/11
were [122] 723/14 725/19 729/24 734/13 739/7 739/12 740/5 740/7 742/4 743/7 744/1 744/6 745/8 745/16 745/19 746/14 751/8 752/3 755/11 756/13 757/7 757/11 758/16

W

were... [99] 758/24 759/1 759/2 759/11 761/21 761/23 762/16 764/3 764/19 764/24 765/2 765/10 766/19 769/8 772/15 774/5 776/14 777/16 777/25 778/14 778/21 778/22 780/12 782/18 783/12 783/14 784/9 784/15 785/1 785/12 785/18 785/21 785/22 785/23 785/23 786/1 786/2 787/4 787/13 787/14 788/22 790/17 791/23 792/19 792/21 793/13 794/1 796/20 797/5 797/20 798/1 800/2 801/10 801/10 801/25 804/16 806/1 807/11 808/10 808/11 808/12 812/16 812/16 813/17 814/22 815/3 816/2 816/11 816/11 817/19 817/22 817/22 824/8 830/20 832/8 833/2 833/7 833/7 833/8 835/2 848/16 852/18 853/15 854/6 855/20 855/22 855/25 856/1 856/20 857/5 857/8 857/10 857/11 858/5 861/12 862/4 862/5 862/7 869/16
weren't [8] 773/20 782/19 792/20 797/20 814/19 823/17 823/25 824/1
wet [4] 847/12 847/13 847/19 847/21
what [203]
what's [18] 753/1 766/23 775/13 775/13 779/25 785/14 792/25 795/8 795/9 799/10 799/17 814/16 816/2 834/1 834/15 837/8 839/4 847/11
whatever [18] 750/18 783/6 783/12 807/25 808/1 808/15 808/15 814/20 819/17 819/18 825/21 825/21 825/23 829/4 829/5 830/14 830/22 842/2
when [125] 723/17 726/2 728/4 728/22 730/12 730/14 731/23 732/13 733/12 734/4 734/4 734/14 735/8 735/20 735/23 737/12 737/20 740/14 741/15 742/5 742/7 742/16 743/6 745/5 745/24 746/2 747/5 751/9 752/24 753/19 757/3 757/16 759/15 760/1 761/9 763/12 764/20 764/21 764/23 765/1 765/5 766/24 767/7 768/3 768/5 769/8 770/15 771/10 771/15 772/1 772/21 772/25 776/2 777/1 777/6 777/8 777/24 778/7 778/25 779/5 782/1 783/12 786/4 786/22 786/25 789/5 791/13 794/8 795/24 796/10 799/12 799/13 800/4 803/6 806/1 806/6 806/19 810/13 810/23 811/7 812/5 812/19 813/24 815/2 815/13 815/21 815/22 816/1 817/5 817/21 817/23 817/24 819/19 820/2 822/4 822/11 824/7 824/24 825/11 825/13 828/7 828/18 828/24 829/21 830/6 830/20 834/5 834/8 835/25 836/18 837/23 841/16 843/20 846/10 846/12 846/25 848/16 849/15 850/2 851/5 856/19 865/15 865/21 866/17 869/9
whenever [1] 810/1
where [48] 728/2 731/1 733/8 733/16 734/18 740/2 744/14 746/1 747/11 751/3 754/17 756/19 758/6 759/19 761/1 761/10 762/8 762/12 762/13 762/14 773/18 774/4 776/24 777/20 779/2 780/7 780/17 782/7 784/15 795/16 796/25 798/10 799/14 804/16 807/19 808/20 812/20 814/23 814/24 816/11 818/7 818/10 820/23 823/10 833/7 834/14 869/22 871/6
where's [2] 835/4 835/4
whether [46] 723/14 731/12 732/15 740/7 740/24 745/6 746/5 746/25 748/9 755/23 764/14 768/2 768/6 770/24 777/4 788/13 792/8 793/20 796/3 798/3 798/19 806/4 808/19 813/7 817/19 825/23 827/7 843/14 844/6 845/13 847/22 850/7 851/12 855/10 856/7 856/15 857/16 857/25 859/5 861/10 862/13 862/13 862/15 862/18 862/21 862/22
which [49] 723/12 724/12 727/24 728/6 729/13 731/14 734/6 734/15 737/10 738/18 738/21 740/5 745/18 748/20 754/12 767/23 768/4 786/9 789/8 807/13 807/20 811/25 814/14 817/9 817/25 818/22 820/14 820/16 821/5 821/6 827/20 828/1 830/23 832/9 840/22 841/21 843/2 845/23 849/16 849/23 849/25 850/9 850/21 853/6 860/22 863/6 867/2 868/22 869/14
while [10] 724/24 729/6 740/6 741/13 746/22 750/9 751/10 753/6 755/21 774/23
white [1] 819/10
who [59] 724/5 726/13 726/16 727/13 728/5 728/8 728/10 728/13 729/11 729/14 730/22 735/9 735/11 735/15 736/3 736/6 737/8 754/8 756/23 765/10 766/7 771/8 771/24 772/8 775/2 780/23 781/4 787/22 792/4 792/5 796/14 810/14 822/14 823/16 823/16 824/7 824/13 830/10 830/20 830/24 832/11 832/12 835/2 835/13 835/21 836/10 837/3 838/10 841/1 845/19 848/22 848/23 850/15 851/15 851/16 852/7 864/25 865/1 865/17
who's [6] 801/8 829/18 829/23 837/2 837/3 839/5
whoa [1] 782/25
whole [11] 763/6 771/1 775/21 783/6 783/11 784/25 797/24 804/17 828/1 830/1 841/16
wholly [1] 863/18
whom [1] 860/1
whose [1] 748/18
why [63] 727/15 735/10 735/20 736/1 738/20 739/18 739/21 740/10 745/25 746/8 751/21 754/21 756/21 757/11 757/20 759/9 761/6 762/1 764/15 767/1 767/5 771/18 773/23 775/10 777/25 778/2 779/20 780/19 784/23 786/1 786/5 787/23 787/24 788/2 793/21 793/21 794/24 794/25 795/1 797/4 797/14 797/16 798/21 806/9 806/12 808/13 810/17 816/16 818/14 820/14 820/18 821/7 823/14 823/17 824/1 824/11 824/16 825/11 826/25 829/21 829/21 830/8 843/23
wide [1] 838/8
will [66] 722/24 724/20 724/24 725/14 726/23 726/23 730/2 730/14 732/4 732/21 734/19 738/17 746/9 748/12 748/12 750/1 750/17 753/5 755/19 761/7 761/18 768/9 784/12 791/3 794/2 795/8 799/25 804/5 806/19 807/9 807/10 811/15 826/3 826/15 826/24 838/1 838/6 838/7 838/9 838/20 839/11 840/5 840/6 840/14 844/20 845/13 845/18 850/10 850/22 856/10 859/12 859/14 860/17 862/6 865/1 865/19 865/25 866/1 866/6 866/7 866/19 868/6 868/12 869/15 871/1 871/8
willfully [1] 850/11
willing [4] 755/24 796/1 804/3 819/17
win [4] 740/12 793/14 806/11 821/25
wind [1] 774/12
window [2] 752/25 764/24
windows [1] 847/10
wings [1] 776/14
wins [2] 793/11 793/12
wisdom [1] 841/17
wishes [1] 805/20
within [3] 778/14 853/6 869/19
without [28] 746/19 752/5 755/8 756/4 803/7 806/6 806/20 806/23 813/12 813/22 815/14 818/9 820/22 821/1 824/19 824/20 836/19 837/22 844/18 844/18 853/23 854/22 855/14 856/20 856/23 863/19 866/18 871/16
witness [32] 729/21 732/6 732/13 742/13 743/11 746/3 748/1 749/3 757/4 757/8 760/1 785/3 785/5 811/3 824/13 824/24 841/1 846/24 846/25 847/1 849/3 849/7 849/9 849/22 849/23 849/24 849/25 849/25 850/11 850/14 850/17 865/18
witness' [1] 846/23
witness's [4] 847/1 850/2 850/5 850/18
witnesses [19] 743/2 747/1 748/14 765/17 765/17 766/14 793/13 824/8 841/25 843/2 843/9 845/24 848/14 848/22 849/6 849/13 850/22 851/11 851/14
woe [1] 838/10
woken [1] 815/20
woman [1] 734/18
won't [12] 733/4 734/2 738/20 757/5 757/12 758/14 759/6 811/15 837/15 838/11 870/17 871/1
wondering [1] 740/9
wonders [1] 835/4
wont [2] 769/6 830/24
wonton [1] 862/7
WOO [210]
Woo's [17] 726/22 732/17 750/13 773/14 778/19 780/11 781/17 789/21 806/17 806/25 814/9 817/13 819/22 823/5 826/8 827/11 827/20
word [2] 740/18 812/10
words [16] 733/9 733/12 748/14 754/7 754/8 821/13 827/13 827/18 846/25 851/4 853/5 853/12 854/10 855/24 858/16 871/12
work [8] 751/4 751/5 773/14 777/15 813/15 845/7 866/3 871/18
worked [7] 724/4 725/3 778/20 801/18 824/3 824/5 838/13
worker [20] 730/24 731/8 748/18 748/19 748/24 748/24 751/3 767/21 770/16 777/11 777/16 777/25 778/19 820/25 820/25 824/17 828/20 835/17 835/18 836/19
worker's [2] 749/1 750/19
workers [17] 728/4 744/4 744/6 744/8 744/23 746/16 749/25 750/18 751/10 751/18 752/6 754/5 755/2 797/21 823/16 824/13 832/11
workers' [1] 751/1
working [5] 773/14 773/20 777/20 824/2 824/8
world [2] 832/24 835/15
worries [1] 835/4
worry [1] 784/12
worse [3] 746/20 836/21 836/21
worth [2] 741/14 803/6
worthwhile [1] 729/12
worthy [1] 843/3
would [108] 722/17 723/12 723/15 723/17 723/20 726/15 727/8 729/23 729/23 729/25 731/2 731/7 731/24 733/7 734/13 736/17 739/18 740/7 745/25 747/15 747/23 747/24 747/25 748/25 748/25 749/1 749/25 750/22 751/20 752/1 754/25 755/23 756/19 757/18 757/21 757/22 758/4 758/6 758/10 761/14 762/12 763/12 764/13 764/15 766/20 767/1 769/3 771/17 773/11 773/12 773/21 774/1 774/3 775/9 775/24 776/6 776/9 777/15 777/15 777/25 778/10 779/1 781/9 781/19 782/13 786/9 786/13 787/4 787/16 787/17 787/19 787/23 791/22 792/4 792/5 793/2 795/25 796/1 797/10 798/20 803/4 803/12 804/17 808/13 809/7 810/5 815/2 815/2 815/19 818/18 819/14 819/23 819/24 820/24 820/24 822/6 822/17 823/5 823/9 823/10 830/10 841/20 844/25 845/3 853/20 858/18 858/23 858/25
wouldn't [5] 731/5 762/13 806/25 808/24 816/3
wouldnt [4] 773/13 775/24 783/20 785/10
wound [1] 728/1

## W

wow [2] 726/9 727/9
wrestling [1] 820/10
write [3] 725/5 776/25 829/13
writing [7] 761/17 829/14 829/14 864/23 864/24 865/3 865/9
written [5] 781/3 793/23 798/10 798/12 798/12
wrong [30] 728/3 729/24 738/12 738/15 753/1 764/16 764/18 764/20 764/21 764/21 764/22 764/23 764/25 765/1 765/1 765/2 765/4 765/6 765/10 765/11 765/12 766/18 768/10 768/13 775/13 776/11 795/11 795/12 816/9 835/22
wrongdoer [1] 837/7
wrongdoing [1] 836/5
wrongful [3] 862/17 862/20 862/24
wrote [3] 777/1 807/25 828/21

## Y

yeah [10] 736/16 746/2 778/8 778/8 794/15 797/22 798/7 798/8 798/9 799/7
year [17] 727/25 728/9 735/24 736/6 747/22 762/18 765/6 765/21 778/15 778/16 784/4 792/13 792/13 792/14 792/23 820/8 820/10
years [32] 728/15 732/14 757/18 764/3 767/19 767/20 770/22 770/23 771/19 771/21 771/22 772/1 773/7 775/2 778/15 786/9 786/10 786/23 787/4 791/6 792/6 792/6 792/7 792/23 801/19 803/14 803/15 815/20 818/8 824/3 833/18 838/14
yes [17] 722/7 722/13 722/20 722/20 723/5 723/6 723/25 724/15 736/19 738/20 741/21 741/23 742/8 745/23 783/1 816/13 824/18
yet [4] 725/2 769/15 786/10 832/19
yield [1] 864/3
YORK [13] 720/1 720/6 720/17 720/17 720/21 720/21 721/4 721/5 721/5 721/23 814/23 814/25 838/4
you [1026]
you'd [1] 869/22
you'll [45] 730/11 731/16 732/10 732/16 733/19 734/8 734/9 734/9 736/5 739/6 743/24 746/24 750/13 753/18 758/25 761/9 763/4 765/23 775/19 784/4 794/13 799/12 802/4 802/21 802/22 802/22 808/8 811/6 812/8 834/15 837/23 837/24 840/18 850/7 855/7 855/9 856/3 856/10 856/15 857/13 857/20 857/25 860/22 869/24 871/9
you're [39] 726/3 728/18 728/22 728/23 729/3 729/4 729/5 732/6 738/20 741/8 754/2 756/15 781/1 782/1 790/13 808/11 810/13 811/18 832/10 832/14 832/15 833/17 834/4 834/6 834/7 834/12 834/13 834/20 834/23 836/9 836/21 837/25 838/1 863/7 864/4 865/10 865/15 869/19 871/10
you've [16] 725/21 725/22 726/9 727/12 727/23 728/7 728/13 734/10 747/13 751/19 759/9 784/25 830/4 836/1 848/1 865/21
young [8] 727/20 744/12 771/11 771/15 774/5 830/20 833/9 835/8
younger [4] 739/9 739/10 739/13 739/13
your [164]
youre [29] 761/24 768/19 774/18 777/2 777/10 782/22 789/6 789/24 792/24 792/24 793/9 799/8 817/3 817/25 820/5 821/25 822/11 840/22 841/24 842/23 845/10 845/23 847/10 848/5 849/16 850/4 850/16 850/23 851/21
yours [1] 808/9
yourself [9] 727/2 727/15 745/25 789/6 803/11 806/9 810/6 833/18 863/21
yourselves [7] 737/24 755/2 766/24 769/16 805/5 849/19 869/20
YouTube [1] 864/13